UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
PLAINTIFFS #1-21, individually and on
behalf of all others similarly situated,

               Plaintiffs,

        v.                       **ORDER**
                                  15-CV-2431 (WFK) (LB)

THE COUNTY OF SUFFOLK, *et al.*,

               Defendants.
------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On March 12, 2021, the Honorable Magistrate Judge Lois Bloom filed a Report and Recommendation ("R&R"), recommending this Court grant in part and deny in part Plaintiffs' motion for class certification. ECF No. 318. Specifically, Magistrate Judge Bloom recommended a class be certified under Fed. R. Civ. P. 23(b)(2) and Plaintiffs' counsel be appointed as class counsel pursuant to Fed. R. Civ. P. 23(g). Magistrate Judge Bloom recommended Plaintiffs' motion for certification under Fed. R. Civ. P. 23(b)(3) be denied without prejudice. Objections to the R&R were due March 26, 2021, and to date, no objections have been filed.

In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where no objections have been filed, the Court reviews a report and recommendation for clear error. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here. Accordingly, the Court adopts the R&R in its entirety.

**SO ORDERED.**

s/ WFK
_____

Dated: April 5, 2021
       Brooklyn, New York

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE