```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PLAINTIFFS #1-21, individually and on      :
behalf of all others similarly situated,   :
                                           :
              Plaintiffs,                  :
                                           :
       v.                                  :      ORDER
                                           :      15-CV-2431 (WFK) (LB)
THE COUNTY OF SUFFOLK, et al.,             :
                                           :
              Defendants.                  :
-------------------------------------------------------X
```
**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court hereby ORDERS the parties in the above-captioned case to appear for a status conference on Monday, August 16, 2021 at 4:00 P.M. The proceeding will take place in Courtroom 6H North at the U.S. District Courthouse at 225 Cadman Plaza East, Brooklyn, New York 11201 before the Honorable Judge William F. Kuntz, II.

**SO ORDERED.**

s/ WFK
_____

Dated: August 10, 2021          HON. WILLIAM F. KUNTZ, II
      Brooklyn, New York          UNITED STATES DISTRICT JUDGE

1