```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
PLAINTIFFS #1-21, individually and on        :
behalf of all others similarly situated,     :
                                             :
                    Plaintiffs,              :
                                             :
              v.                             :         **ORDER**
                                             :         15-CV-2431 (WFK) (LB)
THE COUNTY OF SUFFOLK, *et al.,*             :
                                             :
                    Defendants.              :
------------------------------------------------------X
```
**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court has reviewed the parties' proposed pretrial scheduling order, ECF No. 324, and hereby sets the following amended schedule:

- The joint pre-trial order is due by Friday, April 29, 2022 at 5:00 P.M.

- Motions in limine and *Daubert* motions are due by Friday, May 27, 2022 at 5:00 P.M.

- Proposed voir dire, jury instructions and verdict sheet are due by Friday, July 1, 2022 at 5:00 P.M.

- Opposition to motions in limine and *Daubert* motions are due by Friday, July 15, 2022 at 5:00 P.M.

- Objections to proposed voir dire, jury instructions and verdict sheet are due by Friday, July 22, 2022 at 5:00 P.M.

- Pre-trial memorandum, if any, and damages statements are due by Friday, July 29, 2022 at 5:00 P.M.

The final pretrial conference is hereby SCHEDULED for Monday, August 1, 2022 at 12:00 Noon. A three-week trial will commence on August 15, 2022 in Courtroom 6H North before the Honorable William F. Kuntz, II.

**SO ORDERED.**

s/ WFK

_____
Dated: August 23, 2021                    HON. WILLIAM F. KUNTZ, II
     Brooklyn, New York              UNITED STATES DISTRICT JUDGE