

1 September 2021
<u>Via ECF</u>

Hon. William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Plaintiffs 1-21 v. County of Suffolk, Civil Case No. 15-CV-2431 WFK-LB (E.D.N.Y.)

Dear Judge Kuntz,

    I am one of the attorneys with LatinoJustice PRLDEF representing plaintiffs in the above-captioned matter. I am President & General Counsel to LatinoJustice PRLDEF but on 7 September 2021 I will no longer serve in that capacity. I write to respectfully request my withdrawal as counsel. Jose Perez, Jackson Chin and Fulvia Vargas De Leon, attorneys with LatinoJustice PRLDEF, will continue to represent plaintiffs in its behalf. Given their continued representation as plaintiff's counsel in this matter, I submit my withdrawal as counsel will have no material effect on the case schedule in this matter nor will it prejudice any party to this action. Accordingly, I respectfully request that the Court relieve me as counsel for plaintiffs in this action and that the official court docket and CM/ECF distribution list be amended to reflect this change.

    Thank you for your attention to this request.

                        Respectfully submitted,

                        _____
                        Juan Cartagena
                        LatinoJustice PRLDEF
                        jcartagena@latinojustice.org

cc: By ECF