# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

PLAINTIFFS #1-21, individually and on behalf of all others similarly situated,

No. 2:15-cv-02431-WFK-LB

Plaintiffs,

v.

THE COUNTY OF SUFFOLK, *et al.,*

Defendants.

PLEASE TAKE NOTICE that Andrew Case, with LatinoJustice PRLDEF, who is a member in good standing of the bar of this Court, hereby files his Notice of Appearance as counsel for the above-named plaintiffs in the above action. The undersigned requests that copies of all papers and notices in the above-captioned action be served upon him at the e-mail address shown in the signature block below.

Dated: March 7, 2022
       Brooklyn, NY

Respectfully submitted,

By: */s/ Andrew Case*

Andrew Case
**LatinoJustice PRLDEF**
475 Riverside Drive
Suite 1901
New York, NY 10115
(212) 739-7506
acase@latinojustice.org

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the U.S. District Court, Eastern District of New York, via the CM/ECF portal on this 7th day of March, 2021, and transmittal of a Notice of Electronic Filing to the ECF registrants in this matter, including all counsel of record, and that I caused a true and correct copy of the foregoing to be served by certified U.S. Mail, in accordance with the Federal Rules of Civil Procedure, and/or The Eastern District's Local Rules, to pro-se defendant Scott Greene at his last know residence:

SCOTT GREENE
41 Westwood Drive
Shirley, New York 11967

Defendant Pro-se

Dated: New York, New York
March 7, 2022