UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
PLAINTIFFS #1-21, *individually and on behalf of all others similarly situated*,

        Plaintiffs,

        v.

THE COUNTY OF SUFFOLK, *et al.*,

        Defendants.
-----------------------------------------------------------------X

**ORDER**
15-CV-2431 (WFK) (LB)

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court REFERS the above-captioned case to Mediation through the EDNY Trial Ready Rapid Mediation Pilot. Selection of a mediator is due Friday, April 22, 2022. Mediation shall be completed by Friday, May 27, 2022.

                                          **SO ORDERED.**

                                          **s/ WFK**

                              _____
                              HON. WILLIAM F. KUNTZ, II
                              UNITED STATES DISTRICT JUDGE

Dated: March 24, 2022
       Brooklyn, New York