```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
PLAINTIFFS #1-21, individually and on      :
behalf of all others similarly situated,   :
                                           :
            Plaintiffs,                    :
                                           :
      v.                                   :      ORDER
                                           :      15-CV-2431 (WFK) (LB)
THE COUNTY OF SUFFOLK, et al.,             :
                                           :
            Defendants.                    :
------------------------------------------------------X
```
**WILLIAM F. KUNTZ, II, United States District Judge:**

In light of the COVID-19 pandemic, the Court has suspended its pre-motion conference requirement. Therefore, the Court DENIES Plaintiffs' request for a pre-motion conference as moot, ECF No. 345, and GRANTS leave to file the anticipated motion. The Court ORDERS the following briefing schedule for Plaintiffs' motion:

- Plaintiffs shall submit their motion by Wednesday, May 11, 2022 at 5:00 P.M.;

- Defendant Greene shall submit a response by Wednesday, May 25, 2022 at 5:00 P.M.; and

- Plaintiffs shall submit their reply, if any, by Wednesday, June 1, 2022 at 5:00 P.M.

As a courtesy, the Court requests the parties refrain from filing motion papers until the motion has been fully briefed. If the parties elect to file their motion only once it is fully briefed, the notice of motion and all supporting papers are to be served on the other party along with a cover letter setting forth whom the movant represents and the papers being served. Only a copy of the cover letter shall be electronically filed in advance of the fully briefed motion, and it must be filed as a letter, not as a motion. On the day the motion is fully briefed, each party shall electronically file their individual motion papers by 5:00 P.M.

The Clerk of Court is respectfully directed to serve a copy of this order on Defendant Greene.

**SO ORDERED.**

s/ WFK

_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: April 26, 2022
       Brooklyn, New York