# Milbank

**ATARA MILLER**

*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: 212.530.5421
AMiller@milbank.com  |  milbank.com

May 11, 2022

**<u>VIA ELECTRONIC MAIL</u>**

Brian C. Mitchell, Esq.
Deputy Bureau Chief, Litigation Bureau
Suffolk County Attorney's Office
H. Lee Dennison Bldg.
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788
Brian.Mitchell@suffolkcountyny.gov

  Re: *Plaintiffs #1-21 v. County of Suffolk, et al.,* Case No. 15-cv-2431 (E.D.N.Y.)

Counsel:

  As you know, we, along with LatinoJustice PRLDEF, represent Plaintiffs in the above-captioned action. Pursuant to Rule III.G.1. of the Individual Motion Practices and Rules of Judge William F. Kuntz, II, Plaintiffs hereby serve copies of:

1. Plaintiffs' Notice of Motion & Proposed Order for Judgment on the Pleadings;
2. Plaintiffs' Memorandum of Law ISO Motion for Judgment on the Pleadings.

            Very truly yours,
            /s/ *Atara Miller*
            Atara Miller

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO