# Milbank

**ATARA MILLER**

*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: 212.530.5421
AMiller@milbank.com  |  milbank.com

May 11, 2020

**VIA FEDEX**

Scott Greene
41 Westwood Drive
Shirley, NY 11967

    Re:    *Plaintiffs #1-21 v. County of Suffolk, et al.,* Case No. 15-cv-2431 (E.D.N.Y.)

Dear Mr. Greene:

    As you know, we, along with LatinoJustice PRLDEF, represent Plaintiffs in the above-captioned action. Pursuant to Rule III.G.1. of the Individual Motion Practices and Rules of Judge William F. Kuntz, II, Plaintiffs hereby serve copies of:

1. Plaintiffs' Notice of Motion & Proposed Order for Judgment on the Pleadings;
2. Plaintiffs' Memorandum of Law ISO Motion for Judgment on the Pleadings.

                                                          Very truly yours,
                                                          /s/   *Atara Miller*
                                                          Atara Miller

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO