UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PLAINTIFFS #1-21, individually and on behalf of all
others similarly situated,

      Plaintiffs,

v.

COUNTY OF SUFFOLK; SUFFOLK COUNTY
POLICE DEPARTMENT; EDWARD WEBBER,
individually and in his official capacity; MILAGROS
SOTO, individually and in her official capacity;
SCOTT GREENE, individually and in his official
capacity; BRIDGETT DORMER, individually and in
her official capacity; SUPERVISORY JOHN DOE
DEFENDANTS, individually and in their official
capacities; and JOHN DOE DEFENDANTS,
individually and in their official capacities,

      Defendants.

Case No.: 2:15-cv-02431-WFK-LB

**JOINT PRE-TRIAL ORDER**

      Pursuant to the Court's August 23, 2021 Order (ECF No. 325), Section V.A of the
Court's Individual Motion Practices and Rules, and Federal Rule of Civil Procedure 26(a)(3),
Plaintiffs #1-20[1] ("Named Plaintiffs") and Defendants County of Suffolk ("Suffolk County"),
Suffolk County Police Department ("SCPD"), Commissioner Edward Webber, Deputy Chief
Milagros Soto, Supervisory John Doe Defendants, and John Doe Defendants (the "County
Defendants), (collectively, the "Parties"),[2] respectfully submit the following proposed joint pre-
trial order.

---

[1]    Plaintiff #21 voluntarily dismissed his claims and was dismissed as a party to this litigation.
(ECF No. 157).

[2]    Defendant Scott Greene ("Defendant Greene") is proceeding *pro se* and did not participate
in the submission of this proposed joint pre-trial order despite multiple efforts by counsel for
Named Plaintiffs to include him in the process. On March 11, 2022, counsel for Named Plaintiffs
sent a letter to Defendant Greene via email and FedEx advising him of the Court's pretrial
scheduling order and submission deadline [ECF No. 325], advising him of the procedures agreed
to by counsel for Named Plaintiffs and counsel for County Defendants to facilitate this submission,
and providing a copy of Your Honor's Individual Motion Practices and Rules. On March 28, 2022,
counsel for Named Plaintiffs provided Defendant Greene (via email and FedEx) copies of (i)
Named Plaintiffs' Initial Proposed Joint Pre-Trial Order; (ii) Named Plaintiffs' Initial Deposition

## I. FULL CASE CAPTION

1. The full caption of this action is as set forth above.

## II. TRIAL COUNSEL

1. The names, law firms, addresses, telephone, and fax numbers of trial counsel are:

---

Designations; and (iii) Named Plaintiffs' Initial Exhibit List. Counsel for Named Plaintiffs received no response from Defendant Greene to this correspondence. On April 22, 2022, counsel for Named Plaintiffs provided Defendant Greene (via email and FedEx) copies of (i) the Parties' Draft Joint Pre-Trial Order; (ii) Named Plaintiffs' Deposition Designations; (iii) Named Plaintiffs' Exhibit List; and (iv) the County Defendants' Exhibit List. Counsel for Named Plaintiffs received no response from Defendant Greene to this correspondence.

**Trial Counsel for Named Plaintiffs**

Jose Perez
Jackson Chin
Ghita Schwarz
Nathalia Alejandra Varela
Andrew Claude Case
Fulvia Vargas-De Leon
LATINOJUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
Telephone: (212) 219-3360
Fax: (212) 431-4276

Scott A. Edelman
Atara Miller
Katherine K. Fell
Samantha A. Lovin
Griselda Cabrera
MILBANK LLP
55 Hudson Yards
New York, NY 10001-2163
Telephone: (212) 530-5000
Fax: (212) 822-5828

David Marcou
MILBANK LLP
1850 K Street, NW, Suite 1100
Washington, D.C. 20006
Telephone: (202) 835-7516

**Trial Counsel for County Defendants**

Brian C. Mitchell
Christiana Stover McSloy
Dana L. Kobos
SUFFOLK COUNTY ATTORNEY'S
OFFICE
H. Lee Dennison Building
100 Veteran Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788
Telephone: (631) 853-5834 (Brian C. Mitchell)
          (631)853-2944 (Dana L. Kobos)
          (631)853-5826 (Christiana McSloy)

Fax: (631) 853-5833

## III.    JURISDICTION

### A.    Named Plaintiffs' Statement

1.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343, and 2201. Supplemental jurisdiction over the state law claims is conferred by 20 U.S.C. § 1367(a).

### B.    County Defendants' Statement

1.    The County Defendants contend that the Named Plaintiffs do not possess claims upon which relief may be granted pursuant to the Fourth, Fifth, and Fourteenth Amendments to

the Constitution of the United States, 42 U.S.C. §1983, Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d and the common law of the State of New York, and that the Court accordingly lacks subject matter jurisdiction under 28 U.S.C. §1331 and §1343 and §1367.

## IV. CLAIMS AND DEFENSES

### A. Named Plaintiffs' Statement

**Named Plaintiffs state that the following claims are to be tried against all Defendants:**

1.    Defendants violated Named Plaintiffs' rights under the Fourth, Fifth, and Fourteenth Amendments to the United States Constitution, pursuant to 42 U.S.C. § 1983, and Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d.

2.    Defendant Suffolk County and Defendant SCPD have subjected Latinos, including Named Plaintiffs, to an ongoing policy, pattern, and practice of discriminatory policing. Specifically, the SCPD has implemented and continues to enforce, encourage, and sanction policies, practices, and/or customs of unconstitutional traffic and pedestrian stops, frisks, detentions, and searches, which are being done without the reasonable suspicion required under the Fourth Amendment. Moreover, many of these illegal police encounters have resulted in the deprivation of property and/or unlawful ticketing of Latino motorists and pedestrians in Suffolk County, including the Named Plaintiffs, in violation of the Fifth Amendment. The SCPD has implemented and continues to enforce, encourage, and sanction policies, practices, and/or customs of using race and/or national origin as the determinative factors in deciding to stop, frisk, detain and/or search individuals, in violation of the Equal Protection Clause of the Fourteenth Amendment and 42 U.S.C. § 2000d.

3.    Defendant Suffolk County and Defendant SCPD received both actual and constructive notice of the constitutional violations occurring because of SCPD's policies and practices. Despite being on notice, Defendant SCPD and Defendant Suffolk County (i) maintained

4

policies and practices that resulted in continued constitutional violations, and (ii) failed to take the actions necessary to investigate and eradicate these practices. As a result, Defendant Suffolk County and Defendant SCPD have not only allowed these discriminatory policies, practices, and/or customs to continue unabated for years, but have facilitated and encouraged them through (i) the failure to adopt and implement adequate police training and supervision policies; (ii) the disruption of the implementation and analysis of traffic stop data collection systems that would have identified officers engaged in discriminatory policing; (iii) the failure to adequately investigate complaints lodged by Latino victims; and (iv) the failure to engage in even-handed law enforcement, in violation of the Equal Protection Clause of the Fourteenth Amendment.

4.      Defendant Suffolk County and Defendant SCPD receive federal financial assistance and funding from the United States government, and as such, are required to provide and conduct their programs and activities in a racially and ethnically non-discriminatory manner. Their conduct and omissions continue to deny Named Plaintiffs and other class members of their right to be free from discriminatory treatment under 42 U.S.C. § 2000d.

5.      As a result of the policies, practices, and/or customs sanctioned by Defendants Suffolk County and SCPD due to their continuing deliberate indifference to Named Plaintiffs' and the class members' legal rights, Defendants Suffolk County and SCPD have directly and proximately caused the injuries to Named Plaintiffs.

6.      Defendant Webber, Defendant Soto, Defendant Greene, and Supervisory John Doe Defendants held or currently hold supervisory positions within the SCPD, and are or were responsible for the policies, practices, and/or customs of the SCPD; the direction of criminal and non-criminal investigations to ensure that appropriate and race-neutral police action is taken with respect to the investigation of crimes and police misconduct perpetrated against Latinos; and the

5

hiring, screening, training, retention, supervision, discipline, counseling, and control of the police officers under their supervisory command who are or were employed by the SCPD.

7. Defendant Webber, Defendant Soto, Supervisory John Doe Defendants, John Doe Defendants, and Defendant Greene deprived Named Plaintiffs and class members of their constitutional right to be free from unreasonable searches and seizures and other discriminatory practices, and to Equal Protection under the law, and are liable under the Fourth, Fifth, and Fourteenth Amendment, as well as 42 U.S.C. § 1983.

8. Acting under the color of law and without any basis to form a reasonable suspicion that Named Plaintiffs, and others similarly situated, were engaged or about to engage in unlawful activity, Defendant Webber, Defendant Soto, Supervisory John Doe Defendants, and in particular, John Doe Defendants and Defendant Greene subjected Named Plaintiffs and other class members to unequal treatment by unlawfully (i) targeting Latino motorists for illegal traffic stops; (ii) targeting Latinos through unjustified checkpoints; (iii) targeting Latinos in a "stop-and-rob" scheme that resulted in the wrongful deprivation of property during unconstitutional traffic stops; and (iv) failing to adequately investigate crimes and police misconduct perpetrated against Latinos. Through these actions, Defendant Webber, Defendant Soto, Supervisory John Doe Defendants, John Doe Defendants, and Defendant Greene intentionally deprived Named Plaintiffs of the following constitutional rights: (1) to be free from unreasonable searches and seizures; (2) to due process under the law with respect to their property rights; and (3) to Equal Protection under the law. Accordingly, Defendant Webber, Defendant Soto, Supervisory John Doe Defendants, John Doe Defendants and Defendant Greene are liable under the Fourth and Fourteenth Amendments and 42 U.S.C. § 1983.

9. Defendant Webber, Defendant Soto, Supervisory John Doe Defendants, and

Defendant Greene had both actual and constructive notice that members of the SCPD were violating Named Plaintiffs' and other class members' constitutional rights under the Fourth, Fifth, and Fourteenth Amendments, and could have taken action to investigate, address, and prevent violations of the Named Plaintiffs' and class members' legal rights, but they did not. Instead, they knowingly and deliberately failed and refused to do so despite the availability and presentation of evidence suggesting that biased policing was, in fact, occurring, that officers were participating in a "stop-and-rob" scheme, and/or that claims of SCPD misconduct by Latinos in Suffolk County were being ignored and left uninvestigated, evincing deliberate indifference to Named Plaintiffs' and class members' legal rights, resulting in their injuries.

10.     As a proximate cause of the foregoing, Named Plaintiffs and members of the class have and will continue to suffer irreparable loss and injury, including but not limited to: (i) economic loss, (ii) humiliation; (iii) embarrassment; (iv) physical and emotional distress, (v) mental anguish; (vi) low self-esteem; and (vii) deprivation of their civil rights. For these injuries, Named Plaintiffs seek declaratory and injunctive relief. Specifically, Named Plaintiffs, as class representatives, seek declaratory and injunctive relief including (but not limited to) the following: (i) the retention of an independent monitor to assess, ensure compliance, and request modifications and additions to SCPD's policies, practices, and customs; (ii) the implementation of a new Early Intervention System; (iii) updates to SCPD's traffic stop data collection practices and procedures, including the collection of traffic stop data in real-time, the retention of a traffic stop data expert, and the production of an annual traffic stop data report; and (iv) changes to the policies and procedures of the Internal Affairs Bureau. Named Plaintiffs also seek punitive and compensatory

damages.[3]

**Named Plaintiffs state the following additional claim is to be tried only against Defendant Greene:**

11.     Defendant Greene violated certain Named Plaintiffs' rights under the common laws of the State of New York. Specifically, Defendant Greene unlawfully took the personal property (money) of certain Named Plaintiffs during the course of unjustified and unlawful traffic and pedestrian stops. Named Plaintiffs had legal ownership over the money in their possession when they were stopped by Defendant Greene. By these actions, Defendant Greene violated certain Named Plaintiffs' possession and right to possession of that money and is liable for conversion of property. Defendant Greene's conduct was so egregious that certain Named Plaintiffs are also entitled to punitive and/or exemplary damages.

**Named Plaintiffs state the following claims are not to be tried:**

12.     Named Plaintiffs' claims against Officer Bridgett Dormer for violations under the Fourth, Fifth, and Fourteenth Amendment, pursuant to 42 U.S.C. § 1983, and for conversion.[4]

**Named Plaintiffs state the following defenses are to be tried:[5]**

13.     Whether Defendant Greene's counterclaim against Named Plaintiffs fails to state a claim upon which relief can be granted.

---

[3]     Named Plaintiffs reserve the right to seek monetary damages, both individually and on a class wide basis.

[4]     Claims against Officer Dormer were dismissed without prejudice. (Dkt. 322.)

[5]     By setting forth specific defenses herein, Named Plaintiffs do not waive any other defenses which may exist at law. Nor do Named Plaintiffs relieve Defendant Greene of any of his burden of proof or persuasion at trial which the law imposes on Defendant Greene. Named Plaintiffs expressly reserve the right to amend their statement of the claims and defenses to be tried prior to and during trial of this matter, in accordance with the Court's rules.

14.    Whether Defendant Greene's counterclaim against Named Plaintiffs is barred by applicable statutes of limitations and/or statutes of repose.

15.    Whether allegations made by Named Plaintiffs in this action were absolutely and/or qualifiedly privileged.

16.    Whether Defendant Greene's counterclaim is barred by the absolute litigation privilege and/or the doctrine of qualified immunity under New York Law.

17.    Whether the allegations made by Named Plaintiffs in this action were within the sphere of legitimate public interest and concern and were reasonably related to matters warranting public exposition.

18.    To the extent Defendant Greene's counterclaim against Named Plaintiffs can be read as one for slander or libel, whether Defendant Greene can (a) demonstrate that the allegations made by Named Plaintiffs in this action are false; (b) demonstrate that the allegations made by Named Plaintiffs in this action were made negligently or with actual malice; (c) demonstrate that he experienced an injury or actual damages as a result of the allegations made by Named Plaintiffs in this action; and (d) demonstrate that the allegations made by Named Plaintiffs in this action were defamation *per se*.

19.    Whether the allegations made by the Named Plaintiffs in this action are true or substantially true.

20.    Whether Defendant Greene suffered any losses or damages proximately caused by the conduct alleged in his counterclaim.

21.    Whether damages alleged to have been sustained by Defendant Greene, if any, were caused by Defendant Greene's own culpable conduct.

22.    Whether Defendant Greene failed to mitigate any damages he may have suffered.

23.     Whether Defendant Greene is entitled to exemplary or punitive damages, recovery of attorneys' fees or experts' fees, or costs of suit.

24.     Whether Defendant Greene has an adequate remedy at law, to the extent his counterclaim seeks equitable relief.

25.     Whether Defendant Greene's counterclaim is barred by the doctrines of estoppel, unclean hands, and/or in pari delicto.

**B.     County Defendants' Statement**

1.     The complaint fails to state a claim upon which relief can be granted.  The County Defendants contend that no policy, statement, ordinance, regulation or decision officially adopted and/or promulgated by defendants or otherwise ratified by the County Defendants authorized a deprivation of plaintiffs' constitutional rights.   The County Defendants do not maintain policies or practices that resulted in constitutional violations of Latino citizens in violation of 42 U.S.C. §1983. The County Defendants acted in what they did, if at all, solely pursuant to their duties and responsibilities as law enforcement officials, and at all times acted in good faith in that they were exercising and acting within their statutory and constitutional powers.

2.     The claims against Defendants Webber and Soto must be dismissed as they had no personal involvement in the alleged violations committed by Defendant Greene. The actions of Webber led to the sting operation that resulted in the arrest and prosecution of Defendant Greene.

3.     There is no evidence that either Defendant Webber or Defendant Soto was aware of any unconstitutional conduct and failed to take remedial action, or that either defendant was indifferent to the rights of the Named Plaintiffs pursuant to §1983.

4.     Solely pursuant to their duties and responsibilities as law enforcement officials, Webber and Soto, at all times acted in good faith in that they were exercising and acting within their statutory and constitutional powers. Their actions were justified by the facts and

circumstances presented. Additionally, they acted reasonably and in good faith in the discharge of their official duties and responsibilities and reasonably believed that their conduct was lawful, and are consequently entitled to judgment in their favor on the basis of qualified immunity. It was objectively reasonable for Webber and Soto to believe that their actions did not violate clearly established law in relation to the investigation into Defendant Greene's misconduct, as well as other instances of allegedly discriminatory policing in Suffolk County.

5. The County Defendants did not discriminate against the Named Plaintiffs or other class members on the basis of race pursuant to Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d. There is no evidence that County Defendants intentionally discriminated against any Named Plaintiffs or other class members or that discrimination was a substantial or motivating factor for any of the County Defendants' actions.

6. Moreover, any stops, arrests, detentions or summons' issued to the Named Plaintiffs or other class members in this matter were reasonable based upon probable cause to believe that the Named Plaintiffs or other class members committed a traffic infraction, offense or a crime. The actions by the County Defendants relative to the Named Plaintiffs or other class members were reasonable under the circumstances. Moreover, the County Defendants contend that the damages sustained by the Named Plaintiffs, if any, were caused by their own culpable and/or negligent conduct, or by the unlawful actions of defendant, Scott Greene. To the extent that the amended complaint purports to set forth derivative claims under 42 U.S.C. § 1983, said claims are not cognizable in law.

7. Named Plaintiffs or other class members are not entitled to declaratory judgment or injunctive relief relative to this matter.

8. The Suffolk County Police Department is not an entity susceptible to suit.

11

9. County Defendants submit that no viable claims exist against any yet to be identified Supervisory John Doe Defendants or John Doe Defendants.

10. The action against defendant Bridget Dormer has been dismissed. Moreover, the cross-claim of Defendant Greene against the County Defendants has been dismissed. There are no state law claims against County Defendants. The only remaining state law claims exist against Defendant Greene for conversion. Defendant Greene is not represented by the Suffolk County Attorney's Office. Additionally, the state law claim against defendant Dormer for conversion is dismissed as all of plaintiffs' claims against defendant Dormer have been dismissed

## V. TRIAL DAYS

1. This case is to be tried before a jury.

2. The Parties estimate that approximately 15 full trial days will be necessary in this action. This estimate excludes jury selection and opening and closing arguments.

## VI. CONSENT TO TRIAL BY MAGISTRATE JUDGE

1. The Parties do not consent to trial by Magistrate Judge.

## VII. STIPULATIONS OF LAW

**The Parties have agreed to stipulate that the following law applies:**

1. Pursuant to Title VI of the Civil Rights Act of 1964 and 42 U.S.C. § 2000d, "[n]o person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance."

2. To prevail on a claim pursuant to 42 U.S.C. § 1983 against a municipality based on acts of a public official, a plaintiff must show that an official policy of the municipality caused the

plaintiff to be deprived of a constitutional or statutory right resulting in plaintiff suffering a constitutional injury.

3.     An official policy or custom may be found where: (i) the practice is so consistent and widespread that although not expressly authorized it constitutes a custom or usage of which a supervising policy-maker must have been aware of; or (ii) there is a failure to provide adequate training or supervision to subordinates to such an extent that it amounts to deliberate indifference to the rights of those who come in contact with the municipal employees.

4.     A plaintiff must show that the official policy or custom was the proximate cause of the deprivation of their constitutional rights. The constitutional deprivation must be a reasonably foreseeable consequence of defendant's conduct.

5.     To prevail on a claim pursuant to 42 U.S.C. § 1983 against a supervisory official in his or her individual capacity, a plaintiff must show personal involvement by the supervisory official in the constitutional violation.

6.     To prevail on a claim for violation of the Fourth Amendment, a plaintiff must show that a defendant performed a search or seizure without reasonable suspicion.

7.     To prevail on a claim for violation of the Fifth Amendment, a plaintiff must show that a defendant deprived them of property without due process of law.

8.     To prevail on a claim for violation of the Equal Protection Clause of the Fourteenth Amendment, a plaintiff must show that a defendant took official action that was motivated at least in part by a racially discriminatory purpose.

## VIII.  STIPULATIONS OF FACT

**The Parties have agreed to stipulate to the following facts as set forth below:**

1.     Defendant Scott Greene was arrested on January 30, 2014, during an undercover sting operation.

13

2.     In January 2016, a jury found Defendant Greene guilty of multiple counts of grand larceny, petit larceny, and official misconduct.

3.     In April 2016, Defendant Greene pled guilty to additional charges of grand larceny and petit larceny.

4.     On January 13, 2014, Defendants Suffolk County and SCPD entered into an agreement with the DOJ (the "Settlement Agreement").

5.     On April 29, 2015, the Named Plaintiffs filed the complaint in the instant matter.

6.     On May 18, 2015, the Named Plaintiffs filed an amended complaint.

7.     On November 2, 2018, Plaintiff #21 voluntarily dismissed all his claims in this action.

8.     On May 29, 2019, Defendant Scott Greene filed an answer to the amended complaint, and brought a cross-complaint against the County Defendants and a counterclaim against the Named Plaintiffs.

9.     At the relevant times in the amended complaint, defendant Milagros Soto was employed by the Suffolk County Police Department.

10.     Defendant Edward Webber began his service as the Acting Commissioner of the Suffolk County Police Department in January of 2012.

11.     Defendant Edward Webber was appointed Commissioner of the Suffolk County Police Department on July 25, 2012, and served in that role through January of 2016.

## IX.     TRIAL WITNESSES

1.     The Parties each hereby submit a list of trial witnesses to the Court, as outlined below. The Parties' witness lists, for each witness, state whether the Party "will" or "may" call the witness at trial; state whether the witness is expected to testify in person or by deposition; and provide a brief summary of the substance of the witness's testimony.

14

2.     The Parties reserve and do not waive all other rights and objections, including without limitation the right to supplement and amend upon a showing of good cause, their proposed trial witnesses. The Parties also specifically reserve the rights to: (a) narrow the list of witnesses; (b) elicit and introduce testimony of any witness(es) called by another party; (c) make good-faith adjustments to the order of witnesses (once notice of order is provided) subject to witness availability; and (d) object to any trial testimony offered by any witness not identified in this Order.

3.     The Parties agree that, to the extent they plan to call additional witnesses, they will give each other fair and reasonable notice under the circumstances.

## A.     Named Plaintiffs' Witnesses[6]

1.     **Plaintiff #1 (may call in person), 475 Riverside Dr. #1901, New York, NY 10115:**[7] Plaintiff #1 will testify about his experience being stopped by an agent of SCPD, without good reason, multiple times since 2012. Plaintiff #1 was stopped and pulled over by Defendant Greene a total of four times between 2012 and 2014, and robbed by Defendant Greene on three of those four occasions.

2.     **Plaintiff #2 (may call in person), 475 Riverside Dr. #1901, New York, NY 10115:** Plaintiff #2 will testify about his experience being stopped by an agent of SCPD, without good reason, at least once since 2012. Plaintiff #2 was stopped, pulled over, and robbed by Defendant Greene on June 12, 2012.

---

[6]     Named Plaintiffs reserve their right to call any witness identified by any of the Defendants, whether or not the Defendants actually call such witnesses to testify at trial. (Such witnesses are hereby incorporated by reference.)

[7]     The address for all Named Plaintiffs is the LatinoJusticePLRDEF Headquarters, 475 Riverside Dr. #1901, New York, NY 10115.

3. **Plaintiff #3 (may call in person), 475 Riverside Dr. #1901, New York, NY 10115:** Plaintiff #3 will testify about his experience being stopped by an agent of SCPD, without good reason, multiple times since 2012. Plaintiff #3 was stopped, pulled over, and robbed by Defendant Greene in or around the summer of 2012.

4. **Plaintiff #4 (may call in person), 475 Riverside Dr. #1901, New York, NY 10115:** Plaintiff #4 will testify about his experience being stopped by an agent of SCPD, without good reason, at least once since 2013. Plaintiff #4 was stopped, pulled over, and robbed by Defendant Greene in or around October of 2013.

5. **Plaintiff #5 (may call in person), 475 Riverside Dr. #1901, New York, NY 10115:** Plaintiff #5 will testify about his experience being stopped by an agent of SCPD, without good reason, multiple times since 2013. Plaintiff #5 was stopped, pulled over, and robbed by Defendant Greene in or around 2013.

6. **Plaintiff #6 (may call in person), 475 Riverside Dr. #1901, New York, NY 10115:** Plaintiff #6 will testify about his experience being stopped by an agent of SCPD, without good reason, at least once since 2013. Plaintiff #6 was the passenger in a vehicle that was stopped, pulled over, and robbed by Defendant Greene in or around January 2013.

7. **Plaintiff #7 (may call in person), 475 Riverside Dr. #1901, New York, NY 10115:** Plaintiff #7 will testify about his experience being stopped by an agent of SCPD, without good reason, multiple times since 2013. Plaintiff #7 was stopped, pulled over, and robbed by Defendant Greene in or around January 2013.

8. **Plaintiff #8 (may call in person), 475 Riverside Dr. #1901, New York, NY 10115:** Plaintiff #8 will testify about his experience being stopped by an agent of SCPD, without

good reason, multiple times since 2011.[8] Plaintiff #8 was stopped, pulled over, and robbed by Defendant Greene in or around January 2013.

9. **Plaintiff #9 (may call in person), 475 Riverside Dr. #1901, New York, NY 10115:** Plaintiff #9 will testify about his experience being stopped by an agent of SCPD, without good reason, at least twice since 2013. Plaintiff #9 was stopped and pulled over by Defendant Greene twice in 2013 and robbed by Defendant Greene on one of those two occasions.

10. **Plaintiff #10 (may call in person), 475 Riverside Dr. #1901, New York, NY 10115:** Plaintiff #10 will testify about his experience being stopped by an agent of SCPD, without good reason, multiple times since 2010.[9] Plaintiff #10 was stopped, pulled over, and robbed by Defendant Greene on multiple occasions, starting in or around 2010. Additionally, Plaintiff #10 will testify how at least on one occasion Defendant Greene followed him into his home without permission.

11. **Plaintiff #11 (may call in person), 475 Riverside Dr. #1901, New York, NY 10115:** Plaintiff #11 will testify about her experience being stopped by an agent of SCPD, without good reason, multiple times since 2010.[10] Plaintiff #11 was stopped and pulled over by Defendant Greene on multiple occasions, without good reason, starting in or around 2010. Additionally,

---

[8] County Defendants object to Plaintiff #8 testifying about his experiences being stopped by an agent of SCPD prior to 2012, as anything prior to 2012 is outside of the relevant time-period for this case.

[9] County Defendants object to Plaintiff #10 testifying about his experiences being stopped by an agent of SCPD prior to 2012 or his experiences being stopped, pulled over and robbed by Defendant Greene prior to 2012, as anything prior to 2012 is outside of the relevant time-period for this case.

[10] County Defendants object to Plaintiff #11 testifying about his experiences being stopped by an agent of SCPD prior to 2012 or his experiences being stopped and pulled over by Defendant Greene prior to 2012, as anything prior to 2012 is outside of the relevant time-period for this case.

Plaintiff #11 will testify how Defendant Greene entered her home on multiple occasions without permission.

12.      **Plaintiff #12 (may call in person), 475 Riverside Dr. #1901, New York, NY 10115:** Plaintiff #12 will testify about his experience being stopped by an agent of SCPD, without good reason, multiple times since moving to Suffolk County.[11] Plaintiff #12 was stopped, pulled over, and robbed by Defendant Greene in or around the summer of 2012.

13.      **Plaintiff #13 (may call in person), 475 Riverside Dr. #1901, New York, NY 10115:** Plaintiff #13 will testify about his experience being stopped by an agent of SCPD, without good reason, at least four times since 2013. Plaintiff #13 was stopped, pulled over, and robbed by Defendant Greene twice in 2013.

14.      **Plaintiff #14 (may call in person), 475 Riverside Dr. #1901, New York, NY 10115:** Plaintiff #14 will testify about his experience being stopped by an agent of SCPD, without good reason, multiple times since 2012. Plaintiff #14 was stopped and pulled over twice by Defendant Greene and robbed on one of those two occasions.

15.      **Plaintiff #15 (may call in person), 475 Riverside Dr. #1901, New York, NY 10115:** Plaintiff #15 will testify about his experience being stopped by an agent of SCPD, without good reason, at least once since 2012. Plaintiff #15 was stopped, pulled over, and robbed by Defendant Greene in or around May 2012.

16.      **Plaintiff #16 (may call in person), 475 Riverside Dr. #1901, New York, NY 10115:** Plaintiff #16 will testify about his experience being stopped by an agent of SCPD, without

---

[11]      County Defendants object to Plaintiff #12 testifying about his experiences being stopped by an agent of SCPD prior to 2012, as anything prior to 2012 is outside of the relevant time-period for this case.

good reason, at least once since 2012. Plaintiff #16 was stopped, pulled over, and robbed by Defendant Greene in or around the summer of 2012.

17. **Plaintiff #17 (may call in person), 475 Riverside Dr. #1901, New York, NY 10115:** Plaintiff #17 will testify about his experience being stopped by an agent of SCPD, without good reason, multiple times since 2010.[12] Plaintiff #17 was stopped, pulled over, and robbed by Defendant Greene in or around the summer of 2010.

18. **Plaintiff #18 (may call in person), 475 Riverside Dr. #1901, New York, NY 10115:** Plaintiff #18 will testify about his experience being stopped by an agent of SCPD, without good reason, at least twice since 2013. On one of these occasions, in or around June 2013, Plaintiff #18 was stopped, pulled over, and robbed by Defendant Greene.

19. **Plaintiff #19 (may call in person), 475 Riverside Dr. #1901, New York, NY 10115:** Plaintiff #19 will testify about his experience being stopped by an agent of SCPD, without good reason, multiple times since 2012. Plaintiff #19 was stopped and pulled over by Defendant Greene approximately five times between 2012 and 2015, and robbed by Defendant Greene on one of those five occasions.

20. **Plaintiff #20 (may call in person), 475 Riverside Dr. #1901, New York, NY 10115:** Plaintiff #20 will testify about his experience being stopped by an agent of SCPD, without good reason, at least twice since 2013. On one of these occasions, Plaintiff #20 was stopped, pulled over, and robbed by Defendant Greene.

21. **James Burke (may call in person or by deposition), 30 Yaphank Avenue,**

---

[12] County Defendants object to Plaintiff #17 testifying about his experience being stopped by an agent of SCPD or Defendant Greene prior to 2012 as anything prior to 2012 is outside of the relevant time-period for this case.

Yaphank, New York, 11980: Burke is expected to testify about his experience as Chief of Department of the SCPD from January 1, 2012, until his resignation on October 27, 2015. Burke is expected to testify about topics including his supervisory responsibilities over SCPD officers, the circumstances and events surrounding SCPD's entering into the Settlement Agreement and implementation thereof, and the investigation into Defendant Greene's misconduct.

22.     **Michael Caldarelli (may call in person or by deposition), 30 Yaphank Avenue, Yaphank, New York, 11980:** Caldarelli is expected to testify about his experience as Commanding Officer of the IAB from October 2012 to October 2014. In particular, he is expected to testify about his experience at IAB, including its staffing, the timeliness and sufficiency of its investigations, and the reasons for his transfer out of IAB, the investigation into Defendant Greene's misconduct, and the involvement and awareness of senior officials in these matters.

23.     **Christopher Corsino (may call in person or by deposition), 30 Yaphank Avenue, Yaphank, New York, 11980:** Corsino is expected to testify about his experience as a Lieutenant in the IAB and later Lieutenant in the Seventh Precinct. Additionally, Corsino is expected to testify about his experience working on the investigation and sting operation of Defendant Greene, his experience as part of the SCPD-IAB task force created after Defendant Greene's arrest, and his role in authoring the internal memorandum focused on the investigation of Defendant Greene.

24.     **Bridgett Dormer (may call in person or by deposition), 30 Yaphank Ave., Yaphank, New York 11980:** Dormer is expected to testify about her experience as an SCPD officer in the Third Precinct.

25.     **Scott Greene (will call in person), 41 Westwood Dr., Shirley, New York 11967:** Defendant Greene is expected to testify about his experience working as an SCPD officer,

including his experience conducting traffic stops, conducting checkpoints, and investigating complaints. He is also expected to testify about his duties and authorities as a sergeant and supervisor within the SCPD, the allegations raised against him, and the investigation into these allegations, including the criminal investigation and trial stemming from the allegations against him by Plaintiffs #2, #3, and #19. Additionally, Defendant Greene is expected to testify about SCPD's general practices and his opinion and perception of SCPD's culture from his time working as an SCPD officer.

26.     **Robert Lehmann (may call in person or by deposition), 30 Yaphank Avenue, Yaphank, New York, 11980:** Lehmann is expected to testify about his experience in his various roles at the SCPD and as a sergeant in IAB. Additionally, Lehmann is expected to testify about topics including complaint intake procedures, in particular the complaint against Defendant Greene, his knowledge of the investigation surrounding Defendant Greene, and the investigation procedures for bias-based policing, early warning alerts, and traffic stop complaints.

27.     **Christopher Love (will call in person), 30 Yaphank Avenue, Yaphank, New York, 11980:** Love is expected to testify about his experience as a sergeant in the IAB from 2009 to 2013 and his experience as SCPD's compliance coordinator with respect to the Settlement Agreement. Love is also expected to testify about several topics including: (i) the organizational structure of the SCPD; (ii) the functions of each of SCPD's bureaus, departments, offices, precincts, or similar groups; (iii) SCPD officers and employees, and their roles; (iv) the supervisory and reporting structure of the SCPD; (v) the relationship between the SCPD, Suffolk County District Attorney's Office, and Suffolk County; (vi) the circumstances and events surrounding the United States' joint investigation of the SCPD, the Technical Assistance Letter, the Settlement Agreement and implementation thereof; (vii) SCPD's policies, systems, trainings, programs, or

audits, (viii) traffic stops, checkpoints, and traffic stop data collection; (ix) discriminatory policing or other misconduct against Latinos; and (x) any investigation undertaken by Suffolk County to identify other SCPD members who may have engaged in similar misconduct to that of Defendant Greene.

28.     **JoAnn McLaughlin (may call in person or by deposition), 30 Yaphank Avenue, Yaphank, New York, 11980:** McLaughlin is expected to testify about the IAB in her capacity as Deputy Chief and Commanding Officer of IAB.

29. .     **John Meehan (may call in person or by deposition), 30 Yaphank Avenue, Yaphank, New York, 11980:** Meehan is expected to testify about his experience as SCPD Chief of Patrol and about SCPD's policies and procedures regarding bias-based policing, traffic stop data collection, and checkpoints. He is also expected to testify about his experience supervising those responsible for intaking and investigating biased-based policing complaints.

30.     **Milagros Soto (will call in person), 30 Yaphank Ave., Yaphank, New York 11980:** Soto is expected to testify about her experience working in IAB and the procedures for investigating complaints made to IAB. She is also expected to testify about the investigation into Defendant Greene's misconduct and about SCPD's efforts to monitor bias-based policing.

31.     **Armando Valencia (may call in person or by deposition), 30 Yaphank Avenue, Yaphank, New York, 11980:** Valencia is expected to testify about his experience as a Deputy Inspector at SCPD from 2000 to 2016, as well as his experience as the Commanding Officer in the IAB. Valencia is expected to testify on topics including the complaint intake process, complaint investigation process (including the process by which complaints containing allegations of discriminatory policing were categorized), the early intervention system, and language access. He

is also expected to testify about his work to ensure SCPD's compliance with the DOJ Agreement and the Technical Assistance Letter.

32. **Donald Meyers (may call in person or by deposition), 30 Yaphank Avenue, Yaphank, New York, 11980:** Meyers is expected to testify about his role in the IAB investigation of Defendant Greene.

33. **Edward Webber (may call in person) 30 Yaphank Avenue, Yaphank, New York, 11980:** Webber is expected to testify about his experience in his various roles at the SCPD, including his time as Commissioner of the SCPD. Webber is expected to testify about topics including his supervisory responsibilities over SCPD officers, the circumstances and events surrounding SCPD's entering into the Settlement Agreement and implementation thereof, the investigation into Defendant Greene's misconduct, and his discussions with Caldarelli regarding the IAB, including its staffing, the timeliness and sufficiency of its investigations.

34. **Michael Smith (will call in person), 501 W. Cesar E. Chavez Blvd, San Antonio, TX 78027:** Dr. Smith will testify about the expert report he prepared in this matter. Dr. Smith examined: (i) the adequacy of the traffic and checkpoint data collected by SCPD from 2010 to the present; (ii) SCPD's ability to assess whether Latinos were disproportionately subjected to traffic and or checkpoint stops or treated in a disparate manner after being stopped by SCPD using the data collected from 2019 to the present; and (iii) whether the data collected by SCPD from 2010 to 2018 indicates that Latinos were disproportionately subjected to traffic or checkpoint stops or treated in a disparate manner after being stopped.[13]

---

[13] County Defendants object to Michael Smith testifying about any data prior to 2012, as it is outside of the statutory period. Judge Gary R. Brown previously ruled that "Based on the defense raised by the County in regard to statute of limitations, under no circumstances are plaintiffs entitled to data that dates prior to 2012." [Dkt. 99].

35.    **Robert Stewart (will call in person), P.O. Box 14063, Tallahassee, FL 32317:**
Stewart will testify about the expert report he prepared in this matter. Stewart evaluated SCPD's
policies, procedures, training, practices, supervisory and disciplinary systems, and organizational
culture from January 1, 2010 through the present.[14]

**B.    County Defendants' Witnesses**

1.    The County Defendants reserve their right to offer the relevant and admissible
testimony of any and all witnesses identified by the plaintiffs, whether or not the plaintiffs actually
call such witnesses at the time of trial. (Such witnesses are hereby incorporated by reference.)

2.    County Defendants may call the following witnesses:

a.    **Suffolk County Police Department Deputy Chief Milagros Soto, 30 Yaphank
Avenue, Yaphank, New York, 11980:** Soto is expected to testify regarding the Scott
Greene investigation, IAB, the Settlement Agreement and the operations of the Suffolk
County Police Department, and the Suffolk County Police Department's treatment,
outreach and policies toward Latino individuals within Suffolk County.

b.    **Lieutenant Donald Mayers, 30 Yaphank Avenue, Yaphank, New York, 11980:**
Mayers is expected to testify regarding the Scott Greene investigation and IAB.

c.    **Sergeant Christopher Love, 30 Yaphank Avenue, Yaphank, New York, 11980:**
Love is expected to testify regarding the Department of Justice Settlement Agreement and
the operations of the Suffolk County Police Department.

---

[14]    County Defendants object to Robert Stewart testifying about policies, procedures, training,
practices, supervisory and disciplinary systems, and organizational culture prior to 2012 as it is
outside of the statutory period. Judge Gary R. Brown previously ruled that "Based on the defense
raised by the County in regard to statute of limitations, under no circumstances are plaintiffs
entitled to data that dates prior to 2012." [Dkt. 99].

d. **Gregory J. Anderson, 6 Fox Run Drive, Newark, Illinois 60541:** Anderson is expected to testify as an expert witness relative to County Defendants' police practices and those matters contained within the expert report that he prepared regarding this matter.

e. **Assistant District Attorney Joseph Carroll, Suffolk County District Attorney's Office – William J. Lindsay County Complex – Building 77, Veterans Memorial Highway, Hauppauge, NY 11788:** Carroll is expected to testify for purposes of impeachment or rebuttal regarding the sting operation and prosecution of Defendant Greene and Carroll's role in helping certain Named Plaintiffs with their U-Visa applications, along with communications between Carroll and members of LatinoJusticePLRDEF relative to the criminal cases against Defendant Greene and interactions with the Named Plaintiffs as they relate to the Named Plaintiffs' claimed damages.

f. **Assistant District Attorney Melisa Bliss, Suffolk County District Attorney's Office – William J. Lindsay County Complex – Building 77, Veterans Memorial Highway, Hauppauge, NY 11788:** Bliss is expected to testify for purposes of impeachment or rebuttal regarding the sting operation and prosecution of Defendant Greene and Bliss' role in helping certain Named Plaintiffs with their U-Visa applications, along with communications between Bliss and members of LatinoJusticePLRDEF relative to the criminal cases against Defendant Greene and interactions with the Named Plaintiffs as they relate to the Named Plaintiffs' claimed damages.[15]

---

[15] Named Plaintiffs object on multiple grounds to Assistant District Attorney Joseph Carroll and Assistant District Attorney Melisa Bliss being called as witnesses. These witnesses were not previously disclosed to Named Plaintiffs, as is required by Federal Rule of Civil Procedure ("FRCP") 26(a)(1)(A). County Defendants also did not provide any supplemental disclosures

g. **Suffolk County Police Department Detective Lieutenant Christopher D. Corsino, 30 Yaphank Avenue, Yaphank, New York, 11980:** Corsino is expected regarding the Scott Greene investigation and IAB.

h. **Detective Sergeant David Tricamo, 30 Yaphank Avenue, Yaphank, New York, 11980:** Tricamo is expected to testify regarding the Scott Greene investigation and sting operation leading to the arrest of Defendant Greene.

2. The address for all current and former Suffolk County Police Department employees except for Defendant Greene is Suffolk County Police Department Headquarters - 30 Yaphank Avenue, Yaphank, New York, 11980. The address for the above Suffolk County District Attorney employees is Suffolk County District Attorney's Office – William J. Lindsay County Complex – Building 77, Veterans Memorial Highway, Hauppauge, NY 11788.

3. The County Defendants may also offer the relevant admissible testimony of any other individual identified in police paperwork, previously furnished during discovery. Said individuals will testify as to their observations, their involvement in the incidents as alleged by the Named Plaintiffs or other class members, conversations had with the Named Plaintiffs or other class members and/or others, and their involvement in the investigation of the Named Plaintiffs' or other class members allegations.[16]

---

identifying Assistant District Attorney Joseph Carroll and Assistant District Attorney Melisa Bliss as witnesses they may call at trial, as required by FRCP 26(e)(1). Additionally, the County Defendants and Suffolk County District Attorney's Office withheld in their entirety approximately 1500 pages of trial notes taken by Assistant District Attorneys during the course of the criminal trial of Scott Greene on the basis of privilege. The County Defendants' productions do not appear to contain any other document belonging to these witnesses, which means they withheld from production all written discovery from these witnesses on the basis of privilege.

[16] Named Plaintiffs object to the County Defendants calling any witnesses not disclosed by name, either in their case in chief or for impeachment or rebuttal purposes. FRCP 26(a)(1)(A) states that a "a party must...provide to the other parties: (i) the name...of each individual likely to

4.     The County Defendants further reserve their right to use such additional and unidentified witnesses for impeachment purposes and/or as may be warranted in response to the plaintiffs' direct case as the need arises. See FRCP Rule 26(d)(3).[17]

## X.     DESIGNATIONS OF DEPOSITION TESTIMONY

1.     The Parties hereby submit a list of deposition designations, objections, and counter-designations to the Court.

2.     Named Plaintiffs' deposition designations are annexed hereto as Exhibit A.[18]

3.     The County Defendants reserve the right to use deposition testimony if the witness

---

have discoverable information…that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment." Additionally, FRCP 26(e)(1) requires the County Defendants to supplement their previous disclosures under FRCP 26(a). Moreover, Judge Kuntz's Individual Motion Practices and Rules Section V.A.8 requires that the joint pre-trial order "shall include…*[a] list of the names and addresses of all witnesses*, including expert witnesses and possible witnesses who will be called only for impeachment or rebuttal purposes and so designated, together with a brief statement of the expected testimony of each witness. Only listed witnesses will be permitted to testify except where prompt notice has been given and good cause shown." (emphasis added).

[17]     Named Plaintiffs object to the County Defendants calling any witnesses not disclosed by name, either in their case in chief or for impeachment or rebuttal purposes. FRCP 26(a)(1)(A) states that a "a party must…provide to the other parties: (i) the name…of each individual likely to have discoverable information…that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment." Additionally, FRCP 26(e)(1) requires the County Defendants to supplement their previous disclosures under FRCP 26(a). Moreover, Judge Kuntz's Individual Motion Practices and Rules Section V.A.8 requires that the joint pre-trial order "shall include…*[a] list of the names and addresses of all witnesses, including* expert witnesses and *possible witnesses who will be called only for impeachment or rebuttal purposes* and so designated, together with a brief statement of the expected testimony of each witness. Only listed witnesses will be permitted to testify except where prompt notice has been given and good cause shown." (emphasis added).

[18]     County Defendants object to all deposition designations proposed by the Named Plaintiffs to the extent that the witnesses are available to testify and can appear in person on the grounds of hearsay and bolstering, but do not object for the purposes of impeachment or to refresh the recollection of the witnesses.

is unavailable and for the purpose of impeachment.[19]

4.    The Parties reserve and do not waive all other rights and objections regarding the above, including without limitation the right to supplement and amend upon a showing of good cause, their proposed deposition designations. The Parties further reserve the right to use deposition testimony in accordance with the Federal Rules of Evidence and Federal Rules of Civil Procedure.

## XI.    TRIAL EXHIBITS

1.    The Parties each hereby submit their schedules of trial exhibits to the Court.

2.    The exhibits that Named Plaintiffs intend to offer are listed in the spreadsheet annexed hereto as Exhibit B-1.[20]

3.    The County Defendants reserve their right to offer into evidence any and all relevant and admissible exhibits, and all portions thereof, previously identified by the plaintiffs, whether or not the plaintiffs actually offer such exhibits. (Said exhibits are hereby incorporated by reference.) The County Defendants may also offer the additional exhibits listed in the spreadsheet annexed hereto as Exhibit B-2.

---

[19]    Named Plaintiffs object to the County Defendants' reservation of the right "to use deposition testimony if the witness is unavailable" in their case in chief, without providing their proposed designations, so that Named Plaintiffs may have the opportunity to object and counter-designate any such testimony, as is contemplated by Judge Kuntz's Individual Motion Practices and Rules Section V.A.9. (requiring that the joint pre-trial order "shall include…[a] designation by each party for deposition testimony to be offered in its case in chief, with any cross-designations and objections by any other party"). Named Plaintiffs reserve the right to object to the introduction of any deposition testimony at trial if a witness is unavailable if such testimony has not been previously designated according to the Court's rules and ordered schedule.

[20]    Named Plaintiffs reserve their right to offer into evidence any exhibits identified by any Defendants. (Said exhibits are hereby incorporated by reference.)

4.    In each Party's list, objections are noted and the grounds for such objections have been specified.

5.    The Parties have not included in their trial exhibit lists: (1) demonstrative exhibits; (2) summary evidence presented pursuant to Federal Rule of Evidence 1006; (3) documents used solely as a basis for demonstrative exhibits or summary evidence; and (4) documents relied on by an expert that a Party does not intend to introduce into evidence.

6.    The Parties reserve and do not waive all other rights and objections regarding the above, including without limitation the right to supplement and amend upon a showing of good cause, their list of trial exhibits.

7.    Any demonstrative exhibit, summary evidence presented pursuant to Federal Rule of Evidence 1006, or visual aid to be used at trial shall be provided to all other parties by 11:59 p.m. EDT two days prior to the exhibit's first expected use. The Parties reserve the right to object to any demonstrative exhibit, summary evidence presented pursuant to Federal Rule of Evidence 1006, or visual aid.

## XII.   CONFIDENTIALITY

1.    Consistent with the Stipulated Second Amended Protective Order dated November 19, 2019, the Named Plaintiffs request to be identified only by pseudonym.[21] Named Plaintiffs intend to bring a motion outlining the proposed procedures governing confidentiality.

---

[21]    County Defendants object to the confidential nature of the Named Plaintiffs' identities continuing during the trial.

## XIII. AMENDMENT OF THE PRETRIAL ORDER

1. This Order may be amended upon application to the Court by any party for good cause shown, or by agreement of the Parties with approval of the Court.

Dated: April 29, 2022

Respectfully submitted,

/s/ *Jose Perez*

Jose Perez
Jackson Chin
Ghita Schwarz
Nathalia Alejandra Varela
Andrew Claude Case
Fulvia Vargas-De Leon
LATINOJUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 219-3360
jperez@latinojustice.org
jchin@latinojustice.org
gschwarz@latinojustice.org
nvarela@latinojustice.org
acase@latinojustice.org
fvargasdeleon@latinojustice.org

/s/ *Atara Miller*

Scott A. Edelman
Atara Miller
Katherine K. Fell
Samantha A. Lovin
Griselda Cabrera
MILBANK LLP
55 Hudson Yards
New York, NY 10001-2163
Telephone: (212) 530-5000
sedelman@milbank.com
amiller@milbank.com
kfell@milbank.com
slovin@milbank.com
gcabrera@milbank.com

David Marcou
MILBANK LLP
1850 K Street, NW, Suite 1100
Washington, D.C. 20006
Telephone: (202) 835-7516
dmarcou@milbank.com

*Counsel for Plaintiffs #1-21*

/s/ *Brian C. Mitchell*

Brian C. Mitchell
Christiana Stover McSloy
Dana L. Kobos
SUFFOLK COUNTY ATTORNEY'S OFFICE
H. Lee Dennison Building
100 Veteran Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788
Telephone: (631) 853-5834
Brian.Mitchell@suffolkcountyny.gov
Christiana.McSloy@suffolkcountyny.gov
Dana.Kobos@suffolkcountyny.gov

*Counsel for County Defendants*

SO ORDERED.



**s/ WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: May 17, 2022
Brooklyn, New York

31

# Exhibit A

Plaintiffs #1-21's

Deposition Designations

**Gregory Anderson**
Deposition taken August 25, 2020

**Plaintiffs' Affirmative Designations**

| | | | |
|---|---|---|---|
| 28:19 – 29:14 | 81:19 – 81:19 | 166:23 – 168:4 | 249:25 – 250:11 |
| 29:17 – 29:18 | 82:23 – 82:25 | 169:24 – 170:13 | 250:14 – 250:17 |
| 32:9 – 32:17 | 83:4 – 83:8 | 174:2 – 174:6 | 250:20 – 250:24 |
| 34:21 – 35:9 | 83:18 – 83:21 | 174:8 – 174:15 | 251:10 – 251:25 |
| 35:22 – 35:25 | 83:24 – 83:24 | 174:18 – 175:17 | 252:8 – 253:19 |
| 38:13 – 38:21 | 84:3 – 84:10 | 175:20 – 176:6 | 253:22 – 254:11 |
| 41:10 – 41:25 | 84:14 – 84:17 | 176:9 – 176:12 | 254:14 – 256:5 |
| 42:11 – 42:14 | 86:11 – 86:19 | 176:15 – 176:19 | 258:11 – 258:19 |
| 46:19 – 47:5 | 87:3 – 88:5 | 176:22 – 178:5 | 258:22 – 259:8 |
| 50:10 – 50:24 | 89:3 – 89:10 | 188:20 – 189:12 | 259:11 – 259:15 |
| 51:11 – 52:7 | 90:4 – 90:16 | 189:15 – 189:20 | 259:19 – 260:5 |
| 52:17 – 53:2 | 91:6 – 91:9 | 190:14 – 190:20 | 260:8 – 260:8 |
| 53:5 – 53:16 | 91:11 – 91:11 | 190:25 – 191:9 | 260:12 – 260:17 |
| 53:19 – 54:15 | 91:14 – 94:5 | 192:9 – 192:21 | 260:21 – 260:21 |
| 55:4 – 55:20 | 96:25 – 97:8 | 195:22 – 196:15 | 261:7 – 262:4 |
| 60:7 – 60:15 | 97:11 – 97:13 | 199:14 – 199:25 | 262:8 – 262:11 |
| 60:19 – 62:16 | 97:20 – 98:15 | 200:23 – 201:19 | 263:5 – 263:7 |
| 63:8 – 64:8 | 100:17 – 101:24 | 202:3 – 202:6 | 263:11 – 263:25 |
| 64:11 – 64:24 | 102:7 – 102:24 | 203:5 – 203:8 | 264:3 – 264:10 |
| 69:2 – 70:6 | 103:4 – 103:13 | 212:15 – 212:19 | 264:17 – 264:20 |
| 74:5 – 74:8 | 153:7 – 153:10 | 212:22 – 213:3 | 264:23 – 265:14 |
| 74:15 – 75:4 | 153:25 – 154:10 | 216:24 – 217:5 | 265:17 – 265:17 |
| 75:14 – 75:19 | 154:13 – 154:18 | 217:16 – 217:24 | 265:21 – 266:3 |
| 75:22 – 75:25 | 154:21 – 154:24 | 218:2 – 218:12 | 266:6 – 266:15 |
| 77:11 – 77:15 | 155:3 – 155:8 | 218:24 – 220:11 | 266:18 – 266:19 |
| 77:18 – 78:8 | 157:14 – 157:21 | 231:15 – 231:20 | 267:9 – 267:14 |
| 78:20 – 78:23 | 157:24 – 158:12 | 232:2 – 234:12 | 267:17 – 267:18 |
| 79:2 – 79:12 | 158:15 – 158:21 | 248:5 – 249:2 | 281:3 – 281:12 |
| 79:15 – 79:15 | 159:15 – 159:22 | 249:11 – 249:14 | 284:23 – 285:8 |
| 81:9 – 81:15 | 166:5 – 166:20 | 249:17 – 249:22 | |

**Defendants' Objections the Plaintiffs' Affirmative Designations**

None, other than as reflected in the Proposed Joint Pre-Trial Order submitted herewith.

**Defendants' Counter-Designations to Plaintiffs' Affirmative Designations**

None.

**Plaintiffs' Objections to Defendants' Counter-Designations**

None.

**James Burke**
Deposition taken January 27, 2020

**Plaintiffs' Affirmative Designations**

| | | |
|---|---|---|
| 5:7 – 5:10 | 67:5 – 68:24 | 135:11 – 135:24 |
| 10:15 – 16:2 | 74:23 – 74:24 | 136:10 – 136:24 |
| 17:12 – 17:18 | 75:3 – 75:4 | 147:5 – 147:20 |
| 19:15 – 20:11 | 83:21 – 84:7 | 154:21 – 156:24 |
| 22:21 – 22:24 | 90:14 – 90:24 | 205:13 – 205:18 |
| 30:8 – 30:25 | 91:6 – 91:9 | 209:8 – 209:13 |
| 31:12 – 32:15 | 95:5 – 95:21 | 210:15 – 211:4 |
| 37:16 – 37:17 | 110:25 – 111:24 | 211:6 – 211:6 |
| 52:21 – 52:14 | 114:15 – 115:11 | 215:5 – 215:10 |
| 53:4 – 54:15 | 117:15 – 117:23 | 216:11 – 216:15 |
| 63:12 – 63:22 | 124:3 – 125:14 | 216:19 – 218:5 |
| 64:8 – 65:5 | 130:18 – 132:3 | |

**Defendants' Objections the Plaintiffs' Affirmative Designations**

None, other than as reflected in the Proposed Joint Pre-Trial Order submitted herewith.

**Defendants' Counter-Designations to Plaintiffs' Affirmative Designations**

None.

**Plaintiffs' Objections to Defendants' Counter-Designations**

None.

**Michael Caldarelli**
Deposition taken December 21, 2017

**Plaintiffs' Affirmative Designations**

| | | | |
|---|---|---|---|
| 5:9 – 5:14 | 121:6 – 121:13 | 196:21 – 198:6 | 262:13 – 264:7 |
| 47:6 – 48:2 | 121:24 – 123:6 | 199:4 – 200:13 | 266:11 – 267:5 |
| 48:19 – 49:15 | 138:23 – 140:10 | 203:22 – 204:17 | 268:3 – 269:3 |
| 51:9 – 51:23 | 141:3 – 141:7 | 204:22 – 205:7 | 270:20 – 271:8 |
| 53:11 – 53:19 | 145:22 – 148:8 | 205:19 – 207:16 | 274:10 – 274:15 |
| 58:8 – 60:23 | 150:14 – 157:7 | 208:6 – 208:11 | 274:23 – 275:21 |
| 62:6 – 63:8 | 160:22 – 161:11 | 208:25 – 210:2 | 276:6 – 276:14 |
| 64:24 – 68:8 | 161:16 – 163:6 | 210:8 – 210:13 | 278:17 – 281:11 |
| 69:9 – 69:12 | 164:12 – 166:3 | 211:5 – 211:9 | 281:24 – 282:14 |
| 70:10 – 72:2 | 169:16 – 170:8 | 211:16 – 211:19 | 282:24 – 283:8 |
| 73:20 – 78:14 | 171:9 – 171:16 | 212:2 – 212:17 | 285:3 – 293:19 |
| 79:8 – 80:6 | 174:17 – 175:14 | 218:20 – 219:8 | 299:9 – 300:11 |
| 80:14 – 82:6 | 176:17 – 177:19 | 223:11 – 224:14 | 306:11 – 307:21 |
| 83:8 – 84:7 | 177:22 – 178:8 | 226:17 – 226:22 | 310:11 – 311:11 |
| 91:15 – 92:13 | 178:15 – 178:19 | 227:14 – 227:22 | 312:20 – 312:24 |
| 93:20 – 94:24 | 178:24 – 180:7 | 228:10 – 229:11 | 313:8 – 313:16 |
| 97:21 – 99:6 | 180:15 – 181:4 | 238:23 – 239:7 | 320:5 – 320:24 |
| 101:8 – 102:3 | 182:14 – 183:6 | 239:22 – 241:10 | 322:21 – 323:8 |
| 107:20 – 108:5 | 188:17 – 189:3 | 242:11 – 244:24 | 324:6 – 324:16 |
| 116:22 – 117:13 | 189:13 – 189:17 | 253:2 – 253:13 | 332:20 – 334:15 |
| 117:25 – 118:14 | 189:25 – 190:5 | 254:15 – 256:14 | 335:9 – 337:7 |
| 118:25 – 120:20 | 190:12 – 191:7 | 257:22 – 258:2 | |

**Defendants' Objections the Plaintiffs' Affirmative Designations**

None, other than as reflected in the Proposed Joint Pre-Trial Order submitted herewith.

**Defendants' Counter-Designations to Plaintiffs' Affirmative Designations**

None.

**Plaintiffs' Objections to Defendants' Counter-Designations**

None.

**Christopher Corsino**
Deposition taken November 3, 2017

**Plaintiffs' Affirmative Designations**

| | |
|---|---|
| 6:2 – 6:13 | 70:7 – 71:2 |
| 9:4 – 10:9 | 71:13 – 72:17 |
| 11:6 – 12:3 | 72:22 – 73:5 |
| 14:13 – 19:13 | 75:3 – 79:10 |
| 24:15 – 25:20 | 80:8 – 81:2 |
| 27:11 – 27:21 | 81:14 – 83:9 |
| 29:7 – 29:19 | 86:12 – 88:10 |
| 30:8 – 35:3 | 88:16 – 89:7 |
| 35:22 – 36:25 | 90:3 – 91:21 |
| 37:19 – 38:9 | 94:13 – 97:2 |
| 38:22 – 39:3 | 97:20 – 98:22 |
| 39:23 – 40:4 | 99:4 – 99:19 |
| 40:12 – 43:21 | 99:25 – 100:21 |
| 44:11 – 44:19 | 104:9 – 106:5 |
| 45:2 – 46:6 | 110:20 – 111:22 |
| 47:4 – 47:18 | 114:17 – 115:17 |
| 48:7 – 50:8 | 119:21 – 121:5 |
| 50:19 – 51:22 | 121:9 – 121:25 |
| 53:5 – 57:9 | 123:9 – 126:16 |
| 59:7 – 61:2 | 127:6 – 128:2 |
| 62:17 – 63:4 | 128:11 – 130:20 |
| 63:9 – 67:3 | 132:17 – 136:20 |
| 67:7 – 69:2 | 137:13 – 137:19 |
| 69:8 – 69:25 | |

**Defendants' Objections the Plaintiffs' Affirmative Designations**

None, other than as reflected in the Proposed Joint Pre-Trial Order submitted herewith.

**Defendants' Counter-Designations to Plaintiffs' Affirmative Designations**

None.

**Plaintiffs' Objections to Defendants' Counter-Designations**

None.

**Bridgett Dormer**
Deposition taken November 3, 2017

**Plaintiffs' Affirmative Designations**

4:7 – 4:11
4:17 – 5:14
6:16 – 7:24
8:4 – 8:7
25:11 – 26:4
26:13 – 26:16
26:22 – 26:25
27:5 – 27:6
29:24 – 30:3
46:6 – 46:16
52:19 – 52:21
53:13 – 53:24
55:18 – 58:7
74:4 – 76:6
78:24 – 79:5
83:14 – 86:7
125:15 – 126:9
127:4 – 127:11
210:4 – 211:12
211:16 – 211:22

**Defendants' Objections the Plaintiffs' Affirmative Designations**

None, other than as reflected in the Proposed Joint Pre-Trial Order submitted herewith.

**Defendants' Counter-Designations to Plaintiffs' Affirmative Designations**

None.

**Plaintiffs' Objections to Defendants' Counter-Designations**

None.

<u>**Scott Greene**</u>
Deposition taken October 11, 2019

**Plaintiffs' Affirmative Designations**

| | |
|---|---|
| 5:10 – 5:15 | 60:16 – 61:8 |
| 6:2 – 6:5 | 62:10 – 62:12 |
| 12:7 – 13:5 | 65:19 – 65:23 |
| 13:17 – 14:4 | 68:4 – 68:14 |
| 15:24 – 16:21 | 68:18 – 68:20 |
| 17:12 – 18:17 | 68:22 – 69:8 |
| 19:6 – 19:17 | 77:21 – 82:17 |
| 29:18 – 30:8 | 82:20 – 83:14 |
| 30:16 – 30:19 | 84:13 – 85:20 |
| 31:4 – 32:7 | 86:11 – 86:16 |
| 32:11 – 32:24 | 86:18 – 87:12 |
| 33:20 – 34:24 | 87:23 – 88:9 |
| 38:2 – 39:10 | 88:12 – 90:24 |
| 39:15 – 41:7 | 91:2 – 92:4 |
| 42:17 – 45:6 | 92:13 – 93:14 |
| 45:10 – 47:8 | 93:18 – 94:12 |
| 47:18 – 48:16 | 94:14 – 95:5 |
| 49:13 – 49:23 | 95:7 – 95:16 |
| 50:25 – 51:10 | 95:20 – 98:6 |
| 51:22 – 52:13 | 99:11 – 100:10 |
| 56:9 – 57:15 | 101:2 – 102:18 |
| 58:8 – 58:19 | 103:4 – 103:24 |
| 59:9 – 59:9 | 104:3 – 105:12 |
| 59:11 – 60:2 | 106:12 – 107:14 |

**Defendants' Objections the Plaintiffs' Affirmative Designations**

None, other than as reflected in the Proposed Joint Pre-Trial Order submitted herewith.

**Defendants' Counter-Designations to Plaintiffs' Affirmative Designations**

None.

**Plaintiffs' Objections to Defendants' Counter-Designations**

None.

**Scott Greene**
Deposition taken December 9, 2019

**Plaintiffs' Affirmative Designations**

| | | | |
|---|---|---|---|
| 116:11 – 116:16 | 155:22 – 155:25 | 211:15 – 215:9 | 264:9 – 264:11 |
| 119:4 – 121:4 | 156:3 – 158:22 | 215:11 – 215:15 | 264:13 – 264:16 |
| 123:9 – 125:21 | 158:24 – 158:24 | 216:3 – 216:6 | 264:21 – 265:4 |
| 125:23 – 129:9 | 159:2 – 159:14 | 216:8 – 216:22 | 265:6 – 265:10 |
| 129:11 – 129:16 | 159:16 – 159:20 | 217:11 – 226:22 | 265:17 – 265:20 |
| 130:4 – 130:18 | 159:22 – 160:10 | 227:13 – 228:8 | 266:4 – 266:15 |
| 134:22 – 135:9 | 160:20 – 163:22 | 228:11 – 228:21 | 266:17 – 266:17 |
| 135:16 – 137:7 | 163:24 – 164:18 | 228:23 – 229:9 | 266:23 – 267:12 |
| 137:20 – 138:9 | 164:20 – 165:18 | 229:12 – 229:13 | 267:14 – 267:23 |
| 138:24 – 139:3 | 165:20 – 167:14 | 229:15 – 229:22 | 267:25 – 268:3 |
| 139:11 – 139:21 | 167:20 – 168:10 | 229:24 – 230:16 | 268:8 – 268:17 |
| 139:24 – 140:24 | 168:12 – 169:2 | 231:9 – 232:8 | 268:19 – 268:24 |
| 141:2 – 141:4 | 169:15 – 170:8 | 232:10 – 233:16 | 269:2 – 269:5 |
| 141:7 – 141:7 | 170:18 – 171:3 | 233:24 – 234:13 | 269:7 – 269:7 |
| 141:14 – 141:20 | 171:6 – 171:9 | 234:17 – 234:21 | 269:13 – 269:19 |
| 141:22 – 141:24 | 171:13 – 172:7 | 234:24 – 235:23 | 270:9 – 270:11 |
| 142:3 – 142:10 | 172:9 – 172:11 | 236:16 – 238:24 | 270:14 – 270:16 |
| 142:12 – 142:14 | 172:15 – 172:19 | 239:9 – 245:4 | 270:22 – 270:24 |
| 142:18 – 142:21 | 172:23 – 173:19 | 245:6 – 245:9 | 271:3 – 271:6 |
| 142:23 – 143:6 | 174:2 – 180:15 | 245:11 – 247:17 | 271:9 – 271:12 |
| 143:8 – 143:8 | 180:18 – 185:11 | 248:5 – 249:16 | 271:15 – 271:15 |
| 143:18 – 143:21 | 185:19 – 187:6 | 249:20 – 251:7 | 272:21 – 272:24 |
| 143:23 – 144:16 | 187:10 – 187:16 | 251:11 – 251:11 | 273:3 – 273:12 |
| 144:18 – 145:13 | 187:20 – 187:20 | 251:19 – 251:23 | 273:19 – 273:21 |
| 145:15 – 146:14 | 189:14 – 190:7 | 252:2 – 252:16 | 274:4 – 274:24 |
| 146:16 – 146:20 | 190:10 – 193:13 | 252:19 – 253:16 | 275:8 – 275:10 |
| 146:22 – 147:2 | 193:15 – 194:25 | 253:19 – 254:25 | 275:12 – 275:21 |
| 147:4 – 147:8 | 195:3 – 196:19 | 255:3 – 255:7 | 276:4 – 276:7 |
| 147:10 – 147:15 | 196:22 – 196:22 | 255:10 – 256:4 | 277:18 – 277:20 |
| 147:17 – 147:21 | 203:11 – 204:6 | 256:6 – 256:11 | 277:24 – 278:20 |
| 147:23 – 148:3 | 204:8 – 204:8 | 256:14 – 256:24 | 280:5 – 281:17 |
| 148:5 – 149:18 | 206:21 – 206:23 | 257:8 – 257:25 | 281:19 – 282:24 |
| 149:24 – 149:25 | 207:8 – 207:11 | 258:5 – 259:14 | 283:2 – 283:6 |
| 150:3 – 150:25 | 207:13 – 209:19 | 259:16 – 262:18 | 283:13 – 283:20 |
| 151:3 – 152:12 | 209:21 – 210:2 | 263:7 – 263:9 | 283:23 – 284:2 |
| 153:2 – 154:6 | 210:5 – 210:6 | 263:11 – 263:13 | 284:5 – 284:5 |
| 154:8 – 154:19 | 210:13 – 210:15 | 263:15 – 263:22 | 286:7 – 286:9 |
| 155:2 – 155:17 | 210:17 – 211:13 | 264:5 – 264:7 | 286:14 – 286:18 |

| | | | |
|---|---|---|---|
| 286:22 – 287:3 | 293:16 – 293:17 | 297:21 – 298:5 | 303:17 – 303:25 |
| 287:7 – 287:18 | 293:19 – 294:4 | 298:9 – 298:13 | 304:3 – 304:16 |
| 287:22 – 287:22 | 294:6 – 294:6 | 298:15 – 298:20 | 304:25 – 308:5 |
| 288:18 – 289:17 | 294:18 – 295:9 | 298:22 – 299:19 | 308:7 – 308:18 |
| 290:18 – 290:25 | 296:4 – 296:12 | 300:20 – 300:25 | 308:21 – 310:22 |
| 291:14 – 291:20 | 296:16 – 296:21 | 301:3 – 302:6 | 311:16 – 313:20 |
| 291:22 – 291:22 | 296:23 – 296:24 | 302:8 – 302:14 | 314:5 – 314:16 |
| 292:11 – 292:24 | 297:7 – 297:11 | 302:20 – 303:15 | 314:21 – 316:12 |

**Defendants' Objections the Plaintiffs' Affirmative Designations**

None, other than as reflected in the Proposed Joint Pre-Trial Order submitted herewith.

**Defendants' Counter-Designations to Plaintiffs' Affirmative Designations**

None.

**Plaintiffs' Objections to Defendants' Counter-Designations**

None.

### <u>Robert Lehmann</u>
Deposition taken November 6, 2017

### <u>Plaintiffs' Affirmative Designations</u>

| | | |
|---|---|---|
| 8:8 – 8:14 | 117:23 – 120:5 | 197:21 – 200:2 |
| 9:15 – 10:24 | 120:18 – 120:25 | 200:11 – 200:20 |
| 21:15 – 21:21 | 121:2 – 122:8 | 204:4 – 210:19 |
| 25:17 – 26:20 | 122:12 – 123:8 | 215:15 – 217:22 |
| 33:18 – 33:22 | 124:10 – 124:25 | 228:8 – 229:21 |
| 49:2 – 49:6 | 125:3 – 126:13 | 234:11 – 238:6 |
| 55:25 – 56:11 | 139:20 – 145:24 | 239:3 – 240:2 |
| 64:19 – 65:11 | 147:6 – 151:4 | 258:3 – 258:7 |
| 66:9 – 66:18 | 151:13 – 152:16 | 258:12 – 259:13 |
| 76:2 – 76:5 | 154:7 – 156:2 | 265:15 – 265:23 |
| 76:11 – 77:7 | 156:4 – 157:9 | 266:5 – 266:18 |
| 77:17 – 78:22 | 157:17 – 159:8 | 270:25 – 271:18 |
| 79:14 – 80:4 | 159:24 – 161:8 | 272:2 – 272:19 |
| 80:17 – 81:6 | 166:13 – 167:14 | 273:9 – 275:9 |
| 89:15 – 91:15 | 168:6 – 169:15 | 277:20 – 278:6 |
| 91:17 – 92:4 | 169:17 – 172:21 | 355:10 – 355:24 |
| 97:22 – 98:15 | 182:17 – 194:25 | 358:21 – 358:25 |
| 110:15 – 111:15 | 195:3 – 197:2 | 376:14 – 376:24 |

### <u>Defendants' Objections the Plaintiffs' Affirmative Designations</u>

None, other than as reflected in the Proposed Joint Pre-Trial Order submitted herewith.

### <u>Defendants' Counter-Designations to Plaintiffs' Affirmative Designations</u>

None.

### <u>Plaintiffs' Objections to Defendants' Counter-Designations</u>

None.

**Christopher Love**
Deposition taken September 24, 2019

**Plaintiffs' Affirmative Designations**

| | | | |
|---|---|---|---|
| 5:7 – 5:10 | 136:22 – 137:24 | 217:13 – 218:7 | 309:6 – 310:11 |
| 13:15 – 14:2 | 138:3 – 138:7 | 218:14 – 218:25 | 310:24 – 312:7 |
| 18:19 – 19:24 | 138:9 – 138:11 | 219:4 – 220:7 | 313:9 – 315:4 |
| 28:6 – 36:19 | 138:13 – 138:22 | 220:13 – 220:19 | 317:23 – 320:6 |
| 36:22 – 37:22 | 139:2 – 139:4 | 226:3 – 226:20 | 320:9 – 322:14 |
| 40:16 – 42:4 | 139:6 – 139:15 | 226:23 – 227:11 | 323:11 – 324:4 |
| 53:5 – 53:25 | 139:17 – 140:9 | 227:14 – 227:21 | 326:10 – 327:8 |
| 54:10 – 54:22 | 141:7 – 143:4 | 229:9 – 231:4 | 327:19 – 329:25 |
| 56:5 – 58:10 | 143:20 – 144:5 | 231:7 – 231:21 | 331:2 – 333:20 |
| 58:25 – 61:13 | 144:7 – 148:25 | 231:24 – 234:12 | 334:6 – 335:15 |
| 63:4 – 66:21 | 149:9 – 150:24 | 237:9 – 237:20 | 337:17 – 338:2 |
| 68:14 – 69:4 | 152:13 – 158:12 | 238:6 – 238:12 | 338:5 – 340:7 |
| 69:15 – 78:25 | 159:15 – 161:16 | 244:9 – 245:6 | 340:14 – 341:14 |
| 80:19 – 81:7 | 162:22 – 162:23 | 247:8 – 251:10 | 341:24 – 342:11 |
| 81:24 – 82:21 | 163:2 – 166:20 | 257:25 – 258:15 | 342:14 – 342:15 |
| 84:15 – 85:10 | 167:4 – 182:25 | 260:11 – 261:6 | 342:21 – 343:4 |
| 86:3 – 87:24 | 183:4 – 183:5 | 262:7 – 263:10 | 343:7 – 343:23 |
| 88:3 – 88:10 | 183:8 – 188:2 | 265:20 – 265:22 | 344:2 – 344:7 |
| 88:17 – 89:16 | 188:14 – 188:21 | 265:25 – 266:3 | 344:10 – 345:16 |
| 90:9 – 90:15 | 189:3 – 190:13 | 266:6 – 266:10 | 345:19 – 346:2 |
| 91:2 – 91:21 | 190:17 – 191:11 | 266:13 – 266:21 | 346:5 – 346:14 |
| 92:11 – 92:23 | 191:22 – 192:3 | 266:24 – 267:8 | 346:17 – 346:21 |
| 93:13 – 93:18 | 192:22 – 193:8 | 269:12 – 270:4 | 346:24 – 347:5 |
| 93:24 – 95:2 | 193:11 – 193:18 | 271:6 – 272:9 | 347:8 – 347:14 |
| 96:20 – 97:22 | 193:23 – 194:6 | 272:12 – 272:16 | 347:17 – 347:18 |
| 98:11 – 98:23 | 194:8 – 194:8 | 272:19 – 272:20 | 350:5 – 350:19 |
| 99:2 – 102:8 | 194:11 – 194:11 | 275:2 – 275:21 | 350:22 – 351:9 |
| 103:10 – 109:23 | 194:15 – 195:18 | 276:21 – 278:24 | 354:16 – 355:18 |
| 110:2 – 112:15 | 195:21 – 195:23 | 285:2 – 285:4 | 357:5 – 357:7 |
| 115:11 – 116:3 | 196:2 – 196:18 | 285:7 – 285:25 | 358:3 – 358:10 |
| 116:20 – 119:18 | 196:21 – 197:5 | 286:4 – 286:12 | 360:7 – 362:19 |
| 120:19 – 124:24 | 197:8 – 197:25 | 286:15 – 287:7 | 365:22 – 367:9 |
| 125:3 – 130:8 | 198:6 – 198:23 | 287:10 – 293:2 | 367:19 – 368:12 |
| 130:11 – 130:15 | 200:3 – 200:20 | 293:5 – 297:8 | |
| 131:10 – 131:14 | 201:2 – 208:13 | 297:11 – 298:3 | |
| 131:18 – 134:24 | 210:15 – 211:12 | 298:6 – 298:9 | |
| 135:7 – 135:25 | 211:24 – 214:22 | 299:7 – 299:15 | |
| 136:2 – 136:14 | 216:16 – 217:4 | 299:18 – 299:20 | |

**Defendants' Objections the Plaintiffs' Affirmative Designations**

None, other than as reflected in the Proposed Joint Pre-Trial Order submitted herewith.

**Defendants' Counter-Designations to Plaintiffs' Affirmative Designations**

None.

**Plaintiffs' Objections to Defendants' Counter-Designations**

None.

**Christopher Love**
Deposition taken December 10, 2019

**Plaintiffs' Affirmative Designations**

| | | | |
|---|---|---|---|
| 399:8 – 400:14 | 509:4 – 509:23 | 622:21 – 623:23 | 683:17 – 685:5 |
| 402:21 – 404:13 | 511:19 – 515:15 | 625:21 – 628:6 | 685:19 – 686:4 |
| 404:22 – 406:4 | 515:25 – 517:14 | 629:5 – 629:14 | 690:12 – 693:10 |
| 423:16 – 424:6 | 518:16 – 518:19 | 631:14 – 635:18 | 693:21 – 696:25 |
| 424:12 – 424:17 | 518:22 – 521:4 | 635:21 – 638:12 | 697:7 – 698:13 |
| 425:25 – 427:4 | 527:4 – 528:7 | 639:13 – 639:21 | 698:16 – 700:6 |
| 427:23 – 428:8 | 529:23 – 532:16 | 639:24 – 642:13 | 700:25 – 701:23 |
| 458:8 – 458:10 | 546:9 – 546:18 | 642:16 – 642:18 | 702:6 – 702:12 |
| 458:13 – 458:15 | 567:22 – 568:3 | 644:3 – 644:12 | 706:3 – 707:2 |
| 458:18 – 459:12 | 569:14 – 570:7 | 644:18 – 645:14 | 707:5 – 707:18 |
| 469:5 – 473:2 | 572:7 – 572:25 | 645:22 – 645:24 | 708:3 – 709:11 |
| 475:9 – 476:15 | 579:3 – 581:6 | 648:21 – 652:4 | 709:14 – 713:15 |
| 476:24 – 478:9 | 586:9 – 589:4 | 652:13 – 652:16 | 713:18 – 714:6 |
| 480:2 – 482:20 | 589:7 – 593:5 | 652:23 – 653:4 | 715:5 – 717:15 |
| 483:14 – 484:4 | 594:22 – 596:3 | 654:10 – 654:21 | 717:18 – 718:20 |
| 484:7 – 487:23 | 597:20 – 599:2 | 656:25 – 658:2 | 719:5 – 721:19 |
| 488:2 – 489:24 | 600:8 – 600:13 | 658:10 – 659:6 | 722:20 – 724:4 |
| 491:7 – 491:11 | 600:21 – 601:23 | 659:9 – 659:23 | 724:12 – 727:12 |
| 491:14 – 492:25 | 602:3 – 604:17 | 660:2 – 660:7 | 729:17 – 730:3 |
| 493:2 – 494:24 | 605:2 – 605:9 | 660:10 – 660:16 | 730:6 – 731:23 |
| 495:10 – 496:11 | 605:19 – 606:11 | 662:13 – 667:13 | 736:8 – 737:6 |
| 496:14 – 497:20 | 606:14 – 608:19 | 667:16 – 668:9 | 738:7 – 738:18 |
| 503:9 – 503:14 | 612:12 – 614:6 | 668:12 – 669:2 | |
| 503:17 – 504:4 | 619:2 – 620:22 | 669:5 – 669:8 | |
| 505:4 – 508:4 | 622:7 – 622:18 | 677:22 – 682:3 | |

**Defendants' Objections the Plaintiffs' Affirmative Designations**

None, other than as reflected in the Proposed Joint Pre-Trial Order submitted herewith.

**Defendants' Counter-Designations to Plaintiffs' Affirmative Designations**

None.

**Plaintiffs' Objections to Defendants' Counter-Designations**

None.

**JoAnn McLaughlin**
Deposition taken August 20, 2019

**Plaintiffs' Affirmative Designations**

| | | | |
|---|---|---|---|
| 15:11 – 16:21 | 89:19 – 89:23 | 147:13 – 148:7 | 211:2 – 211:13 |
| 17:9 – 18:9 | 90:2 – 90:22 | 148:14 – 148:18 | 211:19 – 215:7 |
| 18:20 – 19:10 | 93:7 – 93:14 | 148:25 – 151:6 | 215:23 – 215:25 |
| 24:9 – 25:2 | 93:17 – 93:25 | 151:19 – 153:22 | 216:8 – 216:24 |
| 25:5 – 25:6 | 94:4 – 94:9 | 154:8 – 157:25 | 217:4 – 219:17 |
| 25:10 – 25:25 | 94:19 – 94:24 | 158:15 – 160:3 | 219:20 – 220:5 |
| 26:8 – 26:23 | 95:3 – 95:6 | 160:21 – 160:25 | 225:21 – 225:25 |
| 27:2 – 29:14 | 96:4 – 97:4 | 161:8 – 161:19 | 226:3 – 229:4 |
| 29:17 – 30:24 | 99:2 – 100:10 | 164:11 – 165:20 | 230:3 – 230:13 |
| 31:9 – 32:3 | 100:13 – 100:23 | 166:17 – 166:24 | 232:16 – 233:20 |
| 32:8 – 32:22 | 101:14 – 101:24 | 167:11 – 172:11 | 233:23 – 237:6 |
| 42:18 – 43:3 | 103:9 – 103:22 | 172:22 – 173:12 | 237:9 – 237:18 |
| 43:14 – 43:25 | 105:6 – 105:22 | 173:21 – 175:22 | 238:10 – 238:19 |
| 45:11 – 46:9 | 106:2 – 106:10 | 177:2 – 177:18 | 238:22 – 238:24 |
| 46:12 – 46:23 | 106:13 – 106:17 | 178:4 – 180:9 | 239:11 – 239:22 |
| 48:11 – 48:18 | 107:4 – 107:15 | 180:23 – 181:25 | 240:9 – 241:3 |
| 49:2 – 49:11 | 108:17 – 109:23 | 182:7 – 182:23 | 241:7 – 241:15 |
| 60:17 – 61:14 | 110:18 – 110:22 | 183:9 – 185:20 | 241:20 – 242:24 |
| 61:17 – 61:20 | 113:14 – 115:16 | 186:19 – 187:6 | 243:6 – 248:19 |
| 62:2 – 62:19 | 117:9 – 117:16 | 187:8 – 188:19 | 249:3 – 249:14 |
| 63:2 – 69:10 | 117:19 – 117:25 | 189:24 – 191:22 | 251:19 – 251:24 |
| 69:19 – 70:3 | 118:4 – 118:15 | 194:15 – 195:6 | 252:3 – 252:5 |
| 70:16 – 71:2 | 119:20 – 119:25 | 195:23 – 196:7 | 252:8 – 252:11 |
| 71:5 – 71:8 | 120:2 – 121:16 | 197:13 – 198:5 | 252:14 – 252:16 |
| 71:11 – 71:23 | 124:2 – 125:16 | 198:8 – 198:14 | 252:19 – 253:4 |
| 72:6 – 72:14 | 126:6 – 128:10 | 198:20 – 199:6 | 253:12 – 253:20 |
| 73:8 – 76:18 | 129:10 – 129:17 | 199:13 – 199:18 | 253:23 – 254:3 |
| 76:21 – 76:22 | 130:7 – 131:7 | 199:21 – 201:21 | 254:11 – 255:21 |
| 77:3 – 77:5 | 131:23 – 132:16 | 201:24 – 202:10 | 256:6 – 256:19 |
| 78:5 – 78:16 | 134:3 – 134:15 | 202:13 – 202:18 | 256:22 – 256:25 |
| 78:21 – 82:9 | 135:15 – 135:20 | 203:2 – 203:20 | 257:23 – 261:10 |
| 83:6 – 83:18 | 136:2 – 137:11 | 204:3 – 205:13 | 261:13 – 262:15 |
| 84:2 – 84:23 | 137:16 – 139:3 | 205:22 – 206:4 | 262:18 – 263:17 |
| 85:13 – 86:25 | 139:18 – 140:10 | 206:7 – 206:15 | 263:21 – 263:25 |
| 87:5 – 87:8 | 140:15 – 141:12 | 207:8 – 207:25 | 264:2 – 264:5 |
| 87:20 – 88:5 | 141:20 – 142:8 | 208:4 – 209:11 | 267:19 – 268:2 |
| 89:2 – 89:4 | 142:11 – 142:11 | 209:14 – 209:21 | 269:5 – 269:17 |
| 89:7 – 89:13 | 144:24 – 146:8 | 209:24 – 210:3 | 269:20 – 270:25 |

| | | | |
|---|---|---|---|
| 271:4 – 271:7 | 281:11 – 281:24 | 286:9 – 287:2 | 295:11 – 295:17 |
| 271:18 – 272:13 | 282:18 – 283:20 | 287:5 – 287:7 | 295:20 – 296:21 |
| 272:15 – 276:4 | 283:23 – 284:6 | 287:14 – 288:8 | 296:24 – 297:25 |
| 278:9 – 278:23 | 284:8 – 284:25 | 289:11 – 290:17 | 298:18 – 299:8 |
| 279:3 279:15 | 285:2 – 285:23 | 291:2 – 291:5 | 300:17 – 300:20 |
| 280:2 – 280:18 | 286:3 – 286:6 | 292:8 – 295:3 | 300:23 – 301:2 |

**Defendants' Objections the Plaintiffs' Affirmative Designations**

None, other than as reflected in the Proposed Joint Pre-Trial Order submitted herewith.

**Defendants' Counter-Designations to Plaintiffs' Affirmative Designations**

None.

**Plaintiffs' Objections to Defendants' Counter-Designations**

None.

**John Meehan**
Deposition taken August 13, 2019

**Plaintiffs' Affirmative Designations**

| | | | |
|---|---|---|---|
| 6:10 – 6:15 | 76:16 – 77:6 | 112:21 – 113:3 | 148:25 – 149:9 |
| 6:19 – 6:22 | 77:9 – 77:10 | 113:6 – 113:9 | 149:12 – 149:20 |
| 27:25 – 29:11 | 77:13 – 79:3 | 113:12 – 113:18 | 149:23 – 150:3 |
| 32:8 – 33:16 | 79:6 – 80:12 | 113:21 – 113:22 | 150:6 – 150:10 |
| 36:12 – 37:2 | 80:15 – 80:18 | 119:9 – 120:2 | 150:13 – 151:2 |
| 39:2 – 40:16 | 80:21 – 80:23 | 124:11 – 124:16 | 151:5 – 152:4 |
| 41:8 – 41:11 | 80:25 – 81:17 | 124:23 – 125:5 | 152:7 – 152:12 |
| 41:14 – 42:5 | 81:20 – 83:11 | 125:8 – 125:23 | 154:2 – 155:16 |
| 47:18 – 49:21 | 83:14 – 84:7 | 126:2 – 126:8 | 155:19 – 156:2 |
| 49:24 – 49:24 | 84:10 – 85:7 | 126:11 – 126:17 | 156:5 – 157:6 |
| 51:2 – 51:4 | 85:22 – 85:25 | 126:20 – 127:3 | 157:9 – 157:16 |
| 51:7 – 51:7 | 86:4 – 88:12 | 127:6 – 128:2 | 158:5 – 161:15 |
| 53:2 – 54:11 | 88:15 – 89:3 | 128:11 – 129:2 | 161:20 – 164:3 |
| 55:3 – 55:7 | 89:6 – 90:3 | 129:5 – 129:15 | 164:6 – 164:22 |
| 55:13 – 55:23 | 90:23 – 90:25 | 129:18 – 131:4 | 164:25 – 164:25 |
| 55:25 – 56:8 | 91:4 – 91:9 | 131:7 – 131:14 | 165:2 – 165:4 |
| 56:11 – 56:19 | 91:12 – 91:21 | 131:17 – 132:2 | 165:7 – 165:17 |
| 56:22 – 56:22 | 91:23 – 92:8 | 132:6 – 133:21 | 165:20 – 166:19 |
| 58:2 – 59:2 | 92:11 – 92:15 | 133:24 – 134:4 | 166:22 – 166:22 |
| 60:3 – 60:24 | 92:18 – 93:3 | 134:7 – 134:11 | 169:4 – 169:5 |
| 61:3 – 61:13 | 93:6 – 93:20 | 135:4 – 135:14 | 169:8 – 169:14 |
| 61:16 – 62:3 | 93:25 – 96:14 | 135:17 – 135:18 | 169:17 – 169:23 |
| 62:17 – 63:11 | 100:21 – 100:24 | 135:21 – 136:3 | 170:2 – 170:4 |
| 63:18 – 66:3 | 101:2 – 101:12 | 136:6 – 136:19 | 170:7 – 173:13 |
| 66:6 – 66:11 | 101:15 – 102:5 | 136:22 – 137:4 | 173:17 – 175:12 |
| 66:21 – 66:24 | 102:9 – 102:13 | 137:7 – 137:15 | 175:15 – 176:11 |
| 67:3 – 67:7 | 102:16 – 102:17 | 137:18 – 137:20 | 176:14 – 178:15 |
| 67:10 – 67:14 | 103:19 – 103:20 | 137:23 – 138:8 | 178:20 – 179:8 |
| 68:3 – 68:7 | 103:23 – 103:23 | 138:16 – 138:23 | 179:11 – 180:4 |
| 68:10 – 69:2 | 105:4 – 105:9 | 139:11 – 141:15 | 180:9 – 183:5 |
| 69:5 – 69:15 | 105:12 – 108:6 | 141:18 – 141:22 | 183:8 – 184:22 |
| 69:18 – 70:2 | 108:9 – 108:13 | 141:25 – 142:6 | 185:10 – 186:21 |
| 72:19 – 72:24 | 108:16 – 108:19 | 142:9 – 142:12 | 186:24 – 188:7 |
| 73:3 – 73:5 | 108:22 – 109:25 | 142:22 – 142:24 | 188:10 – 188:21 |
| 73:8 – 73:16 | 110:20 – 111:3 | 143:3 – 144:5 | 188:24 – 189:7 |
| 73:19 – 74:17 | 111:6 – 111:14 | 144:17 – 148:5 | 189:10 – 189:14 |
| 75:15 – 76:9 | 111:17 – 111:21 | 148:8 – 148:8 | 189:17 – 190:2 |
| 76:12 – 76:13 | 111:24 – 111:24 | 148:14 – 148:22 | 190:17 – 191:20 |

| | | | |
|---|---|---|---|
| 192:6 – 193:14 | 212:8 – 213:10 | 228:24 – 230:21 | 238:13 – 238:20 |
| 193:18 – 195:10 | 213:15 – 215:6 | 230:24 – 232:11 | 238:23 – 239:3 |
| 197:4 – 197:19 | 215:9 – 215:9 | 232:14 – 232:24 | 239:6 – 239:10 |
| 197:24 – 199:13 | 215:17 – 216:16 | 233:15 – 234:17 | 239:14 – 239:16 |
| 199:16 – 199:21 | 217:12 – 219:25 | 234:20 – 234:21 | 239:19 – 241:14 |
| 200:14 – 202:24 | 220:4 – 220:4 | 235:7 – 235:19 | 241:16 – 241:18 |
| 203:9 – 204:23 | 220:23 – 222:24 | 235:22 – 236:2 | 241:21 – 242:4 |
| 205:2 – 205:5 | 223:3 – 223:4 | 236:5 – 236:12 | 242:7 – 242:7 |
| 205:24 – 207:7 | 223:7 – 224:6 | 236:15 – 236:15 | 242:21 – 243:3 |
| 207:15 – 208:17 | 224:15 – 224:19 | 236:23 – 237:3 | 243:6 – 243:9 |
| 209:23 – 210:11 | 224:23 – 225:18 | 237:6 – 237:12 | 243:12 – 243:20 |
| 210:14 – 211:5 | 225:21 – 226:8 | 237:15 – 237:19 | 243:23 – 244:3 |
| 212:2 – 212:5 | 226:14 – 227:15 | 237:22 – 238:7 | 244:6 – 244:12 |

**Defendants' Objections the Plaintiffs' Affirmative Designations**

None, other than as reflected in the Proposed Joint Pre-Trial Order submitted herewith.

**Defendants' Counter-Designations to Plaintiffs' Affirmative Designations**

None.

**Plaintiffs' Objections to Defendants' Counter-Designations**

None.

**Donald Meyers**
Deposition taken December 19, 2017

**Plaintiffs' Affirmative Designations**

| | |
|---|---|
| 5:9 – 5:12 | 125:12 – 126:3 |
| 13:19 – 14:5 | 128:10 – 129:25 |
| 14:21 – 16:20 | 130:12 – 132:7 |
| 40:7 – 40:19 | 132:19 – 134:5 |
| 50:12 – 56:25 | 136:6 – 137:10 |
| 63:3 – 63:19 | 138:2 – 145:16 |
| 64:2 – 73:25 | 146:14 – 147:24 |
| 74:13 – 77:4 | 154:8 – 157:4 |
| 81:9 – 82:17 | 157:6 – 157:12 |
| 83:7 – 89:8 | 157:14 – 163:22 |
| 90:18 – 90:21 | 164:8 – 165:15 |
| 91:4 – 98:17 | 166:2 – 167:4 |
| 107:25 – 109:14 | 168:21 – 172:18 |
| 113:5 – 118:6 | 172:22 – 173:3 |
| 123:6 – 123:14 | 173:7 – 178:5 |
| 124:21 – 125:3 | |

**Defendants' Objections the Plaintiffs' Affirmative Designations**

None, other than as reflected in the Proposed Joint Pre-Trial Order submitted herewith.

**Defendants' Counter-Designations to Plaintiffs' Affirmative Designations**

None.

**Plaintiffs' Objections to Defendants' Counter-Designations**

None.

**Milagros Soto**
Deposition taken October 9, 2019

**Plaintiffs' Affirmative Designations**

| | | | |
|---|---|---|---|
| 4:13 – 4:18 | 65:22 – 65:24 | 162:13 – 165:25 | 199:24 – 202:8 |
| 11:9 – 11:18 | 66:3 – 66:15 | 166:23 – 167:15 | 203:3 – 204:15 |
| 11:22 – 13:7 | 68:12 – 68:18 | 168:6 – 168:18 | 205:3 – 206:14 |
| 13:22 – 15:20 | 68:21 – 68:22 | 168:21 – 169:11 | 206:17 – 206:18 |
| 16:9 – 16:19 | 69:25 – 70:11 | 169:21 – 170:10 | 207:22 – 208:6 |
| 17:11 – 19:18 | 71:2 – 71:24 | 170:13 – 174:6 | 208:9 – 208:16 |
| 20:5 – 20:23 | 73:4 – 74:17 | 176:13 – 177:8 | 208:25 – 209:5 |
| 21:10 – 21:22 | 74:20 – 75:23 | 177:11 – 177:17 | 209:8 – 209:16 |
| 23:2 – 23:18 | 76:2 – 76:5 | 181:6 – 181:8 | 213:19 – 213:23 |
| 23:20 – 27:14 | 76:8 – 76:15 | 181:11 – 181:24 | 214:2 – 215:12 |
| 28:24 – 33:19 | 76:18 – 78:3 | 182:5 – 182:21 | 216:10 – 217:18 |
| 35:3 – 36:13 | 78:6 – 78:7 | 183:4 – 185:18 | 218:8 – 218:11 |
| 36:16 – 36:16 | 80:10 – 82:17 | 186:16 – 187:23 | 218:14 – 219:8 |
| 38:13 – 38:21 | 82:20 – 83:12 | 188:2 – 188:14 | 222:17 – 222:20 |
| 41:9 – 41:15 | 83:23 – 84:9 | 188:18 – 188:24 | 222:23 – 222:24 |
| 41:20 – 42:6 | 84:17 – 84:20 | 192:19 – 193:7 | 223:6 – 223:11 |
| 42:14 – 43:4 | 86:4 – 86:6 | 193:22 – 194:3 | 223:15 – 223:18 |
| 45:13 – 45:19 | 86:9 – 88:3 | 194:6 – 194:6 | 223:21 – 224:4 |
| 46:19 – 47:15 | 88:16 – 88:18 | 194:15 – 194:17 | 225:5 – 225:15 |
| 47:18 – 48:12 | 88:21 – 88:24 | 194:20 – 194:25 | 225:18 – 225:23 |
| 49:17 – 60:13 | 89:3 – 91:15 | 196:21 – 196:23 | 226:2 – 226:8 |
| 62:6 – 62:21 | 159:24 – 160:3 | 197:16 – 197:19 | 234:8 – 235:6 |
| 63:8 – 63:10 | 160:6 – 160:25 | 197:25 – 198:23 | |
| 63:13 – 63:23 | 161:4 – 161:4 | 199:18 – 199:21 | |

**Defendants' Objections the Plaintiffs' Affirmative Designations**

None, other than as reflected in the Proposed Joint Pre-Trial Order submitted herewith.

**Defendants' Counter-Designations to Plaintiffs' Affirmative Designations**

None.

**Plaintiffs' Objections to Defendants' Counter-Designations**

None.

**Armando Valencia**
Deposition taken December 20, 2017

**Plaintiffs' Affirmative Designations**

5:10 – 5:12
6:6 – 7:12
27:24 – 30:2
37:9 – 37:14
58:8 – 59:3
88:8 – 89:9
134:13 – 134:16
157:8 – 160:20
165:24 – 166:19
189:21 – 192:9
216:4 – 216:23
242:21 – 243:11
249:9 – 252:17
256:5 – 258:4
269:3 – 271:24
275:8 – 275:18
275:24 – 276:5
279:5 – 279:23
280:13 – 283:7
308:8 – 308:21
358:8 – 358:25
371:9 – 372:3

**Defendants' Objections the Plaintiffs' Affirmative Designations**

None, other than as reflected in the Proposed Joint Pre-Trial Order submitted herewith.

**Defendants' Counter-Designations to Plaintiffs' Affirmative Designations**

None.

**Plaintiffs' Objections to Defendants' Counter-Designations**

None.

# Exhibit B-1

Plaintiffs #1-21's Exhibit List

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 1 | 1/26/2010 | SCPD Roadway Checkpoint Reports 2010 | D-12675 - D-12961 | Objection - Relevance - Not within the relevant time period of 2012 to the present |
| 2 | 3/20/2010 | SCPD Supplementary Report re: Sobriety Checkpoint | D-19567 - D-19567 | Objection - Relevance - Not within the relevant time period of 2012 to the present |
| 3 | 5/24/2010 | SCPD Incident Data Report | D-14294 - D-14295 | Objection - Relevance - Not within the relevant time period of 2012 to the present |
| 4 | 1/4/2011 | SCPD Roadway Checkpoint Reports 2011 | D-12962 - D-13249 | Objection - Relevance - Not within the relevant time period of 2012 to the present |
| 5 | 1/5/2012 | SCPD Roadway Checkpoint Reports 2012 | D-13250 - D-13540 | |
| 6 | 7/14/2012 | SCPD Roadway Checkpoint Report – July 14, 2012 | D-13486 - D-13487 | |
| 7 | 1/7/2013 | SCPD Roadway Checkpoint Reports 2013 | D-13541 - D-13828 | |
| 8 | 1/12/2014 | SCPD Roadway Checkpoint Reports 2014 | D-13829 - D-14101 | |
| 9 | 1/16/2015 | SCPD Roadway Checkpoint Reports 2015 | D-14102 - D-14232 | |
| 10 | 2/1/2016 | SCPD Roadway Checkpoint Reports 2016 | D-14233 - D-14234 | |
| 11 | 1/1/2016 | LCAC Meeting Minutes 2016 | RPD_0016870 - RPD_0016884 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 12 | 8/16/2017 | Minutes from 3rd Quarter Latino Community Advisory Committee Meeting held 8/1617 | 6-20-19 Love DOJ Correspondence SC 011762 - 6-20-19 Love DOJ Correspondence SC 011767 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 13 | 5/18/2015 | First Amended Complaint, *Plaintiffs #1-21 v. The County of Suffolk*, No. 15-CV-2431 | | |
| 14 | 4/8/2016 | Defendants' Response to Plaintiffs' First Set of Interrogatories | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 15 | 6/16/2016 | Defendants' Supplemental Response to Plaintiffs' First Set of Interrogatories | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 16 | 6/17/2016 | Defendants' Supplemental Response to Plaintiffs' First Set of Document Demands | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 17 | 12/23/2016 | Defendants' Second Supplemental Response to Plaintiffs' First Set of Document Demands | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 18 | 8/13/2019 | Plaintiff's Amended Notice of Rule 30(b)(6) Deposition of The County of Suffolk | | Objection - Hearsay and relevance. |
| 19 | 9/16/2019 | Plaintiffs' First Set of Requests for Admission to the County Defendants | | Objection - Hearsay and relevance. |
| 20 | 10/16/2019 | Response to Request for Admissions | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 21 | 10/16/2019 | Response to Plaintiffs' Second Set of Interrogatories | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 22 | 6/17/2020 | Affidavit of Christopher A. Love | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 23 | 11/2/2016 | *USA v. Burke*, 15-cr-0627, Criminal Cause for Sentencing | | Objection - Hearsay; Relevance and Prejudice. |
| 24 | 1/13/2016 | Verdict Sheet, New York v. Greene, No. 618-2014 (N.Y. Sup. Ct.) | | |
| 25 | 4/15/2016 | Plea Proceeding, New York v. Greene, No. 1397-2014 (N.Y. Sup. Ct.) | | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 26 | 11/3/2017 | Deposition Transcript of Christopher Corsino | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 27 | 11/3/2017 | Deposition Transcript of Bridgett Dormer | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 28 | 11/6/2017 | Deposition Transcript of Robert Lehmann | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 29 | 12/19/2017 | Deposition Transcript of Donald Meyers | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 30 | 12/20/2017 | Deposition Transcript of Armando Valencia | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 31 | 12/21/2017 | Deposition Transcript of Michael Caldarelli | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 32 | 8/13/2019 | Deposition Transcript of John Meehan | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 33 | 8/20/2019 | Deposition Transcript of JoAnn McLaughlin | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 34 | 9/20/2019 | Deposition Transcript of Vincent Cordiale | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 35 | 9/24/2019 | Deposition Transcript of Christopher Love Vol. I | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 36 | 10/9/2019 | Deposition Transcript of Milagros Soto | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 37 | 10/11/2019 | Deposition Transcript of Scott Greene Vol. I | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 38 | 10/16/2019 | Deposition Transcript of Matthew Jones | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 39 | 12/9/2019 | Deposition Transcript of Scott Greene Vol. II | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 40 | 12/10/2019 | Deposition Transcript of Christopher Love Vol. II | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 41 | 1/27/2020 | Deposition Transcript of James Burke | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 42 | 8/25/2020 | Deposition Transcript of Gregory Anderson | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 43 | 9/13/2011 | Letter from U.S. Department of Justice to S. Levy re: Suffolk County Police Department Technical Assistance Letter | D-11451 - D-11478 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 44 | 3/31/2013 | Email from B. Cassidy to E. Webber, J. Burke, et al. re: DOJ - Agreement requested by Fed, and attaching draft settlement agreement | 11-25-2019_SelectedMessages.00000202 - 11-25-2019_SelectedMessages.00000237 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 45 | 6/10/2013 | Draft SCPD Response to the Proposed DOJ Consent Agreement Proffered on May 30, 2013 | D-11552 - D-11615 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 46 | 8/30/2013 | Email from G. Lolis to E. Webber, C. Love, et al. re: FW: meeting, attaching redline of draft settlement agreement | 11-25-2019_SelectedMessages.00000754 - 11-25-2019_SelectedMessages.00000817 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 47 | 9/10/2013 | Email from G. Lolis to E. Webber & M. White re: FW:, attaching redline of draft settlement agreement | 11-25-2019_SelectedMessages.00001154 - 11-25-2019_SelectedMessages.00001196 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 48 | 1/13/2014 | Agreement between the United States Department of Justice and Suffolk County Police Department | D-2261 - D-2287 | |
| 49 | 6/26/2015 | Email from M. Goldberger to G. Lolis re: DOJ/ SCPD, attaching June 26 2015 Letter - DOJ Goldberger to SCPD Lolis and June 26 2015 - DOJ Compliance Table - SCPD Agreement | 6-20-19 Love DOJ Correspondence SC 001558 - 6-20-19 Love DOJ Correspondence SC 001598 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 50 | 12/14/2015 | Email from B. Buehler to C. Love re: USDOJ/SCPD: Compliance Status Assessment Report, attaching Compliance Assessment Report | 6-20-19 Love DOJ Correspondence SC 002550 - 6-20-19 Love DOJ Correspondence SC 002620 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 51 | 4/18/2016 | Email from M. Goldberger to C. Love re: SCPD assessment report, attaching Third Report Assessing Settlement Agreement Compliance by Suffolk County Police Department | 6-20-19 Love DOJ Correspondence SC 002898 - 6-20-19 Love DOJ Correspondence SC 002927 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 52 | 1/19/2017 | Email from J. Mondino to C. Love re: DOJ 4th Assessment Report of Suffolk County PD, attaching Fourth Report Assessing Settlement Agreement Compliance by Suffolk County Police Department | 6-20-19 Love DOJ Correspondence SC 003126 - 6-20-19 Love DOJ Correspondence SC 003154 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 53 | 6/23/2017 | Email from L. Garcia to C. Love re: SCPD Fifth Assessment Report, attaching Fifth Report Assessing Settlement Agreement Compliance by Suffolk County Police Department | 6-20-19 Love DOJ Correspondence SC 003228 - 6-20-19 Love DOJ Correspondence SC 003254 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 54 | 3/13/2018 | Sixth Report Assessing Settlement Agreement Compliance by Suffolk County Police Department | SJ_Ex. 075 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 55 | 10/11/2018 | Email from C. Love to "lovelaw" re: FW: Seventh DOJ Assessment Report, attaching Seventh Report Assessing Settlement Agreement Compliance by Suffolk County Police Department | 6-20-19 Love DOJ Correspondence SC 024255 - 6-20-19 Love DOJ Correspondence SC 024275 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 56 | 12/18/2019 | Eighth Report Assessing Settlement Agreement Compliance by Suffolk County Police Department | Exhibit 70 to Plaintiffs' Opposition to Motion for Summary Judgment | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 57 | 11/10/2008 | Letter from C. Perales to M. Kappelhoff and B. Campbell re: Fatal stabbing of Marcello Lucero | Exhibit B to Plaintiffs' Motion for Class Certification | Objection - Hearsay; Relevance. |
| 58 | 11/25/2008 | Letter from C. Perales to M. Kappelhoff and B. Campbell re: Complaint on behalf of Latino residents | Exhibit C to Plaintiffs' Motion for Class Certification | Objection - Hearsay; Relevance. |
| 59 | 1/30/2009 | Letter from M. Kappelhoff to C. Perales re: Concerns of Latino residents | Exhibit D to Plaintiffs' Motion for Class Certification | Objection - Hearsay; Relevance. |
| 60 | 5/21/2009 | Letter from C. Perales to S. Cutlar re: Supplement of November 25 2008 Letter | Exhibit E to Plaintiffs' Motion for Class Certification | Objection - Hearsay; Relevance. |
| 61 | 7/2/2009 | Letter from S. Cutlar to C. Perales re: Response to May 21, 2009 Letter | Exhibit F to Plaintiffs' Motion for Class Certification | Objection - Hearsay; Relevance. |
| 62 | 11/15/2011 | Letter from R. Dormer to J. Smith & M. Goldberger re: Suffolk County Police Department Technical Assistance Letter | D-11479 - D-11543 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 63 | 5/30/2013 | Letter from M. Goldberger and J. Smith to S. Bellone re: Department of Justice Investigation of Suffolk County Police Department | 11-25-2019_SelectedMessages.00000204 - 11-25-2019_SelectedMessages.00000205 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 64 | 1/8/2015 | Internal Correspondence from A. Valencia to E. Webber re: Analysis of Biased Policing Complaints: July 1, 2014 - December 31, 2014 | 9-18-2019_Love.00002661 - 9-18-2019_Love.00002662 | |
| 65 | 8/30/2016 | Email from M. O'Malley to C. Love re: Webinar-Implicit Bias | 9-18-2019_Love.00006225 - 9-18-2019_Love.00006225 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 66 | 9/11/2017 | Email from L. Garcia to C. Love re: Bias-Free Policing | 6-20-19 Love DOJ Correspondence SC 003284 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 67 | 3/28/2018 | Email from C. Love to J. Palen re: Bias Trng | 9-18-2019_Love.00011142 - 9-18-2019_Love.00011143 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 68 | 4/18/2018 | Email from C. Love to N. Zinser re: Biased Policing Cases in Need | 9-18-2019_Love.00011191 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 69 | 1/17/2018 | Email from M. Soto to A. O'Callaghan, P. Mahan, et al. re: Department Early Warning - Early Intervention System | Soto 6.20.19 SC2967 - Soto 6.20.19 SC2967 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 70 | 1/17/2018 | Email from J. Rafferty to M. Soto re: Re: Department Early Warning - Early Intervention System | Soto 6.20.19 SC1129 - Soto 6.20.19 SC1129 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 71 | 9/3/2015 | Email from C. Love to B. Buehler, G. Lolis re: USDOJ/SCPD: Document Request | 6-20-19 Love DOJ Correspondence SC 024011 - 6-20-19 Love DOJ Correspondence SC 024062 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 72 | 11/24/2014 | Email from A. Crawford to J. Meehan, E. Webber, et al. re: Agreement between the USDOJ and SCPD: Document Request | 6-20-19 Love DOJ Correspondence SC 000946 - 6-20-19 Love DOJ Correspondence SC 000956 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 73 | 3/14/2018 | E-mail from L. Garcia to C. Love, M. Goldberger, et al. re: Following up | 6-20-19 Love DOJ Correspondence SC 003352 - 6-20-19 Love DOJ Correspondence SC 003359 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 74 | 4/23/2018 | Email from M. Goldberger to C. Love, J. Volek, et al. re: DOJ Tour next week, attaching proposed schedule and other email correspondence | 6-20-19 Love DOJ Correspondence SC 003380 - 6-20-19 Love DOJ Correspondence SC 003394 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 75 | 10/15/2018 | Email from C. Love to K. Kenneally re: Data reports – site visit prep | 6-20-19 Love DOJ Correspondence SC 024297 - 6-20-19 Love DOJ Correspondence SC 024304 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 76 | 8/30/2013 | Email from G. Lolis to J. Morse re: Meeting, attaching SCPD DOJ Agreement | 11-25-2019_SelectedMessages.00000754 - 11-25-2019_SelectedMessages.00000817 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 77 | 9/6/2013 | Email from G. Lolis to D. Brown, E. Webber, et al. re: SCPD Agreement | 11-25-2019_SelectedMessages.00000838 - 11-25-2019_SelectedMessages.00000916 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 78 | 9/4/2014 | Email from C. Love to C. Hart, M. Goldberger, et al. re: Settlement Agreement (training materials) | 6-20-19 Love DOJ Correspondence SC 012484 - 6-20-19 Love DOJ Correspondence SC 012491 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 79 | 10/14/2014 | Email from C. Love to B. Buehler, C. Hart, et al. re: Settlement Agreement (training materials) | 6-20-19 Love DOJ Correspondence SC 005226 - 6-20-19 Love DOJ Correspondence SC 005269 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 80 | 12/20/2018 | Email from J. Volek to A. Rivera re: DOJ Agreement Question | Love 5.15.19 SC 707- Love 5.15.19 SC 709 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 81 | 1/1/2014 | 2014-2015 Possible CAD Hate Calls | D-3486 - D-3499 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 82 | 10/24/2018 | Email from A. Rivera to C. Love re: Hate Crime stats 2017/2018 | Love 5.15.19 SC 477 - Love 5.15.19 SC 477 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 83 | 3/2/2016 | Email from J. McLaughlin to M. Soto re: Biased-Policing Complaint | 6.20.19 SC61 - 6.20.19 SC61 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 84 | 12/4/2005 | Email from C. Love to K. Fallon, et al. re: Hey guys, I read 600 pages of SCPD emails, here's what I learned, attaching Draft TSDCP Report | 9-18-2019_Crawford.00008841 - 9-18-2019_Crawford.00008894 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 85 | 9/19/2016 | Email from A. Gliganic to M. Soto re: New, Improved Spreadsheet, and attaching Language Access Audits: Internal Affairs Bureau | SC_Soto 028807- SC_Soto 028812 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 86 | 4/25/2017 | Email from J. Barry to J. McLaughlin, Brian Michels, et al. re: FW: Untrained Hate/LAP, attaching list of untrained officers | 10-17-2019_McLaughlin.00002323 - 10-17-2019_McLaughlin.00002337 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 87 | 6/21/2018 | Email from K. Kenneally to M. Lewis, C. Hatton, et al. re: Bilingual Proficiency Certification use this list | 10-17-2019_McLaughlin.00006196 - 10-17-2019_McLaughlin.00006200 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 88 | 10/1/2018 | Email from J. Condolff to V. Maronski re: Language Line Audits | Love 5.15.19 SC 243 - Love 5.15.19 SC 245 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 89 | 10/1/2018 | Email from C. Love to V. Maronski re: Language Line Access, attaching DOJ Update | 5-15-19_Messages.00000352 - 5-15-19_Messages.00000356 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 90 | 5/31/2013 | Email from B. Cassidy to E. Webber, J. Burke, et al. re: DOJ - Agreement requested by Feds | 10-24-2019_Selected.000000226 - 10-24-2019_Selected.000000229 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 91 | 1/31/2014 | Email from G. Lolis to D. Cohen, D. Brown, et al. re: Newsday - DA: Suffolk cop arrested after stealing money from Latino motorists (without redaction and without attachments) | Webber 5.15.19 SC5529 - Webber 5.15.19 SC5530 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 92 | 1/31/2014 | Email from G. Lolis to D. Cohen, D. Brown, et al. re: Newsday - DA: Suffolk cop arrested after stealing money from Latino motorists | 6-20-19 Love DOJ Correspondence SC 000013 - 6-20-19 Love DOJ Correspondence SC 000026 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 93 | 2/4/2014 | Email from F. Webber to M. White, PIO, re: Website-Sgt. Greene | 9-18-2019_Love.00000102 - 9-18-2019_Love.00000103 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 94 | 2/5/2014 | Email from PIO to C. Love re: Suffolk Police Sergeant arrested for stealing cash during traffic stop; Hispanic victims may have been targeted | 9-18-2019_Love.00000117 - 9-18-2019_Love.00000118 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 95 | 2/7/2014 | Email from C. Love to M. Goldberger re: Newsday - DA: Suffolk cop arrested after stealing money from Latino motorists | 6-20-19 Love DOJ Correspondence SC 012147 - 6-20-19 Love DOJ Correspondence SC 012158 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 96 | 2/17/2014 | Email from K. Fallon to E. Webber re: Link to WNBC story | Webber 5.15.19 SC5677 - Webber 5.15.19 SC5677 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 97 | 2/19/2014 | Email from M. White to E. Webber re: Sgt. Scott Greene | Webber 5.15.19 SC5723 - Webber 5.15.19 SC5724 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 98 | 3/3/2014 | Email from C. Cooney-Tsante to E. Webber, J. Burke,et al. re: Univision Request re: Sgt. Scott Greene | Webber 5.15.19 SC5968 - Webber 5.15.19 SC5971 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 99 | 3/10/2014 | Email from A. Beedenbender to C. Cooney-Tsante re: Newsday Inquiry Sgt. Scott A. Greene | 9-18-2019_Love.00000227 - 9-18-2019_Love.00000229 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 100 | 3/19/2014 | Email from M. White to E. Webber re: Meeting 5/1/13 | Webber 5.15.19 SC6271 - Webber 5.15.19 SC6271 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 101 | 3/21/2014 | Email from K. Fallon to E. Webber re: SCPD Interview | 10-24-2019_Selected00000521 - 10-24-2019_Selected00000521 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 102 | 8/16/2014 | Email from J. Meehan to J. Meehan re: Racist Incident in West Babylon at the Infinity Diner with Suffolk Police | 10-17-2019_Meehan.00000047 - 10-17-2019_Meehan.00000048 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 103 | 9/22/2014 | Email from B. Buehler to G. Lolis re: The United States' Questions and Concerns re: SCPD's Six-Month Compliance Report | 6-20-19 Love DOJ Correspondence SC 000698 - 6-20-19 Love DOJ Correspondence SC 000714 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 104 | 9/26/2014 | Email from J. Burke to J. Meehan, W. Madigan, et al. re: Meetings – Week of 9/29 | Webber 5.15.19 SC09631 - Webber 5.15.19 SC09631 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 105 | 11/12/2014 | Email from M. O'Malley to J. Meehan, J. Burke, et al. re: DOJ Initial training | Webber 5.15.19 SC10598 - Webber 5.15.19 SC10598 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 106 | 12/19/2014 | Email from J. Burke to A. Crawford re: Letter to National Network for Safe Communities 5 Sites | 9-18-2019_Crawford.00002636 - 9-18-2019_Crawford.00002638 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 107 | 1/9/2015 | Email from A. Crawford to A. Valencia re: Complaint | 9-18-2019_Crawford.00002891 - 9-18-2019_Crawford.00002891 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 108 | 3/23/2015 | Email from M. Goldberger to G. Lolis, C. Love re: United States' Response to SCPD's Second Compliance Report | 6-20-19 Love DOJ Correspondence SC 001398 - 6-20-19 Love DOJ Correspondence SC 001430 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 109 | 6/22/2015 | Email from M. Goldberger to G. Lolis, C. Love re: SCPD Letter | 6-20-19 Love DOJ Correspondence SC 001542 - 6-20-19 Love DOJ Correspondence SC 001557 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 110 | 7/15/2015 | Email from C. Love to A. Crawford re: DOJ Conf Call 7-15-2015 | 6-20-19 Love DOJ Correspondence SC 017681 - 6-20-19 Love DOJ Correspondence SC 017683 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 111 | 10/29/2015 | Email from C. Love to B. Buehler, M. Goldberger, et al. re: Doc requests | 6-20-19 Love DOJ Correspondence SC 008417 - 6-20-19 Love DOJ Correspondence SC 008563 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 112 | 12/8/2015 | Email from K. Fallon to PIO re: Hey Guys, I read 600 pages of SCPD emails, here's what I learned | 11-25-2019_SelectedMessages.00002630 - 11-25-2019_SelectedMessages.00002682 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 113 | 1/5/2016 | Email from W. Scrima to B. Buehler, M. Goldberger, et al. re: December Assessment - Training | 6-20-19 Love DOJ Correspondence SC 002642 - 6-20-19 Love DOJ Correspondence SC 002643 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 114 | 1/7/2016 | Email from A. Crawford to J. Brierton re: U visas | 9-18-2019_Crawford.00009212 - 9-18-2019_Crawford.00009212 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 115 | 3/3/2016 | Email from C. Love to C. Lane re: Suffolk Struggles To Reform Discriminatory Policing Against Latinos | 9-18-2019 Love.00005476 - 9-18-2019 Love.00005476 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 116 | 6/23/2017 | Email from L. Garcia to C. Love re: SCPD Fifth Assessment Report | 6-20-19 Love DOJ Correspondence SC 003228 - 6-20-19 Love DOJ Correspondence SC 003254 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 117 | 11/6/2017 | Email from L. Garcia to C. Love re: Follow up to USDOJ October 2017 Tour | 6-20-19 Love DOJ Correspondence SC 003343 - 6-20-19 Love DOJ Correspondence SC 003346 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 118 | 10/9/2018 | Email from N. Zinser to J. McLaughlin re: Legislative Report 3rd Quarter 2018, and attaching Incident Location Address List | 10-17-2019_McLaughlin.00006813- 10-17-2019_McLaughlin.00006815 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 119 | 1/25/2019 | Internal Correspondence from M. Shanahan to J. Skopek re: Legislative Quarterly Report - Fourth Quarter -2018 October 1, 2018 through December 31, 2018 | RPD_0019076 - RPD_0019080 | |
| 120 | 4/11/2019 | Internal Correspondence from M. Shanahan to J. Skopek re: Legislative Quarterly Report - First Quarter -2019 January 1, 2019 through March 31, 2019 | RPD_0019088 - RPD_0019091 | |
| 121 | 7/19/2019 | Internal Correspondence from M. Shanahan to J. Skopek re: Legislative Quarterly Report - Second Quarter -2019 April 1, 2019 through June 30, 2019 | RPD_0019092 - RPD_0019096 | |
| 122 | 10/19/2019 | Internal Correspondence from M. Shanahan to J. Skopek re: Legislative Quarterly Report - Third Quarter -2019 July 1, 2019 through September 30, 2019 | RPD_0019097 - RPD_0019101 | |
| 123 | 4/16/2020 | Email from J. Volek to C. Love re: Checking in | Exhibit Q to County Defendants' Motion for Summary Judgment | |
| 124 | 11/12/2014 | Email from C. Love to B. Buehler, C. Hart, et al. re: Settlement Agreement (Training materials) | 6-20-19 Love DOJ Correspondence SC 005270 - 6-20-19 Love DOJ Correspondence SC 005317 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 125 | 11/7/2017 | Email from C. Love to L. Garcia re: Follow up to USDOJ October 2017 Tour | 6-20-19 Love DOJ Correspondence SC 012001 - 6-20-19 Love DOJ Correspondence SC 012004 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 126 | 2/26/2013 | Email from A. Crawford to R. Lehmann re: Scott Greene | 9-18-2019_Crawford.00000907 - 9-18-2019_Crawford.00000907 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 127 | 3/6/2014 | Email from scpd-directives@suffolkcountyny.gov to scpd-directives@suffolkcountyny.gov re: DTB 14-05a Summary of Department Directives for Monthly Inspections | 9-18-2019_Capolino.00000309 - 9-18-2019_Capolino.00000311 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 128 | 7/28/2015 | Email from C. Love to C. Hart, G. Lolis re: Traffic Stop Data | 6-20-19 Love DOJ Correspondence SC 017735 - 6-20-19 Love DOJ Correspondence SC 017767 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 129 | 12/17/2015 | Email from M. Goldberger to C. Love re: Incomplete T-Stop Entries | 6-20-19 Love DOJ Correspondence SC 008789 - 6-20-19 Love DOJ Correspondence SC 008789 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 130 | 9/11/2017 | Email from L. Garcia to C. Love re: Data Collection | 6-20-19 Love DOJ Correspondence SC 003283 - 6-20-19 Love DOJ Correspondence SC 003283 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 131 | 9/12/2017 | Email from C. Love to L. Garcia re: Data Collection | 6-20-19 Love DOJ Correspondence SC 011714 - 6-20-19 Love DOJ Correspondence SC 011715 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 132 | 10/24/2018 | Email from F. Webber to C. Love, K. Kenneally re: CAD Upgrade | Love 5.15.19 SC 470 - Love 5.15.19 SC 470 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 133 | 2/8/2019 | Email to undisclosed recipients re: FW: T-Stop Quarterly Report, attaching "t stop audit 6th pct 4 quarter 2018.doc" | 11-25-2019_SelectedMessages.00008139-00008139 - 11-25-2019_SelectedMessages.00008139-00008144 | Objection to email-11-25-2019_SelectedMessages.00008139-00008139 - Hearsay; No objection for purposes of impeachment or to refresh recollection. No objection to internal correspondence 11-25-2019_SelectedMessages.00008139-00008144 |
| 134 | 2/8/2019 | Email from A. Crawford to T. Bafundo, J. Cahill, et al. re: T-Stop Annual Report | 5-15-19_Messages.00000996- 5-15-19_Messages.00001001 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 135 | 3/9/2020 | Expert Report of Michael R. Smith | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 136 | 3/9/2020 | Expert Report of Robert L. Stewart | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 137 | 9/24/2020 | Declaration of Michael R. Smith | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 138 | 4/12/2012 | Internal Correspondence re: Command Discipline Quarterly Reports | RPD_0020291 - RPD_0020339 | |
| 139 | 10/9/2012 | Internal Correspondence re: Command Discipline 12-07-510 | Early Alert Attachments 5.13.19 SC264 - Early Alert Attachments 5.13.19 SC275 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 140 | 2/21/2007 | Internal Correspondence re: Civilian Complaint Investigation IA#2006-0854 | D-20080 - D-20082 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 141 | 10/28/2006 | Internal Correspondence re: Internal Affairs Bureau Case #06-120i Civilian Complaint Investigation | D-20087 - D-20093 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 142 | 7/26/2006 | Internal Correspondence re: Internal Affairs Bureau Case # 06-38i HRC Complaint | D-20083 - D-20086 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 143 | 12/12/2006 | Internal Correspondence re: Internal Affairs Bureau Case # 06-710i Civilian Complaint Investigation | D-20126 - D-20131 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 144 | 2/12/2008 | Internal Correspondence re: Internal Affairs Bureau Case #07-224i (Citizen Complaint Report) | D-20197 - D-20205 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 145 | 8/6/2007 | Internal Correspondence re: Internal Affairs Bureau Case #07-331i (Citizen Complaint Report) | D-20238 - D-20241 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 146 | 12/3/2008 | Internal Correspondence re: Internal Affairs Bureau Case #2008-0162i Notice of Claim | D-20304 - D-20314 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 147 | 3/24/2009 | Internal Correspondence re: Internal Affairs Bureau Case #08-442i Civilian Complaint | D-20326 - D-20334 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 148 | 4/7/2010 | Internal Correspondence re: Internal Affairs Bureau Case #2009-0428i Civilian Complaint | D-20400 - D-20413 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 149 | 1/18/2010 | Internal Correspondence re: Internal Affairs Bureau Case # 09-55i (Citizen Complaint Report) | D-20355 - D-20379 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 150 | 3/12/2012 | Internal Correspondence re: Internal Affairs Bureau Case #2009-0871i Citizen Complaint Report | D-20448 - D-20453 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 151 | 1/26/2011 | Internal Correspondence re: Internal Affairs Bureau Case #09-906i Notice of Claim | D-20454 - D-20466 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 152 | 11/14/2010 | Internal Correspondence re: Internal Affairs Bureau Case #10-161i Citizen Complaint | D-20477 - D-20484 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 153 | 5/11/2011 | Internal Correspondence re: Internal Affairs Bureau Case #10-173i (Human Rights Complaint) | D-20485 - D-20496 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 154 | 8/4/2016 | Internal Correspondence re: Internal Affairs Case # 10-023i | 9-18-2019_Love.00006239 - 9-18-2019_Love.00006242 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 155 | 8/19/2016 | Internal Correspondence re: Internal Affairs Bureau Case # 10-23i | D-20470 - D-20476 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 156 | 8/19/2016 | Attachment list and attachments to IAB Case # 10-23i | 9-18-2019_Love.00006243 - 9-18-2019_Love.00006335 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 157 | 2/1/2011 | Internal Correspondence re: Internal Affairs Bureau Case #10-688i Civilian Complaint | D-20524 - D-20530 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 158 | 7/1/2011 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | D-20075 - D-20076 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 159 | 10/6/2015 | Internal Correspondence re: Internal Affairs Case # 11-611i, attaching Internal Correspondence and O. Zelaya v. SCPD Complaint | 9-18-2019_Love.00004940 - 9-18-2019_Love.00004953 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 160 | 2/17/2016 | Email re: Completed IAB Cases 2 of 2, attaching PDFs of IAB #11-661i, IAB #14-424i, IAB #15-02i, IAB #15-318i, IAB #14-727i, IAB #14-92i, and 14-608i | 6-20-19 Love DOJ Correspondence SC 009101 - 6-20-19 Love DOJ Correspondence SC 009297 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 161 | 6/28/2013 | Internal Affairs Case Notes re: Case # 11-975i | Love Deposition Exhibit 32 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 162 | 6/26/2018 | Internal Correspondence re: Internal Affairs Case #11-975i, attaching Internal Correspondence and Misdemeanor Complaint | 10.30.19 SC 000001 - 10.30.19 SC 000041 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 163 | Undated | Concise Officer History | 10.30.19 SC 000044 - 10.30.19 SC 000046 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 164 | 6/11/2012 | SCPD Internal Correspondence re: Internal Affairs Bureau IA #12-443, with attachments | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 165 | 8/14/2012 | SCPD Internal Correspondence re: Civilian Complaint - Investigation IA #12-0443, with attachment list | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 166 | 8/17/2012 | SCPD Internal Correspondence re: Alert # 12-0443 | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 167 | 6/18/2012 | Citizen Complaint re: IA No. 2012-0466i | RPD_0001796 - RPD_0001802 | |
| 168 | 6/18/2012 | SCPD Acknowledgment of Complaint re: IA # 12-466i | Lehmann Deposition Exhibit 3 | |
| 169 | 6/20/2012 | Internal Affairs Case Notes re: Case #12-466i | Early Alert Attachments 5.13.19 SC83 - Early Alert Attachments 5.13.19 SC86 | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 170 | 6/20/2012 | Internal Affairs Case Notes re: Case #12-466i (with additional entry) | 1/31/19 SC 126 - 1/31/19 SC 129 | |
| 171 | 6/25/2012 | Internal Correspondence re: Internal Affairs Bureau Investigations, Case #12-466i | Early Alert Attachments 5.13.19 SC119 - Early Alert Attachments 5.13.19 SC124 | |
| 172 | 8/18/2014 | Internal Correspondence re: Internal Affairs Bureau Case #12-466i Civilian Complaint Investigation | RPD_0001823 - RPD_0001831 | |
| 173 | 12/15/2014 | Internal Correspondence re: IAB # 12-466i, attaching confidential records of Internal Correspondence | D-14903 - D-14931 | |
| 174 | 3/15/2016 | Email re: Sgt. Greene / Review of IAB #12-466i, attaching Greene IAB Case Review | 9-18-2019_Crawford.00009937 - 9-18-2019_Crawford.00009941 | |
| 175 | 7/3/2012 | Internal Correspondence re: Internal Affairs Bureau Alert Report for IA# 12-499i, with attachments | RPD_0001840 - RPD_0001949 | |
| 176 | 7/9/2012 | Internal Affairs Case notes re: Case #12-499i | RPD_0017485 - RPD_0017486 | |
| 177 | 12/4/2014 | Internal Correspondence re: IAB Case# 12-499i, with attachment list | RPD_0001957 - RPD_0001964 | |
| 178 | 12/8/2014 | Internal Correspondence re: IAB #12-499i | RPD_0001956 - RPD_0001956 | |
| 179 | 3/15/2016 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | 12/11/18 SC 105 - 12/11/18 SC 107 | |
| 180 | 7/30/2012 | Incident Summary Report re: IAB Case #12-555 | SC 2.15.19 79 - SC 2.15.19 80 | |
| 181 | 8/10/2012 | Attachments to IAB Case #12-583i | RPD_0001966 - RPD_0002078 | |
| 182 | 8/10/2012 | Citizen Complaint re: IAB Case #2012-0583i | 12/11/18 SC 1 - 12/11/18 SC 4 | |
| 183 | 8/28/2012 | Internal Affairs Case Notes re: IAB Case #12-583i | RPD_0017487 - RPD_0017491 | |
| 184 | 5/3/2016 | Examination Before Trial | RPD_0002144 - RPD_0002276 | |
| 185 | 12/18/2017 | Attachment list to IAB Case #12-583i | RPD_0001965 - RPD_0001965 | |
| 186 | 12/18/2017 | Internal Correspondence re: Internal Affairs Bureau Case #12-583i Summons & Complaint/Notice of Claim | RPD_0002127 - RPD_0002143 | |
| 187 | 2/5/2018 | Internal Correspondence re: Internal Affairs Case #12-583i | RPD_0002123 - RPD_0002126 | |
| 188 | 8/13/2012 | Incident Summary Report re: IAB Case #12-593i | SC 2.15.19 122 - SC 2.15.19 124 | |
| 189 | 8/13/2012 | Arrest record, Incident report attachments to IAB Case #12-593i | RPD_0002282 - RPD_0002361 | |
| 190 | 6/8/2016 | Internal Correspondence re: Internal Affairs Bureau Case #12-593i Civilian Complaint | RPD_0002362 - RPD_0002370 | |
| 191 | 9/1/2016 | Internal Correspondence re: Internal Affairs Case #12-593i | RPD_0002371 - RPD_0002372 | |
| 192 | 9/19/2012 | Internal Correspondence re: Internal Investigation | Early Alert Attachments 5.13.19 SC 256 - Early Alert Attachments 5.13.19 SC 263 | |
| 193 | 10/25/2012 | Citizen Complaint re: IAB Case #12-796, attaching Citizens Complaint Summary and SCPD Incident Report | RPD_0000410 - RPD_0000443 | |
| 194 | 10/25/2012 | Incident Summary Report re: IAB Case #12-796 | SC 2.15.19 6 - SC 2.15.19 7 | |
| 195 | 11/7/2012 | Internal Correspondence re: Internal Affairs Bureau IA # 12-807 (Complaint Investigation Guide) | Early Alert Attachments 5.13.19 SC310 - Early Alert Attachments 5.13.19 SC310 | |
| 196 | 11/12/2012 | Internal Correspondence re: Alert Acknowledgment IA# 12-807, attaching internal correspondence and detail reports | RPD_0017209 - RPD_0017262 | |
| 197 | 1/23/2013 | Internal Correspondence re: Alert #A12-0807 | RPD_0002403 - RPD_0002406 | |
| 198 | 2/12/2013 | Internal Correspondence re: Civilian Complaint Investigation #12-0807 | RPD_0002407 - RPD_0002407 | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 199 | Undated | Additional attachments to IAB Case #12-807 | Early Alert Attachments 5.13.19 SC276 - Early Alert Attachments 5.13.19 SC314 | |
| 200 | 12/13/2012 | Internal Correspondence re: Notification, attaching handwritten notes | RPD_0000444 - RPD_0000452 | |
| 201 | 1/1/2012 | IAB #12-922i Photographs of Complainant [Undated] | RPD_0002438 - RPD_0002449 | |
| 202 | 12/14/2012 | Internal Affairs Case Notes re: Case #12-922i | Early Alert Attachments 5.13.19 SC347 - Early Alert Attachments 5.13.19 SC349 | |
| 203 | 12/14/2012 | Attached Stipulation and Agreement to IAB Case #12-922i | RPD_0002409 - RPD_0002416 | |
| 204 | 12/10/2013 | Internal Correspondence re: Internal Affairs Bureau Case #12-922i | RPD_0002417 - RPD_0002426 | |
| 205 | 12/10/2013 | Attachment List for IAB Case #12-922i | RPD_0002408 - RPD_0002408 | |
| 206 | 1/27/2014 | Internal Correspondence re: Internal Affairs Case #2012-922i | RPD_0002427 - RPD_0002429 | |
| 207 | 4/24/2013 | IAB #13-179 IAB Summary Reports of Civilian Complaints | SC 2.15.19 135 - SC 2.15.19 148 | |
| 208 | 3/4/2015 | Internal Correspondence re: IAB #13-227i, attaching internal correspondence | 9-18-2019_Love.00003888 - 9-18-2019_Love.00003978 | |
| 209 | 1/16/2013 | Citizen Complaint re: IAB Case #13-30 | RPD_0002450 - RPD_0002460 | |
| 210 | 1/16/2013 | Incident Summary Report re: IAB Case #13-30 | SC 2.15.19 131 - SC 2.15.19 131 | |
| 211 | 8/4/2013 | Incident Summary Report re: IAB Case #13-402 | SC 2.15.19 15 - SC 2.15.19 16 | |
| 212 | 10/15/2015 | SCPD Internal Correspondence re: Internal Affairs Case #13-542i, with attachments | 9-18-2019_Love.00004127 - 9-18-2019_Love.00004236 | |
| 213 | 11/21/2013 | Attachments to IAB Case #13-756 | RPD_0002461 - RPD_0002470 | |
| 214 | 6/25/2015 | Attachments to IAB Case #13-822i | RPD_0000455 - RPD_0000467 | |
| 215 | 6/25/2015 | SCPD Internal Correspondence re: Internal Affairs Bureau Case #13-822i | 9-18-2019_Love.00005557 - 9-18-2019_Love.00005561 | |
| 216 | 6/29/2015 | SCPD Internal Correspondence re: Internal Affairs Case #13-822i | 9-18-2019_Love.00005556 - 9-18-2019_Love.00005556 | |
| 217 | 2/23/2015 | Internal Correspondence re: IAB 14-128i, attaching IAB investigation report and attachments | 9-18-2019_Crawford.00003326 - 9-18-2019_Crawford.00003356 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 218 | 2/20/2015 | Email re: Completed Biased Policing Case, attaching IAB Case # 14-155i investigation report and attachments | 9-18-2019_Love.00002947 - 9-18-2019_Love.00002990 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 219 | 4/1/2014 | Citizen Complaint re: IAB Case #14-220i | 12/11/2018 SC 12 - 12/11/2018 SC 14 | |
| 220 | 8/4/2015 | Attachments to IAB Case #14-220i | RPD_0002680 - RPD_0002862 | |
| 221 | 8/4/2015 | Internal Correspondence re: IAB Case #14-220i | RPD_0002863 - RPD_0002869 | |
| 222 | 1/27/2016 | Internal Correspondence re: Internal Affairs Case #2014-220i | RPD_0002870 - RPD_0002872 | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 223 | 7/16/2014 | Incident Summary Report re: IAB Case #14-288 | SC 2.15.19 189 -<br>SC 2.15.19 190 | |
| 224 | 12/15/2014 | SCPD Internal Correspondence re: IAB #14-309, with attachments | 9-18-2019_Crawford00003357 -<br>9-18-2019_Crawford00003443 | |
| 225 | 8/31/2014 | Incident Summary Report re: IAB Case #14-359 | SC 2.15.19 27 -<br>SC 2.15.19 27 | |
| 226 | 1/1/2014 | IAB #14-460 IAB Summary Reports of Civilian Complaints | SC 2.15.19 91 -<br>SC 2.15.19 201 | |
| 227 | 1/21/2014 | Citizen Complaint re: IAB #14-49i | 12/11/2018 SC 5 -<br>12/11/2018 SC 8 | |
| 228 | 2/12/2014 | Internal Affairs Case Notes for IAB Case #14-49i | RPD_0018388 -<br>RPD_0018388 | |
| 229 | 9/8/2014 | Transcript of 50-H Hearing | RPD_0002588 -<br>RPD_0002679 | |
| 230 | 7/13/2015 | Internal Correspondence re: Internal Affairs Bureau Case #14-49i Notice of Claim/Summons & Complaint | RPD_0000649 -<br>RPD_0000654 | |
| 231 | 8/4/2015 | Internal Correspondence re: Internal Affairs Case #2014-49i, with attachment | 9-18-2019 Love.00004313 -<br>9-18-2019 Love.00004394 | |
| 232 | 9/10/2015 | Email re: 14-565i, attaching IAB Case #14-565i investigation report and attachments | 9-18-2019_Love.00003981 -<br>9-18-2019_Love.00004004 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 233 | 8/21/2014 | Incident Summary Report re: IAB Case #14-575 | SC 2.15.19 212 -<br>SC 2.15.19 213 | |
| 234 | 3/3/2015 | Internal Correspondence re: IAB 14-582i, attaching internal correspondence and civilian arrest form | 9-18-2019_Crawford.00003444 -<br>9-18-2019_Crawford.00003496 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 235 | 8/29/2014 | Citizen Complaint re: IAB Case #14-608i | SC 2.15.19 209 -<br>SC 2.15.19 210 | |
| 236 | 9/23/2014 | Internal Affairs Case Notes for IAB Case #14-608i | Early Alert Attachments 5.13.19 SC442 -<br>Early Alert Attachments 5.13.19 SC442 | |
| 237 | 5/18/2015 | Attachment List and Attaching motor vehicle records to IAB Case #14-608i | RPD_0002890 -<br>RPD_0002921 | |
| 238 | 5/18/2015 | Internal Correspondence re: Internal Affairs Bureau Case # 14-608i Civilian Complaint | RPD_0002922 -<br>RPD_0002926 | |
| 239 | 6/24/2015 | Internal Correspondence re: Internal Affairs Case #14-608i, attaching internal correspondence and field reports | 6-20-19 Love DOJ Correspondence SC 009261 -<br>6-20-19 Love DOJ Correspondence SC 009297 | |
| 240 | 11/7/2014 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | D-20070 -<br>D-20076 | |
| 241 | 10/21/2014 | Citizen Complaint re: IAB Case #14-726i | 12/11/18 SC 9 -<br>12/11/18 SC 11 | |
| 242 | 12/21/2017 | Attachment list and Attachments to IAB Case #14-726i | RPD_0000659 -<br>RPD_0000678 | |
| 243 | 12/21/2017 | Internal Correspondence re: Internal Affairs Bureau Case #14-726i, with attachment list | RPD_0000681 -<br>RPD_0000687 | |
| 244 | 2/24/2018 | Internal Correspondence re: Internal Affairs Case #14-726i | RPD_0000679 -<br>RPD_0000680 | |
| 245 | 3/8/2016 | Email re: comp letter, with attachment | 10-17-2019_McLaughlin.00000308 -<br>10-17-2019_McLaughlin.00000309 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 246 | 2/20/2015 | Incident Summary Report re: IAB Case #15-103i | SC 2.15.19 202 -<br>SC 2.15.19 203 | |
| 247 | 2/26/2015 | SCPD Internal Correspondence re: Internal Affairs Case #15-135, with attachments | RPD_0000746 -<br>RPD_0000757 | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 248 | 2/26/2016 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | D-20067 - D-20068 | |
| 249 | 11/29/2016 | Email re: IA#15-159i, attaching case report and attachments for IA Case #15-159i | 9-18-2019_Love.00006480 - 9-18-2019_Love.00006520 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 250 | 11/28/2016 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | 12/11/18 SC 117 - 12/11/18 SC 119 | |
| 251 | 1/7/2017 | Attachment list and Attachments to IAB Case #15-168i | RPD_0002994 - RPD_0003021 | |
| 252 | 1/7/2017 | Internal Correspondence re: Internal Affairs Bureau Case #15-168i | RPD_0003022 - RPD_0003034 | |
| 253 | 1/16/2017 | Internal Correspondence re: Internal Affairs Case #15-168i | RPD_0003035 - RPD_0003037 | |
| 254 | 11/28/2016 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | 12/11/2018 SC 129 - 12/11/2018 SC 131 | |
| 255 | 3/6/2017 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | 12/11/2018 SC 159 - 12/11/2018 SC 161 | |
| 256 | 11/18/2015 | Internal Correspondence re: Internal Affairs Case #15-0002i, attaching field reports and internal correspondence | 9-18-2019_Love.00005019 - 9-18-2019_Love.00005059 | |
| 257 | 6/10/2015 | Internal Affairs Case Notes re: IAB Case #15-316i | RPD_0017599 - RPD_0017600 | |
| 258 | 6/10/2015 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | 12/11/18 SC 96 - 12/11/18 SC 98 | |
| 259 | 6/6/2017 | Attachment List and Attaching Police complaint form to IAB Case #15-316i | RPD_0003075 - RPD_0003092 | |
| 260 | 6/6/2017 | Internal Correspondence re: Internal Affairs Bureau Case #15-316i Civilian Complaint/Human Rights Commission | RPD_0003093 - RPD_0003098 | |
| 261 | 6/26/2017 | Internal Correspondence re: Internal Affairs Case # 15-316i | RPD_0003099 - RPD_0003100 | |
| 262 | 1/19/2016 | Letter from SCPD, attaching IAB investigation report and attachments for IAB Case #15-373i | RPD_0000794 - RPD_0000829 | |
| 263 | 3/15/2016 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | 12/11/18 SC 108 - 12/11/18 SC 110 | |
| 264 | 9/20/2015 | Incident Summary Report re: IAB Case #15-389 | SC 2.15.19 39 - SC 2.15.19 42 | |
| 265 | 8/2/2016 | Attachment list and attachments to IAB Case # 15-402i | RPD_0000830 - RPD_0000913 | |
| 266 | 8/2/2016 | Internal Correspondence re: Internal Affairs Bureau Case# 15-402i | RPD_0000914 - RPD_0000924 | |
| 267 | 11/28/2016 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | 12/11/18 SC 120 - 12/11/18 SC 122 | |
| 268 | 12/3/2016 | Internal Correspondence re: Internal Affairs Case # 15-402i | RPD_0000938 - RPD_0000940 | |
| 269 | 12/5/2016 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | 12/11/2018 SC 114 - 12/11/2018 SC 116 | |
| 270 | 8/13/2015 | Attachments of incident report and internal correspondence to IAB Case #15-481i | RPD_0003358 - RPD_0003368 | |
| 271 | 8/17/2015 | Internal Affairs Case Notes re: IAB Case #15-481i | Early Alert Attachments 5.13.19 SC837 - Early Alert Attachments 5.13.19 SC837 | |
| 272 | 9/30/2016 | Attachment List to IAB Case #15-481i | RPD_0003357 - RPD_0003357 | |
| 273 | 9/30/2016 | Internal Correspondence re: Internal Affairs Bureau Case #15-481i Administrative Investigation | RPD_0003373 - RPD_0003376 | |
| 274 | 10/3/2016 | Internal Correspondence re: Internal Affairs Case #15-481i | RPD_0003377 - RPD_0003378 | |
| 275 | 11/21/2015 | Incident Summary Report re: IAB Case #15-514 | SC 2.15.19 149 - SC 2.15.19 150 | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 276 | 8/26/2015 | Attachments to IAB Case #15-524i | RPD_0003380 - RPD_0003424 | |
| 277 | 9/1/2015 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | 12/11/18 SC 99 - 12/11/18 SC 101 | |
| 278 | 9/2/2015 | Internal Affairs Case Notes re: IAB Case #15-524i | Early Alert Attachments 5.13.19 SC926 - Early Alert Attachments 5.13.19 SC926 | |
| 279 | 1/12/2016 | Internal Correspondence re: Internal Affairs Bureau Case # 15-524i Civilian Complaint | RPD_0003425 - RPD_0003430 | |
| 280 | 1/12/2016 | Civilian complaint attachment list for IAB Case #15-524i | RPD_0003379 - RPD_0003379 | |
| 281 | 1/20/2016 | Internal Correspondence re: Internal Affairs Case #2015-524i | RPD_0003431 - RPD_0003433 | |
| 282 | 5/1/2015 | Incident Summary Report re: IAB Case #15-558i | SC 2.15.19 74 - SC 2.15.19 75 | |
| 283 | 2/3/2017 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | 12/11/18 SC 141 - 12/11/18 SC 143 | |
| 284 | 7/25/2017 | Internal Correspondence re: Internal Affairs Case #15-558ic, attaching additional correspondence and attachments | 1/31/19 SC 30 - 131/19 SC 146 | |
| 285 | 7/25/2017 | Internal Correspondence re: Internal Affairs Case #15-558ic (without document obstruction) | RPD_0003550 - RPD_0003553 | |
| 286 | 9/11/2015 | Incident Summary Report re: IAB Case #15-582 | SC 2.15.19 101 - SC 2.15.19 102 | |
| 287 | 7/27/2017 | Internal Correspondence re: Internal Affairs Case #15-770i, with attachments | 1/31/19 SC 149 - 1/31/19 SC 280 | |
| 288 | 3/15/2016 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | 12/11/2018 SC 105 - 12/11/2018 SC 107 | |
| 289 | 3/15/2016 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification (different redactions) | 9/17/18 SC 10 - 9/17/18 SC 12 | |
| 290 | 11/14/2016 | Internal Correspondence re: Internal Affairs Case #16-151i, attaching internal correspondence | 9-18-2019_Love.00006862 - 9-18-2019_Love.00006888 | |
| 291 | 6/12/2016 | Incident Summary Report re: IAB Case #16-234 | SC 2.15.19 217 - SC 2 .15.19 218 | |
| 292 | 5/9/2016 | Internal Affairs Case Notes for Case #16-299i | RPD_0017501 - RPD_0017502 | |
| 293 | 5/30/2016 | Audio Visual File re: IAB #16-299i | RPD_0003896 - RPD_0003896 | |
| 294 | 5/30/2016 | Audio Visual File re: IAB #16-299i | RPD_0003899 - RPD_0003899 | |
| 295 | 6/9/2016 | Audio Visual File re: IAB #16-299i | RPD_0003895 - RPD_0003895 | |
| 296 | 6/25/2016 | Attachment List for IAB Case #16-299i | RPD_0003876 - RPD_0003876 | |
| 297 | 7/27/2016 | Internal Correspondence re: Internal Affairs Case #16-299i, attaching internal correspondence and uniform traffic ticket | 9-18-2019_Love.00006460 - 9-18-2019_Love.00006479 | |
| 298 | 11/9/2016 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | 12/11/18 SC 111 - 12/11/18 SC 113 | |
| 299 | 6/26/2017 | Attachment List and Attaching Citizen Complaint Report and internal correspondence for IAB Case #16-32i | RPD_0003594 - RPD_0003613 | |
| 300 | 6/26/2017 | Internal Correspondence re: Internal Affairs Bureau Case # 16-32i Civilian Complaint | RPD_0003620 - RPD_0003626 | |
| 301 | 6/28/2017 | Internal Correspondence re: Internal Affairs Case # 16-32i | RPD_0003627 - RPD_0003628 | |
| 302 | 7/7/2017 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | 12/11/18 SC 144 - 12/11/18 SC 146 | |
| 303 | 6/14/2016 | Internal Affairs Case Notes for Case #16-358i | RPD_0017505 - RPD_0017506 | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 304 | 6/22/2016 | Audio Visual File re: IAB #16-358i | RPD_0003908 - RPD_0003908 | |
| 305 | 7/21/2016 | Audio Visual File re: IAB #16-358i | RPD_0003907 - RPD_0003907 | |
| 306 | 9/29/2016 | Audio Visual File re: IAB #16-358i | RPD_0003912 - RPD_0003912 | |
| 307 | 12/9/2016 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | RPD_0018415 - RPD_0018417 | |
| 308 | 12/9/2016 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | 12/11/18 SC 132 - 12/11/18 SC 134 | |
| 309 | 1/31/2017 | Audio Visual File re: IAB #16-358i | RPD_0003909 - RPD_0003909 | |
| 310 | 1/31/2017 | Audio Visual File re: IAB #16-358i | RPD_0003910 - RPD_0003910 | |
| 311 | 4/11/2017 | Audio Visual File re: IAB #16-358i | RPD_0003911 - RPD_0003911 | |
| 312 | 6/3/2017 | Attachment List and attaching Notice of Claim and Citizen Complaint Report for IAB Case #16-358i | RPD_0001212 - RPD_0001234 | |
| 313 | 6/3/2017 | Internal Correspondence re: Internal Affairs Bureau Case #16-358i Notice of Claim/Civilian Complaint | RPD_0001238 - RPD_0001247 | |
| 314 | 11/9/2017 | Internal Correspondence re: Internal Affairs Bureau Case #16-358i | RPD_0001235 - RPD_0001237 | |
| 315 | 11/14/2017 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | RPD_0018418 - RPD_0018420 | |
| 316 | 2/8/2016 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | 12/11/18 SC 102 - 12/11/18 SC 104 | |
| 317 | 2/8/2016 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | D-20065 - D-20069 | |
| 318 | 8/24/2016 | Internal Correspondence re: Internal Affairs Case #16-60i, with attachments | 1/31/19 SC 281 - 1/31/19 SC 375 | |
| 319 | 11/28/2016 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | 12/11/18 SC 126 - 12/11/18 SC 128 | |
| 320 | 2/7/2018 | Attachment List and Attachments to IAB Case #16-688i | RPD_0003955 - RPD_0003962 | |
| 321 | 2/7/2018 | Internal Correspondence re: Internal Affairs Bureau Case #2016-688i | RPD_0003963 - RPD_0003968 | |
| 322 | 2/8/2018 | Internal Correspondence re: Internal Affairs Case #16-688i | RPD_0003969 - RPD_0003971 | |
| 323 | 10/1/2016 | Incident Summary Report re: IAB Case #16-739 | SC 2.15.19 104 - SC 2.15.19 104 | |
| 324 | 10/25/2016 | Internal Affairs Case Notes for Case #16-745i | RPD_0017522 - RPD_0017523 | |
| 325 | 10/25/2016 | Attachments of internal correspondence, field reports, domestic incident reports, to IAB Case #16-745i | RPD_0003979 - RPD_0004026 | |
| 326 | 5/23/2017 | Internal Correspondence re: Internal Affairs Bureau Case #16-745i Administrative | RPD_0004027 - RPD_0004032 | |
| 327 | 5/23/2017 | Attachment List for IAB Case #16-745i | RPD_0003978 - RPD_0003978 | |
| 328 | 5/26/2017 | Internal Correspondence re: Internal Affairs Case #16-745i | RPD_0004033 - RPD_0004034 | |
| 329 | 1/12/2017 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | 12/11/2018 SC 138 - 12/11/2018 SC 140 | |
| 330 | 6/3/2017 | Incident Summary Report re: IAB Case #17-189 | SC 2.15.19 109 - SC 2.15.19 109 | |
| 331 | 5/16/2017 | Incident Summary Report re: IAB Case #17-27 | SC 2.15.19 55 - SC 2.15.19 56 | |
| 332 | 6/5/2017 | Citizen Complaint re: IAB Case #17-450i | 12/11/2018 SC 15 - 12/11/2018 SC 16 | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 333 | 6/5/2017 | Incident Summary Report re: IAB Case #17-450i | SC 2.15.19 205 - SC 2.15.19 208 | |
| 334 | 11/29/2018 | Attachment list and Attachments to IAB Case #17-450i | RPD_0004063 - RPD_0004132 | |
| 335 | 11/29/2018 | Additional attachments to IAB Case #17-450i | RPD_0004150 - RPD_0004170 | |
| 336 | 11/29/2018 | Internal Correspondence re: Internal Affairs Bureau Case #17-450i | RPD_0004133 - RPD_0004146 | |
| 337 | 11/30/2018 | Internal Correspondence re: Internal Affairs Case # 17-450i | RPD_0004147 - RPD_0004149 | |
| 338 | 9/27/2017 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | 12/11/2018 SC 147 - 12/11/2018 SC 149 | |
| 339 | 1/9/2019 | Attachment list and Attachments to IAB Case #17-753i | RPD_0004179 - RPD_0004202 | |
| 340 | 1/9/2019 | Internal Correspondence re: Internal Affairs Bureau Case # 17-753i | RPD_0004203 - RPD_0004209 | |
| 341 | 1/12/2019 | Internal Correspondence re: IAB # 17-753i | RPD_0004210 - RPD_0004212 | |
| 342 | 10/25/2017 | Incident Summary Report re: IAB Case #17-846 | SC 2.15.19 57 - SC 2.15.19 58 | |
| 343 | 5/2/2018 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | 12/11/2018 SC 156 - 12/11/2018 SC 158 | |
| 344 | 6/4/2018 | Attachments to IAB Case # 18-321i | RPD_0001608 - RPD_0001617 | |
| 345 | 9/3/2018 | Attachments to IAB Case # 18-321i | RPD_0001386 - RPD_0001590 | |
| 346 | 9/3/2018 | Internal Correspondence re: Internal Affairs Bureau Case #18-321i | RPD_0001591 - RPD_0001607 | |
| 347 | 3/15/2019 | Internal Correspondence re: Internal Affairs Case # 18-321i | RPD_0001618 - RPD_0001620 | |
| 348 | 4/27/2018 | Attachments of traffic tickets to IAB Case #18-351i | RPD_0004874 - RPD_0004880 | |
| 349 | 5/3/2018 | Internal Affairs Case Notes for Case #18-351i | RPD_0017567 - RPD_0017567 | |
| 350 | 1/12/2019 | Attachment List for IAB Case #18-351i | RPD_0004873 - RPD_0004873 | |
| 351 | 1/12/2019 | Internal Correspondence re: Internal Affairs Bureau Case #18-351i Civilian Complaint | RPD_0004881 - RPD_0004885 | |
| 352 | 2/11/2019 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | RPD_0017568 - RPD_0017571 | |
| 353 | 4/29/2019 | Internal Correspondence re: Internal Affairs Case #18-351i | RPD_0004886 - RPD_0004887 | |
| 354 | 1/18/2018 | Attachments of medical records to IAB Case #18-47i | RPD_0004221 - RPD_0004269 | |
| 355 | 1/22/2018 | Internal Affairs Case Notes for Case #18-47i | RPD_0017530 - RPD_0017535 | |
| 356 | 1/22/2018 | Media Attachments to IAB Case #18-47i | RPD_0004270 - RPD_0004278 | |
| 357 | 1/30/2018 | SCPD Internal Affairs Bureau - Biased Policing Early Intervention Notification | 12/11/18 SC 153 - 12/11/18 SC 155 | |
| 358 | 4/9/2018 | Notice of Claim | RPD_0004552 - RPD_0004560 | |
| 359 | 4/17/2018 | Notice of Claim | RPD_0004406 - RPD_0004412 | |
| 360 | 7/31/2018 | Deposition Transcript | RPD_0004319 - RPD_0004405 | |
| 361 | 7/31/2018 | Deposition Transcript | RPD_0004561 - RPD_0004618 | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 362 | 2/4/2019 | Summons & Complaint | RPD_0004538 - RPD_0004551 | |
| 363 | 3/9/2019 | Internal Correspondence re: Internal Affairs Bureau Case # 18-47i Summons & Complaint/Notice of Claim/Civilian Complaint | RPD_0004291 - RPD_0004312 | |
| 364 | 3/9/2019 | Attachment List for IAB Case #18-47i | RPD_0004219 - RPD_0004220 | |
| 365 | 5/15/2019 | Internal Correspondence re: Internal Affairs Case #18-47i | RPD_0004313 - RPD_0004316 | |
| 366 | 6/7/2019 | Photo Attachments to IAB Case #18-47i | RPD_0004279 - RPD_0004280 | |
| 367 | 6/7/2019 | Photo Attachments to IAB Case #18-47i | RPD_0004281 - RPD_0004290 | |
| 368 | 7/26/2018 | Citizen Complaint re: IAB Case #2018-564i | RPD_0004891 - RPD_0004893 | |
| 369 | 10/16/2018 | Incident Summary Report re: IAB Case #18-63 | SC 2.15.19 182 - SC 2.15.19 183 | |
| 370 | 8/15/2018 | Citizen Complaint re: IAB Case #18-637i | RPD_0004894 - RPD_0004897 | |
| 371 | 11/28/2018 | Citizen Complaint re: IAB Case #18-864i | RPD_0004898 - RPD_0004900 | |
| 372 | 12/20/2018 | Citizen Complaint re: IAB Case #18-902i | RPD_0001793 - RPD_0001795 | |
| 373 | 12/26/2018 | Citizen Complaint re: IAB Case #18-913i | RPD_0004904 - RPD_0004906 | |
| 374 | 10/31/2006 | SCPD Department Directives: Internal Affairs Bureau Mission/Policy Statement; Internal Affairs Bureau Early Intervention System - Amended; Internal Affairs Bureau Duties and Responsibilities - Amended; Suspension of Department Members | 10-17-2019_McLaughlin.00004806 - 10-17-2019_McLaughlin.00004817 | |
| 375 | 2/8/2010 | SCPD Civilian Complaint Investigations: A basic guide to the process | D-16324 - D-16333 | |
| 376 | 1/1/2011 | IAB Case Summaries from 2011 to 2018 | 10-17-2019_McLaughlin.00009905 - 10-17-2019_McLaughlin.00009939 | |
| 377 | 11/12/2014 | Email from K. McGowan to C. Love re: Bias Free Policing and Legal Issues and Attachment PowerPoint | 9-18-2019_Love.00001069- 9-18-2019_Love.00001106 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 378 | 2/1/2015 | Suffolk County Police Academy Bias Free Policing Training Records (2/1/2015 - 2/1/2016) | D-5546 - D-5573 | |
| 379 | 2/3/2015 | Email from J. Quaranto to E. Webber re: FW: IAB Profile, attaching profile outline | 11-25-2019_SelectedMessages.00002032 - 11-25-2019_SelectedMessages.00002039 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 380 | 9/24/2015 | SCPD Civilian Complaint Investigations | 10-17-2019_McLaughlin.00004862 - 10-17-2019_McLaughlin.00004876 | |
| 381 | 10/2/2015 | IAB Complaint Log | D-19265 - D-19279 | |
| 382 | 10/9/2015 | IAB Summary Reports of Civilian Complaints | SC 2.15.191 - SC 2.15.194 | |
| 383 | 7/27/2016 | Internal Correspondence from N. Zinser to J. McLaughlin re: Legislative Quarterly Report - Second Quarter -2016 April 1, 2016 through June 30, 2016 | RPD_0019020 - RPD_0019023 | |
| 384 | 10/14/2016 | Email from J. Blaskiewicz to J. McLaughlin re: Training Attachment, attaching training guide | SC_McLaughlin 112259 - SC_McLaughlin 112281 | |
| 385 | 10/22/2016 | Internal Correspondence from N. Zinser to J. McLaughlin re: Legislative Quarterly Report - Third Quarter -2016 July 1, 2016 through September 30, 2016 | RPD_0019024 - RPD_0019027 | |
| 386 | 1/11/2017 | Internal Correspondence from N. Zinser to J. McLaughlin re: Legislative Quarterly Report - Fourth Quarter -2016 October 1, 2016 through December 31, 2016 | RPD_0019028 - RPD_0019031 | |
| 387 | 4/18/2017 | Internal Correspondence from J. McLaughlin to J. Barry re: Legislative Quarterly Report - First Quarter -2017 January 1, 2017 through March 31, 2017 | RPD_0019038 - RPD_0019041 | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 388 | 7/10/2017 | Internal Correspondence from J. McLaughlin to J. Barry re: Legislative Quarterly Report - Second Quarter -2017 April 1, 2017 through June 30, 2017 | RPD_0019042 - RPD_0019045 | |
| 389 | 8/15/2017 | Email from C. Love to J. McLaughlin and M. Shanahan re: LCAC Meeting | SC_McLaughlin 104241 - SC_McLaughlin 104241 | |
| 390 | 10/23/2017 | Internal Correspondence from J. McLaughlin to J. Barry re: Legislative Quarterly Report - Third Quarter -2017 July 1, 2017 through September 30, 2017 | RPD_0019046 - RPD_0019050 | |
| 391 | 11/2/2017 | Email from T. Fontana to C. Love and J. McLaughlin re: IAB Training Manual, attaching IAB training manual | 10-17-2019_McLaughlin.00004800 - 10-17-2019_McLaughlin.00005091 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 392 | 1/10/2018 | Internal Correspondence from J. McLaughlin to J. Barry re: Legislative Quarterly Report - Fourth Quarter -2017 October 1, 2017 through December 31, 2017 | RPD_0019051 - RPD_0019055 | |
| 393 | 4/24/2018 | Internal Correspondence from J. McLaughlin to G. Hart re: Legislative Quarterly Report - First Quarter -2018 January 1, 2018 through March 31, 2018 | RPD_0019062 - RPD_0019066 | |
| 394 | 6/1/2018 | Internal correspondence re: Language Line Audit #2018-0031 | 10-17-2019_McLaughlin.00006097 - 10-17-2019_McLaughlin.00006098 | |
| 395 | 7/17/2018 | Internal Correspondence from J. McLaughlin to J. Skopek re: Legislative Quarterly Report - Second Quarter -2018 April 1, 2018 through June 30, 2018 | RPD_0019067 - RPD_0019070 | |
| 396 | 1/3/2019 | Email from M. Cunningham to J. McLaughlin re: Final Version of IAB Case Summary 2011-2018, attaching IAB case summaries | 9-18-2019_McLaughlinMB.00010484 - 9-18-2019_McLaughlinMB.00010519 | |
| 397 | 1/11/2019 | Amended Complaint, Garcia v. County of Suffolk et al., No. 18-cv-3675 (E.D.N.Y. 2019) | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 398 | Undated | Internal Affairs Bureau - Training Manual Table of Contents | SC_McLaughlin 104238 - SC_McLaughlin 104240 | |
| 399 | | Compilation of IAB Summary Reports of Civilian Complaints | SC 2.15.19 1 - SC 2.15.19 218 | |
| 400 | 3/31/2020 | Declaration of Plaintiff #1 in Support of Plaintiffs' Motion for Class Certification | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 401 | 4/2/2020 | Declaration of Plaintiff #3 in Support of Plaintiffs' Motion for Class Certification | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 402 | 4/3/2020 | Declaration of Plaintiff #11 in Support of Plaintiffs' Motion for Class Certification | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 403 | 4/3/2020 | Declaration of Plaintiff #15 in Support of Plaintiffs' Motion for Class Certification | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 404 | 4/3/2020 | Declaration of Plaintiff #20 in Support of Plaintiffs' Motion for Class Certification | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 405 | 4/3/2020 | Declaration of Plaintiff #9 in Support of Plaintiffs' Motion for Class Certification | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 406 | 4/4/2020 | Declaration of Plaintiff #16 in Support of Plaintiffs' Motion for Class Certification | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 407 | 4/4/2020 | Declaration of Plaintiff #17 in Support of Plaintiffs' Motion for Class Certification | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 408 | 4/4/2020 | Declaration of Plaintiff #19 in Support of Plaintiffs' Motion for Class Certification | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 409 | 4/4/2020 | Declaration of Plaintiff #12 in Support of Plaintiffs' Motion for Class Certification | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 410 | 4/4/2020 | Declaration of Plaintiff #13 in Support of Plaintiffs' Motion for Class Certification | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 411 | 4/4/2020 | Declaration of Plaintiff #18 in Support of Plaintiffs' Motion for Class Certification | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 412 | 4/5/2020 | Declaration of Plaintiff #10 in Support of Plaintiffs' Motion for Class Certification | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 413 | 4/5/2020 | Declaration of Plaintiff #14 in Support of Plaintiffs' Motion for Class Certification | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 414 | 4/5/2020 | Declaration of Plaintiff #2 in Support of Plaintiffs' Motion for Class Certification | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 415 | 4/5/2020 | Declaration of Plaintiff #4 in Support of Plaintiffs' Motion for Class Certification | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 416 | 4/5/2020 | Declaration of Plaintiff #6 in Support of Plaintiffs' Motion for Class Certification | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 417 | 4/5/2020 | Declaration of Plaintiff #7 in Support of Plaintiffs' Motion for Class Certification | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 418 | 4/5/2020 | Declaration of Plaintiff #8 in Support of Plaintiffs' Motion for Class Certification | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 419 | 4/6/2020 | Declaration of Plaintiff #5 in Support of Plaintiffs' Motion for Class Certification | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 420 | 9/23/2020 | Declaration in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, filed under seal at Dkt. No. 304-121 | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 421 | 9/24/2020 | Declaration in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, filed under seal at Dkt. No. 304-122 | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 422 | 9/24/2020 | Declaration in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, filed under seal at Dkt. No. 304-123 | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 423 | 3/10/2014 | Correspondence between LatinoJustice PRLDEF and Suffolk County, multiple dates | All Plaintiffs' Production - 000068 - All Plaintiffs' Production - 000097 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 424 | 7/18/2014 | LatinoJustice PRLDEF's MV-15 Requests for DMV Records | All Plaintiffs' Production - 000247 - All Plaintiffs' Production - 000338 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 425 | 3/22/2016 | Emails between F. Maer and Suffolk County officials, multiple dates | All Plaintiffs' Production - 000001 - All Plaintiffs' Production - 000067 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 426 | 3/22/2016 | Emails between N. Trasande and Suffolk County officials, multiple dates | All Plaintiffs' Production - 000098 - All Plaintiffs' Production - 000246 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 427 | 3/9/2016 | Plaintiff Identity List | P000002 - P000002 | |
| 428 | 5/16/2016 | Collection Notice from EMA Recovery Services, Inc. to Plaintiff #2 | Plaintiff 2 Production - 000183 - Plaintiff 2 Production - 000183 | |
| 429 | Undated | Lt. D Meyers Business Card | Plaintiff 2 Production - 000175 - Plaintiff 2 Production - 000175 | |
| 430 | Undated | Medical Records for Plaintiff #2 | Plaintiff 2 Production - 000001 - Plaintiff 2 Production - 000174 | |
| 431 | 3/6/2016 | Plaintiff #2 ELIH Medical Records | | |
| 432 | 2/26/2014 | Plaintiff #13 Statement Form | Plaintiff #13 Investigation File 000001 - Plaintiff #13 Investigation File 000082 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 433 | 4/9/2014 | Plaintiff #9 Statement Form | Plaintiff #9 Investigation File 000001 - Plaintiff #9 Investigation File 000026 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 434 | 5/22/2014 | Plaintiff #8 Statement Form | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 435 | 12/14/2012 | Traffic Records - Plaintiff #14 | Plaintiff 14 Production - 000001 - Plaintiff 14 Production - 000007 | |
| 436 | 12/12/2013 | Traffic Records - Plaintiff #15 | Plaintiff 15 Production - 000004 - Plaintiff 15 Production - 000013 | |
| 437 | 7/13/2014 | Traffic Records - Plaintiff #10 | Plaintiff 10 Production - 000001 - Plaintiff 10 Production - 000015 | |
| 438 | 9/18/2014 | Traffic Records - Plaintiff #6 | Plaintiff 6 Production - 000004 - Plaintiff 6 Production - 000009 | |
| 439 | 10/8/2014 | Traffic Records - Plaintiff #21 | Plaintiff 21 Production - 000001 - Plaintiff 21 Production - 000003 | |
| 440 | 5/5/2015 | Traffic Records - Plaintiff #8 | Plaintiff 8 Production - 000001 - Plaintiff 8 Production - 000002 | |
| 441 | 7/23/2015 | Traffic Records - Plaintiff #20 | Plaintiff 20 Production - 000001 - Plaintiff 20 Production - 000034 | |
| 442 | 9/22/2015 | Traffic Records - Plaintiff #7 | Plaintiff 7 Production - 000001 - Plaintiff 7 Production - 000006 | |
| 443 | 3/16/2016 | Traffic Records - Plaintiff #17 | Plaintiff 17 Production - 000004 - Plaintiff 17 Production - 000027 | |
| 444 | 9/8/2014 | UVISA Certification - Plaintiff #14 | Plaintiff 14 Production - 000008 - Plaintiff 14 Production - 000010 | |
| 445 | 9/8/2014 | UVISA Certification - Plaintiff #6 | Plaintiff 6 Production - 000001 - Plaintiff 6 Production - 000003 | |
| 446 | 9/8/2014 | UVISA Certification - Plaintiff #15 | Plaintiff 15 Production - 000001 - Plaintiff 15 Production - 000003 | |
| 447 | 9/8/2014 | UVISA Certification - Plaintiff #7 | Plaintiff 7 Production - 000001 - Plaintiff 7 Production - 000009 | |
| 448 | 9/24/2014 | UVISA Certification - Plaintiff #13 | Plaintiff 13 Production - 000001 - Plaintiff 13 Production - 000003 | |
| 449 | 9/24/2014 | UVISA Certification - Plaintiff #4 | Plaintiff 4 Production - 000001 - Plaintiff 4 Production - 000003 | |
| 450 | 9/24/2014 | UVISA Certification - Plaintiff #16 | Plaintiff 16 Production - 000001 - Plaintiff 16 Production - 000003 | |
| 451 | 2/5/2015 | UVISA Certification - Plaintiff #1 | Plaintiff 1 Production - 000001 - Plaintiff 1 Production - 000003 | |
| 452 | 2/5/2015 | UVISA Certification - Plaintiff #8 | Plaintiff 8 Production - 000003 - Plaintiff 8 Production - 000005 | |
| 453 | 2/5/2015 | UVISA Certification - Plaintiff #17 | Plaintiff 17 Production - 000001 - Plaintiff 17 Production - 000003 | |
| 454 | 2/5/2015 | UVISA Certification - Plaintiff #3 | Plaintiff 3 Production - 000001 - Plaintiff 3 Production - 000003 | |
| 455 | 2/5/2015 | UVISA Certification - Plaintiff #19 | Plaintiff 19 Production - 000003 - Plaintiff 19 Production - 000005 | |
| 456 | 2/5/2015 | UVISA Certification - Plaintiff #9 | Plaintiff 9 Production - 000001 - Plaintiff 9 Production - 000003 | |
| 457 | 2/5/2015 | UVISA Certification - Plaintiff #2 | Plaintiff 2 Production - 000176 - Plaintiff 2 Production - 000178 | |
| 458 | 2/5/2015 | UVISA Certification - Plaintiff #20 | Plaintiff 20 Production - 000035 - Plaintiff 20 Production - 000037 | |
| 459 | 2/5/2015 | UVISA Certification - Plaintiff #5 | Plaintiff 5 Production - 000001 - Plaintiff 5 Production - 000003 | |
| 460 | 2/5/2015 | UVISA Certification - Plaintiff #12 | Plaintiff 12 Production - 000001 - Plaintiff 12 Production - 000003 | |
| 461 | 3/20/2015 | UVISA Certification - Plaintiff #18 | Plaintiff 18 Production - 000001 - Plaintiff 18 Production - 000003 | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 462 | 11/15/2018 | Supplement B, U Nonimmigrant Status Certification, Form I-918 for Plaintiff #13 | Plaintiff 13 Production - 000009 - Plaintiff 13 Production - 000013 | |
| 463 | 11/15/2018 | Supplement B, U Nonimmigrant Status Certification, Form I-918 for Plaintiff #8 | Plaintiff 8 Production - 000010 - Plaintiff 8 Production - 000014 | |
| 464 | 11/15/2018 | Supplement B, U Nonimmigrant Status Certification, Form I-918 for Plaintiff #4 | Plaintiff 4 Production - 000004 - Plaintiff 4 Production - 000008 | |
| 465 | 11/15/2018 | Supplement B, U Nonimmigrant Status Certification, Form I-918 for Plaintiff #14 | Plaintiff 14 Production - 0000013 - Plaintiff 14 Production - 0000017 | |
| 466 | 11/15/2018 | Supplement B, U Nonimmigrant Status Certification, Form I-918 for Plaintiff #15 | Plaintiff 15 Production - 0000018 - Plaintiff 15 Production - 0000022 | |
| 467 | 11/15/2018 | Supplement B, U Nonimmigrant Status Certification, Form I-918 for Plaintiff #9 | Plaintiff 9 Production - 000008 - Plaintiff 9 Production - 000012 | |
| 468 | Undated | Supplement B, U Nonimmigrant Status Certification, Form I-918 for Plaintiff #20 | Plaintiff 20 Production - 000042 - Plaintiff 20 Production - 000046 | |
| 469 | 3/2/2016 | Victim Impact Statement - Plaintiff #19 | Plaintiff 19 Production - 000001 - Plaintiff 19 Production - 000002 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 470 | 4/22/2016 | Victim Impact Statement - Plaintiff #13 | Plaintiff 13 Production - 000004 - Plaintiff 13 Production - 000008 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 471 | 4/22/2016 | Victim Impact Statement - Plaintiff #15 | Plaintiff 15 Production - 000014 - Plaintiff 15 Production - 000017 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 472 | 4/25/2016 | Victim Impact Statement - Plaintiff #8 | Plaintiff 8 Production - 000006 - Plaintiff 8 Production - 000009 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 473 | 4/26/2016 | Victim Impact Statement - Plaintiff #2 | Plaintiff 2 Production - 000179 - Plaintiff 2 Production - 000182 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 474 | 4/26/2016 | Victim Impact Statement - Plaintiff #9 | Plaintiff 9 Production - 000004 - Plaintiff 9 Production - 000007 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 475 | 4/29/2016 | Victim Impact Statement - Plaintiff #17 | Plaintiff 17 Production - 000028 - Plaintiff 17 Production - 000031 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 476 | 4/29/2016 | Victim Impact Statement - Plaintiff #3 | Plaintiff 3 Production - 000004 - Plaintiff 3 Production - 000007 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 477 | 4/29/2016 | Victim Impact Statement - Plaintiff #14 | Plaintiff 14 Production - 000011 - Plaintiff 14 Production - 000012 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 478 | 4/29/2016 | Victim Impact Statement - Plaintiff #6 | Plaintiff 6 Production - 000010 - Plaintiff 6 Production - 000011 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 479 | 4/29/2016 | Victim Impact Statement - Plaintiff #18 | Plaintiff 18 Production - 000004 - Plaintiff 18 Production - 000006 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 480 | 4/29/2016 | Victim Impact Statement - Plaintiff #20 | Plaintiff 20 Production - 000038 - Plaintiff 20 Production - 000041 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 481 | 4/29/2016 | Victim Impact Statement - Plaintiff #12 | Plaintiff 12 Production - 000004 - Plaintiff 12 Production - 000008 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 482 | 4/30/2016 | Victim Impact Statement - Plaintiff #7 | Plaintiff 7 Production - 000010 - Plaintiff 7 Production - 000013 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 483 | 11/1/2001 | Resolution titled "Bias-Free Policing Resolution," by the International Association of Chiefs of Police | Exhibit 102 to Plaintiffs' Opposition to Motion for Summary Judgment | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 484 | 6/21/2004 | Dept. Directive Order 04-170 | D 5/25/18 - 7 - D 5/25/18 - 8 | |
| 485 | 4/4/2014 | SCPD Department Directive Order No. 14-76, Bias Incident Complaints | D-707 - D-708 | |
| 486 | 11/13/2014 | SCPD General Order No. DRAFT, Department Early Warning - Early Intervention System | D-878 - D-883 | |
| 487 | 2/20/2015 | SCPD General Order No. 15-10, No. 15-57: Department Early Warning – Early Intervention System | D 5/25/18 - 640 - D 5/25/18 - 646 | |
| 488 | 11/2/2015 | Bias-Free Policing - SCPD General Order No. 15-52, Bias-Free Policing | D-5392 - D-5394 | |
| 489 | 1/19/2011 | Rules and Procedures - Checkpoints, Ch. 9, § 20, Effective 01/09/2011 | D-14331 - D-14335 | |
| 490 | 4/18/2007 | SCPD General Order No. 07-25, Civilian Procedural Complaints | D-12568 - D-12572 | |
| 491 | 6/26/2007 | SCPD Memorandum, Order No. 05-169a, Civilian Complaint Investigations – Report Format | D 5/25/18 - 598 - D 5/25/18 - 600 | |
| 492 | 6/16/2008 | SCPD General Order No. 08-41, Civilian Complaint Procedure | D 5/25/18 - 533 - D 5/25/18 - 539 | |
| 493 | 1/27/2010 | SCPD General Order No. 10-02, Civilian Complaint Procedure | D 5/25/18 - 542 - D 5/25/18 - 542 | |
| 494 | 1/27/2010 | SCPD General Order No. 10-12, Civilian Complaint Procedure | D 5/25/18 - 544 - D 5/25/18 - 544 | |
| 495 | 8/3/2011 | SCPD Memorandum, Order No. 05-169b, Civilian Complaint Investigations – Report Format | D 5/25/18 - 601 - D 5/25/18 - 603 | |
| 496 | 10/21/2011 | SCPD General Order No. 11-58, Civilian Complaint Procedure | D 5/25/18 - 551 - D 5/25/18 - 562 | |
| 497 | 3/15/2012 | SCPD Memorandum, Order No. 05-169c, Civilian Complaint Investigations – Report Format | D 5/25/18 - 604 - D 5/25/18 - 606 | |
| 498 | 4/10/2013 | SCPD General Order No. 13-26, Civilian Complaint Procedure | D 5/25/18 - 563 - D 5/25/18 - 564 | |
| 499 | 9/10/2014 | SCPD General Order No. 14-59, Civilian Complaint Procedure | D-20579 - D-20580 | |
| 500 | Undated | SCPD General Order No. 92-1, Civilian Procedural Complaints | D-12575 - D-12578 | |
| 501 | 6/1/1992 | SCPD General Order No. 92-1, Commanding Officer, Police Academy | D-11429 - D-11431 | |
| 502 | 3/8/2006 | SCPD General Order No. 06-27, District Commander Duties and Responsibilities | D-12111 - D-12114 | |
| 503 | 10/31/2006 | Command General Orders | 9-18-2019_McLaughlinMB.00004876 - 9-18-2019_McLaughlinMB.00004887 | |
| 504 | 3/23/2007 | SCPD General Order No. 07-14, Precinct Commander | D 5/25/18 - 405 - D 5/25/18 - 408 | |
| 505 | 1/4/2008 | SCPD General Order No. 08-01, Commanding Officer Duties and Responsibilities | D-12090 - D-12095 | |
| 506 | 6/16/2008 | SCPD General Order No. 08-41, Platoon Commander | D 5/25/18 - 337 - D 5/25/18 - 340 | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 507 | 9/15/2008 | 9/15/2008 SCPD General Order No. 08-60, Command Duties and Responsibilities<br>12/17/2008 SCPD General Order No. 08-77, Command Duties and Responsibilities | D 5/25/18 - 909 -<br>D 5/25/18 - 939 | |
| 508 | 1/26/2009 | SCPD General Order No. 09-03, Platoon Commander | D-12290 -<br>D-12293 | |
| 509 | 1/26/2009 | SCPD General Order No. 09-04, Precinct Commander | D-12269 -<br>D-12272 | |
| 510 | 4/9/2009 | SCPD General Order No. 09-14, Command Duties and Responsibilities | D-12035 -<br>D-12036 | |
| 511 | 5/14/2009 | SCPD General Order No. 09-19, Command Duties and Responsibilities | D-12032 -<br>D-12034 | |
| 512 | 8/10/2009 | SCPD General Order No. 09-44, Command Duties and Responsibilities | D-12026 -<br>D-12027 | |
| 513 | 11/12/2009 | SCPD General Order No. 09-59, Commanding Officer Duties and Responsibilities | D-12085 -<br>D-12089 | |
| 514 | 12/14/2009 | SCPD General Order No. 09-65, Command Duties and Responsibilities | D-12022 -<br>D-12023 | |
| 515 | 12/16/2009 | SCPD General Order No. 09-67, Command Duties and Responsibilities | D-12020 -<br>D-12021 | |
| 516 | 2/10/2011 | SCPD General Order No. 11-08, District Commander Duties and Responsibilities | D-12107 -<br>D-12110 | |
| 517 | 12/8/2011 | SCPD General Order No. 11-74, Precinct Commander | D 5/25/18 - 413 -<br>D 5/25/18 - 416 | |
| 518 | 3/22/2012 | SCPD General Order No. 12-23, Precinct Commander | D 5/25/18 - 417 -<br>D 5/25/18 - 419 | |
| 519 | 9/4/2012 | SCPD General Order No. 12-55, District Commander Duties and Responsibilities | D-12104 -<br>D-12106 | |
| 520 | 9/4/2012 | 9/4/2012 SCPD General Order No. 12-55, District Commander Duties and Responsibilities;<br>9/13/2012 SCPD General Order No. 12-58, District Commander Duties and Responsibilities | D-12100 -<br>D-12103 | |
| 521 | 6/25/2013 | SCPD General Order No. 13-44, District Commander Duties and Responsibilities | D-12096 -<br>D-12099 | |
| 522 | 3/27/2014 | SCPD General Order No. 14-17, Vehicular Crime Unit Investigative Duties | D-11867 -<br>D-11870 | |
| 523 | 7/17/2014 | SCPD General Order No. 14-41, Command Duties and Responsibilities | D 5/25/18 - 43 -<br>D 5/25/18 - 45 | |
| 524 | 10/13/2014 | SCPD General Order No. 15-02, Command Duties and Responsibilities | D 5/25/18 - 990 -<br>D 5/25/18 - 995 | |
| 525 | 2/27/2015 | SCPD General Order No. 15-14, Command Duties and Responsibilities | D-11849 -<br>D-11851 | |
| 526 | 9/11/2015 | SCPD General Order No. 15-45, Command Duties and Responsibilities | D-11843 -<br>D-11844 | |
| 527 | 3/18/2016 | SCPD General Order No. 16-22, Command Duties and Responsibilities | D 5/25/18 - 1007 -<br>D 5/25/18 - 1010 | |
| 528 | 10/20/2017 | SCPD General Order No. 17-54, Platoon Commander | D 5/25/18 - 346 -<br>D 5/25/18 - 349 | |
| 529 | 11/29/2017 | SCPD General Order No. 17-57, Command Duties and Responsibilities | D 5/25/18 - 1011 -<br>D 5/25/18 - 1014 | |
| 530 | 3/23/2018 | SCPD General Order No. 18-27, Command Duties and Responsibilities | D 5/25/18 - 1015 -<br>D 5/25/18 - 1070 | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 531 | 1/12/2016 | 1/12/2016 SCPD General Order No. 16-02, Command Duties and Responsibilities<br>1/20/2016 SCPD General Order No. 16-05, Command Duties and Responsibilities<br>1/21/2016 SCPD General Order No. 16-07, Command Duties and Responsibilities<br>1/22/2016 SCPD General Order No. 16-10, Command Duties and Responsibilities<br>2/11/2016 SCPD General Order No. 16-13, Command Duties and Responsibilities<br>3/2/2016 SCPD General Order No. 16-19, Command Duties and Responsibilities | D-11794 -<br>D-11835 | |
| 532 | 1/12/2016 | 1/12/2016 SCPD General Order No. 16-02, Command Duties and Responsibilities<br>1/20/2016 SCPD General Order No. 16-05, Command Duties and Responsibilities<br>1/21/2016 SCPD General Order No. 16-07, Command Duties and Responsibilities<br>1/22/2016 SCPD General Order No. 16-10, Command Duties and Responsibilities<br>2/11/2016 SCPD General Order No. 16-13, Command Duties and Responsibilities<br>3/2/2016 SCPD General Order No. 16-19, Command Duties and Responsibilities<br>3/18/2016 SCPD General Order No. 16-22, Command Duties and Responsibilities<br>4/1/2016 SCPD General Order No. 16-30, Command Duties and Responsibilities<br>4/1/2016 SCPD General Order No. 16-43, Command Duties and Responsibilities<br>4/22/2016 SCPD General Order No. 16-49, Command Duties and Responsibilities<br>4/28/2016 SCPD General Order No. 16-50, Command Duties and Responsibilities<br>5/5/2016 SCPD General Order No. 16-52, Command Duties and Responsibilities<br>5/5/2016 SCPD General Order No. 16-54, Command Duties and Responsibilities<br>5/13/2016 SCPD General Order No. 16-66, Command Duties and Responsibilities<br>5/27/2016 SCPD General Order No. 16-69, Command Duties and Responsibilities | D-20555 -<br>D-20564 | |
| 533 | 3/4/2011 | 3/4/2011 SCPD General Order No. 11-14, Commanding Officer Duties and Responsibilities<br>3/31/2011 SCPD General Order No. 11-21, Commanding Officer Duties and Responsibilities | D-12080 -<br>D-12084 | |
| 534 | 11/10/2004 | SCPD General Order No. 04-120, Discipline / Charges and Specifications - Sworn Members of the Department | D-12455 -<br>D-12462 | |
| 535 | 3/11/2005 | SCPD General Order No. 05-29, Command Discipline Procedure | D-12477 -<br>D-12488 | |
| 536 | 10/26/2005 | SCPD General Order No. 05-96, Discipline – Civilian Members of the Department | D-12500 -<br>D-12504 | |
| 537 | 1/9/2008 | SCPD General Order No. 08-06, Discipline / Charges and Specifications - Members of the Service | D-12446 -<br>D-12452 | |
| 538 | 1/9/2008 | SCPD General Order No. 08-07, Discipline – Civilian Members of the Department | D-12495 -<br>D-12497 | |
| 539 | 6/26/2008 | SCPD General Order No. 08-45, Discipline / Charges and Specifications - Members of the Service | D-12443 -<br>D-12445 | |
| 540 | 6/26/2008 | SCPD General Order No. 08-45, Discipline / Charges and Specifications - Members of the Service | D 5/25/18 - 647 -<br>D 5/25/18 - 652 | |
| 541 | 6/26/2008 | 6/26/2008 SCPD General Order No. 08-46, Discipline – Civilian Members of the Department<br>10/14/2008 SCPD General Order No. 08-61, Discipline – Civilian Members of the Department | D-12489 -<br>D-12493 | |
| 542 | 9/10/2008 | SCPD General Order No. 08-56, Command Discipline Procedure | D-12474 -<br>D-12474 | |
| 543 | 9/10/2008 | SCPD General Order No. 08-56, Command Discipline Procedure | D-16334 -<br>D-16346 | |
| 544 | 10/14/2008 | SCPD General Order No. 08-61, Discipline – Civilian Members of the Department | D 5/25/18 - 663 -<br>D 5/25/18 - 668 | |
| 545 | 6/14/2011 | SCPD General Order No. 11-86, Command Discipline Procedure | D-12463 -<br>D-12473 | |
| 546 | 5/10/2013 | SCPD General Order No. 13-33, Discipline / Charges and Specifications – Members of the Service | D-12437 -<br>D-12442 | |
| 547 | 5/13/2016 | SCPD General Order No. 16-56, Discipline / Charges and Specifications – Members of the Service | D 5/25/18 - 655 -<br>D 5/25/18 - 662 | |
| 548 | 12/17/2008 | SCPD General Order No. 08-75, Hate Offenses | D 5/25/18 - 12 -<br>D 5/25/18 - 15 | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 549 | 10/21/2009 | SCPD General Order No. 09-54, Hate Crimes | D 5/25/18 - 16 - D 5/25/18 - 24 | |
| 550 | 12/8/2011 | SCPD General Order No. 11-75, Hate Crimes | D 5/25/18 - 42 - D 5/25/18 - 42 | |
| 551 | 4/1/2016 | SCPD General Order No. 16-43, Hate Crimes | RPD_0016938 - RPD_0016955 | |
| 552 | 7/28/2017 | SCPD General Order No. 17-40, Hate Crimes | D 5/25/18 - 81 - D 5/25/18 - 96 | |
| 553 | 4/29/2009 | SCPD Memorandum Order No. 09-117, "Language Line" Translating and Interpreting Services | D-20766 - D-20766 | |
| 554 | 12/4/2009 | SCPD General Order No. 09-63, Persons with Limited English Proficiency | D-20691 - D-20698 | |
| 555 | 2/9/2010 | SCPD General Order No. 10-09, Persons with Limited English Proficiency | D 5/25/18 - 104 - D 5/25/18 - 105 | |
| 556 | 3/18/2010 | SCPD General Order No. 10-58, Language Line Telephone Installation | D-20767 - D-20767 | |
| 557 | 3/26/2010 | SCPD General Order No. 10-58, "Language Line" Translating and Interpreting Service | D-20768 - D-20769 | |
| 558 | 5/6/2010 | SCPD General Order No. 10-06, Language Line Cellular Telephones | 2016-06-06-DP00000557 - 2016-06-06-DP00000557 | |
| 559 | 6/7/2010 | SCPD Memorandum Order No. 10-135, Availability of Spanish Language Department Forms | D-20772 - D-20772 | |
| 560 | 11/24/2010 | SCPD Special Training Bulletin No. 10-16, Overcoming Barriers to Communicating/Limited English Proficiency | D-20753 - D-20755 | |
| 561 | 2/24/2011 | SCPD General Order No. 11-13, Persons with Limited English Proficiency | D 5/25/18 - 106 - D 5/25/18 - 107 | |
| 562 | 3/4/2011 | SCPD General Order No. 11-14, Persons with Limited English Proficiency | D-20703 - D-20705 | |
| 563 | 2/4/2012 | SCPD Special Training Bulletin No. 10-16a, Overcoming Barriers to Communicating/Limited English Proficiency | D-20750 - D-20752 | |
| 564 | 2/10/2012 | SCPD Special Training Bulletin No. 10-16b, Overcoming Barriers to Communicating/Limited English Proficiency | D-20747 - D-20749 | |
| 565 | 2/15/2012 | SCPD General Order No. 10-58b, Language Line Services – Change in Initial Procedure | D-20770 - D-20771 | |
| 566 | 1/3/2014 | SCPD Special Training Bulletin No. 14-02, Overcoming Barriers to Communicating/Limited English Proficiency | D-20765 - D-20765 | |
| 567 | 3/13/2014 | SCPD Special Training Bulletin No. 14-02a, Overcoming Barriers to Communicating/Limited English Proficiency | D-20764 - D-20764 | |
| 568 | 4/10/2014 | SCPD Forms Order No. 14-09, Interpretation Tracking | D-20739 - D-20740 | |
| 569 | 6/3/2014 | SCPD Special Training Bulletin No. 14-02b, Overcoming Barriers to Communicating/Limited English Proficiency | D-20763 - D-20763 | |
| 570 | 8/25/2014 | SCPD General Order No. 14-50, Suffolk County Police Department Language Access Plan | D-20729 - D-20738 | |
| 571 | 10/13/2014 | SCPD Special Training Bulletin No. 14-02c, Overcoming Barriers to Communicating/Limited English Proficiency | D-20762 - D-20762 | |
| 572 | 12/4/2014 | SCPD Special Training Bulletin No. 14-02d, Overcoming Barriers to Communicating/Limited English Proficiency | D-20761 - D-20761 | |
| 573 | 1/15/2015 | Police Community Outreach Committee 01-15-15 First Quarter 2015 | RPD_0015884 - RPD_0015886 | |
| 574 | 3/26/2015 | SCPD Special Training Bulletin No. 14-02e, Overcoming Barriers to Communicating/Limited English Proficiency | D-20760 - D-20760 | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 575 | 7/16/2015 | SCPD Special Training Bulletin No. 14-02f, Overcoming Barriers to Communicating/Limited English Proficiency | D-20758 - D-20759 | |
| 576 | 8/4/2015 | SCPD General Order No. 15-32, Persons with Limited English Proficiency | D 5/25/18 - 112 - D 5/25/18 - 113 | |
| 577 | 8/4/2015 | SCPD General Order No. 15-32, Language Access Plan and Policy | D-12636 - D-12637 | |
| 578 | 9/23/2015 | SCPD Forms Ordere No. 15-12, Language Assistance Tracking | D-20745 - D-20746 | |
| 579 | 10/14/2015 | SCPD Forms Order No. 15-12a, Language Assistance Tracking | D-20742 - D-20743 | |
| 580 | 11/13/2015 | SCPD Special Training Bulletin No. 14-02g, Overcoming Barriers to Communicating/Limited English Proficiency | D-20757 - D-20757 | |
| 581 | 12/4/2015 | SCPD General Order No. 15-59, Community Relations Function | D-20678 - D-20689 | |
| 582 | 12/4/2015 | SCPD General Order No. 15-60, Language Access Plan and Policy | D-12616 - D-12635 | |
| 583 | 12/4/2015 | SCPD General Order No. 15-60, Language Access Plan and Policy | RPD_0015693 - RPD_0015712 | |
| 584 | 12/4/2015 | SCPD General Order No. 15-56, Civilian Complaint Procedure | D-5464 - D-5476 | |
| 585 | 2/9/2016 | SCPD Special Training Bulletin No. 14-02h, Overcoming Barriers to Communicating/Limited English Proficiency | D-20756 - D-20756 | |
| 586 | 3/10/2016 | SCPD Patrol Division Memorandum re: Language Assistance Tracking - Use of Interpreters and Reporting | RPD_0016869 - RPD_0016869 | |
| 587 | 4/18/2016 | SCPD Memorandum Order No. 16-112, Language Assistance Tracking | RPD_0016868 - RPD_0016868 | |
| 588 | 4/26/2016 | SCPD Memorandum Order No. 16-120, Language Access Plan Clarifications | D-20774 - D-20774 | |
| 589 | 3/2/2018 | SCPD General Order No. 18-17, Language Access Plan and Policy | D 5/25/18 - 155 - D 5/25/18 - 171 | |
| 590 | 3/16/2006 | SCPD General Order No. 06-34, Police Mission | D 5/25/18 - 172 - D 5/25/18 - 174 | |
| 591 | 6/3/2006 | SCPD General Order No. 05-64, Legal Structure | D-11727 - D-11729 | |
| 592 | 9/15/2008 | 9/15/2008 SCPD General Order No. 08-60, Organizational Structure 12/17/2008 SCPD General Order No. 08-76, Organizational Structure | D-11730 - D-11736 | |
| 593 | 4/9/2009 | SCPD General Order No. 09-13, Organizational Structure | D-11737 - D-11737 | |
| 594 | 7/30/2009 | SCPD General Order No. 09-38, Organizational Structure | D-11738 - D-11739 | |
| 595 | 8/10/2009 | SCPD General Order No. 09-43, Organizational Structure | D-11740 - D-11741 | |
| 596 | 12/14/2009 | SCPD General Order No. 09-64, Organizational Structure | D-11742 - D-11743 | |
| 597 | 12/16/2009 | SCPD General Order No. 09-66, Organizational Structure | D-11744 - D-11745 | |
| 598 | 6/9/2010 | SCPD General Order No. 10-20, Organizational Structure | D-11746 - D-11747 | |
| 599 | 11/17/2011 | SCPD General Order No. 11-69, Organizational Structure | D-11749 - D-11755 | |
| 600 | 8/31/2012 | SCPD General Order No. 12-54, Organizational Structure | D-11759 - D-11760 | |
| 601 | 11/29/2012 | SCPD General Order No. 12-63, Organizational Principles | D-12121 - D-12122 | |
| 602 | 2/21/2013 | SCPD General Order No. 13-08, Special Boards | D 5/25/2018 - 226 - D 5/25/2018 - 231 | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 603 | 4/1/2013 | SCPD General Order No. 13-13, Organizational Structure | D-11761 - D-11763 | |
| 604 | 4/11/2013 | SCPD General Order No. 13-28, Organizational Structure | D-11764 - D-11770 | |
| 605 | 10/13/2014 | SCPD General Order No. 15-01, Organizational Structure | D-11774 - D-11775 | |
| 606 | 1/12/2016 | 1/12/2016 SCPD General Order No. 16-01, Organizational Structure<br>1/20/2016 SCPD General Order No. 16-04, Organizational Structure<br>1/21/2016 SCPD General Order No. 16-06, Organizational Structure<br>1/22/2016 SCPD General Order No. 16-09, Organizational Structure<br>1/22/2016 SCPD General Order No. 16-09a, Organizational Structure<br>3/2/2016 SCPD General Order No. 16-18, Organizational Structure | D-11786 - D-11793 | |
| 607 | 7/15/2016 | SCPD General Order No. 16-74, Police Mission | D 5/25/18 - 178 - D 5/25/18 - 181 | |
| 608 | 8/17/2017 | SCPD General Order No. 17-41, Police Mission | D 5/25/18 - 182 - D 5/25/18 - 184 | |
| 609 | Undated | SCPD General Order No. 92-1, Organizational Principles | D-12123 - D-12124 | |
| 610 | 1/21/2004 | SCPD General Order Nos. 04-14 and 04-15, Skills, Knowledge and Abilities Inventory | D-12605 - D-12606 | |
| 611 | 1/5/2005 | SCPD General Order No. 05-003, Personnel Selection | D-12595 - D-12596 | |
| 612 | 6/16/2008 | SCPD General Order No. 08-41, Authorized Abbreviations | D 5/25/18 - 840 - D 5/25/18 - 845 | |
| 613 | 6/16/2008 | SCPD General Order No. 08-41, Notice of Claim | D 5/25/18 - 717 - D 5/25/18 - 718 | |
| 614 | 2/2/2010 | SCPD General Order No. 10-05, Members of the Service Promotional Criteria | D-12592 - D-12594 | |
| 615 | 10/28/2011 | SCPD General Order No. 11-63, Required Notifications to Complainant/Victim in Criminal Investigations | D-20675 - D-20677 | |
| 616 | 11/4/2011 | SCPD General Order No. 11-65, Hate Crimes | D 5/25/18 - 27 - D 5/25/18 - 41 | |
| 617 | 11/15/2011 | SCPD General Order No. 11-67, Notice of Claim | D 5/25/18 - 719 - D 5/25/18 - 721 | |
| 618 | 1/30/2012 | SCPD General Order No. 12-03, Completion of Memorandum Books | D 5/25/18 - 243 - D 5/25/18 - 244 | |
| 619 | 3/15/2013 | 3/15/2013 SCPD General Order No. 13-11, Written Directives<br>4/18/2013 SCPD General Order No. 13-29, Written Directives<br>10/1/2013 SCPD General Order No. 13-63, Written Directives | D-914 - D-927 | |
| 620 | 6/25/2013 | SCPD General Order No. 13-53, Field Training Program | D-11412 - D-11418 | |
| 621 | 6/25/2013 | SCPD General Order No. 13-53, Specialized, Advanced, Remedial and Technical Training | D-11419 - D-11424 | |
| 622 | 8/1/2013 | Suffolk County Standard Operating Procedure Litigation Hold-Preservation | D-12320 - D-12325 | |
| 623 | 9/18/2013 | Stipulation of Agreement between The County of Suffolk and Suffolk County Association of Municipal Employees - Bargaining Units Nos. 2 and 6 | D-21586 - D-21589 | |
| 624 | 10/24/2013 | SCPD General Order No. 13-69, Rank and Tours of Duty | D-12115 - D-12117 | |
| 625 | 1/13/2014 | SCPD Personnel Order No. [No number assigned], Designation of Compliance Coordinator (DOJ / SCPD) | D-94 - D-95 | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 626 | 6/27/2014 | SCPD General Order No. 14-40, Arrest of Non-U.S. Citizens and Persons with Dual Citizenship | D-20602 - D-20610 | |
| 627 | 8/4/2014 | Suffolk County / Office of the County Executive Standard Operating Procedure (SOP), No. B-07, Policy of Nondiscrimination in County Services and Service Discrimination Complaint Procedures | D-12655 - D-12671 | |
| 628 | 1/9/2015 | SCPD General Order No. 15-07, Arrest of Non-U.S. Citizens and Persons with Dual Citizenship | D-20611 - D-20612 | |
| 629 | 4/24/2015 | SCPD General Order No. 15-23, Arrest of Non-U.S. Citizens and Persons with Dual Citizenship | D-20613 - D-20613 | |
| 630 | 12/4/2015 | SCPD General Order No. 15-61, Decentralized Individualized In-Service Training (D.I.I.T.) | D-11435 - D-11439 | |
| 631 | 12/4/2015 | SCPD General Order No. 15-61, Training Committee | D-11407 - D-11411 | |
| 632 | 4/1/2016 | SCPD General Order No. 16-43, Arrest of Non-U.S. Citizens and Persons with Dual Citizenship | D-20614 - D-20621 | |
| 633 | 4/4/2017 | Contract Between SCPD and Lexipol | RPD_0018695 - RPD_0018720 | |
| 634 | 10/20/2017 | SCPD General Order No. 17-54, Authorized Abbreviations | D 5/25/18 - 859 - D 5/25/18 - 865 | |
| 635 | 10/20/2017 | SCPD General Order No. 17-54, Daily Journal & Blotter Changed – Electronic Blotters | D 5/25/18 - 881 - D 5/25/18 - 886 | |
| 636 | 1/1/2019 | 2019 Contract Between SCPD and Lexipol, 2019 | RPD_0018721 - RPD_0018734 | |
| 637 | Undated | SCPD General Order No. 92-1, Crime Prevention Function | D-12298 - D-12299 | |
| 638 | Undated | SCPD General Order No. 92-1, Performance Evaluation System | D-12579 - D-12588 | |
| 639 | 4/25/2007 | SCPD General Order No. 07-32, Police Officer Duties and Responsibilities | D-12068 - D-12069 | |
| 640 | 2/1/2008 | SCPD General Order No. 08-18, Memorandum Books | D 5/25/18 - 199 - D 5/25/18 - 205 | |
| 641 | 6/16/2008 | SCPD General Order No. 08-18, Motor Vehicle Crash Reporting | D 5/25/18 - 866 - D 5/25/18 - 873 | |
| 642 | 7/17/2008 | SCPD General Order No. 08-53, Police Officer – Specific Duties | D 5/25/18 - 350 - D 5/25/18 - 358 | |
| 643 | 7/24/2009 | SCPD General Order No. 09-27, Police Officer Duties and Responsibilities | D-12070 - D-12072 | |
| 644 | 1/25/2010 | Suffolk County Police Department Police Academy Bureau Training Unit, January 2010 mobile needs-based training for the desk officer supervisor in service | D-15419 - D-15470 | |
| 645 | 3/29/2010 | SCPD General Order No. 10-16, Police Officer – Specific Duties | D 5/25/18 - 361 - D 5/25/18 - 363 | |
| 646 | 6/14/2011 | SCPD General Order No. 11-66, Memorandum Books / Electronic Record of Activity | D 5/25/18 - 206 - D 5/25/18 - 217 | |
| 647 | 6/14/2011 | SCPD General Order No. 11-86, Memorandum Books / Electronic Record of Activity | D 5/25/18 - 368 - D 5/25/18 - 379 | |
| 648 | 10/21/2011 | SCPD General Order No. 11-56, Police Officer – Specific Duties | D 5/25/18 - 367 - D 5/25/18 - 367 | |
| 649 | 11/4/2011 | SCPD General Order No. 11-64, Department Early Warning – Early Intervention System | D-12515 - D-12518 | |
| 650 | 12/8/2011 | SCPD General Order No. 11-85, Traffic Stop Data Collection | D 5/25/18 - 425 - D 5/25/18 - 428 | |
| 651 | 1/30/2012 | SCPD General Order No. 12-40, Memorandum Books/Daily Record of Activity | D 5/25/18 - 218 - D 5/25/18 - 225 | |
| 652 | 4/19/2012 | SCPD General Order No. 12-26, Department Early Warning – Early Intervention System | D-12513 - D-12514 | |
| 653 | 7/23/2012 | Roadway Checkpoint Report, C.C. #2012-0457150 | D-13493 - D-13493 | |
| 654 | 7/27/2012 | SCPD General Order No. 12-47, Standards of Supervision | D-12078 - D-12079 | |
| 655 | 7/27/2012 | SCPD General Order No. 12-50, Desk Supervisor – Specific Duties | D-12184 - D-12188 | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 656 | 2/21/2013 | SCPD General Order No. 13-06, Precinct Executive Officer | D-12280 - D-12281 | |
| 657 | 2/21/2013 | SCPD General Order No. 13-07, Precinct Administrative Supervisor | D-12286 - D-12287 | |
| 658 | 3/15/2013 | SCPD General Order No. 13-10, Desk Supervisor – Specific Duties | D-12179 - D-12183 | |
| 659 | 4/21/2014 | Order No. 14-08, Patrol Division Memorandum from John Meehan, Chief of Patrol re: Points to remember regarding the Traffic Stop Program | D-2028 - D-2030 | |
| 660 | 4/25/2014 | SCPD General Order No. 14-23, Police Officer – Specific Duties | D-12125 - D-12134 | |
| 661 | 4/25/2014 | SCPD General Order No. 14-24, Desk Supervisor – Specific Duties | D-12173 - D-12178 | |
| 662 | 4/25/2014 | SCPD General Order No. 14-25, Precinct Executive Officer | D-12277 - D-12279 | |
| 663 | 4/25/2014 | SCPD General Order No. 14-26, Precinct Administrative Supervisor | D-12284 - D-12285 | |
| 664 | 7/15/2014 | SCPD General Order No. 14-55, Memorandum Books/Daily Record of Activity | D 5/25/18 - 232 - D 5/25/18 - 233 | |
| 665 | 9/4/2014 | SCPD General Order No. 14-56, Memorandum Books/Daily Record of Activity | D 5/25/18 - 234 - D 5/25/18 - 234 | |
| 666 | 1/9/2015 | SCPD General Order No. 15-03, Memorandum Books / Daily Record of Activity | D 5/25/18 - 235 - D 5/25/18 - 242 | |
| 667 | 1/9/2015 | SCPD General Order No. 15-06, Patrol Supervisor Duties and Responsibilities | D 5/25/18 - 294 - D 5/25/18 - 295 | |
| 668 | 8/28/2015 | SCPD General Order No. 15-39, Patrol Supervisor Duties and Responsibilities | D 5/25/18 - 297 - D 5/25/18 - 299 | |
| 669 | 12/4/2015 | Rules and Procedures - Civilian Complaint Procedure, Ch. 5, § 2, Effective 12/04/2015 | D 5/25/18 - 567 - D 5/25/18 - 579 | |
| 670 | 12/4/2015 | Updated Directive | D-12505 - D-12510 | |
| 671 | 2/26/2016 | SCPD General Order No. 16-16, Patrol Supervisor Duties and Responsibilities | D-12194 - D-12209 | |
| 672 | 2/24/2017 | SCPD General Order No. 17-06, Patrol Supervisor Duties and Responsibilities | D 5/25/18 - 308 - D 5/25/18 - 319 | |
| 673 | 4/28/2017 | 4/28/2017 SCPD General Order No. 17-21, Police Officer – Specific Duties 6/9/2017 SCPD General Order No. 17-36, Police Officer – Specific Duties | D 5/25/18 - 394 - D 5/25/18 - 404 | |
| 674 | 8/17/2017 | SCPD General Order No. 17-42, Bias-Free Policing | D 5/25/18 - 1 - D 5/25/18 - 3 | |
| 675 | 12/11/2017 | SCPD General Order No. 18-23, Patrol Supervisor Duties and Responsibilities | D 5/25/18 - 325 - D 5/25/18 - 336 | |
| 676 | 3/2/2018 | SCPD Technology Training Bulletin | D 5/25/18 - 482 - D 5/25/18 - 485 | |
| 677 | 3/12/2018 | Suffolk County Police Department General Order Number 18-18 | D 5/25/18 - 527 - D 5/25/18 - 532 | |
| 678 | 3/15/2019 | SCPD Organizational Chart | | |
| 679 | 10/20/2017 | 10/20/2017 SCPD General Order No. 17-54, Motor Vehicle Crash Reporting 11/29/2017 SCPD General Order No. 17-59, Motor Vehicle Crash Reporting | D 5/25/18 - 887 - D 5/25/18 - 896 | |
| 680 | 7/21/2006 | SCPD General Order No. 06-56, Miscellaneous Regulations | D-12413 - D-12414 | |
| 681 | 12/17/2008 | SCPD General Order No. 08-74, Miscellaneous Regulations | D-12406 - D-12407 | |
| 682 | 10/28/2011 | SCPD General Order No. 11-61, Miscellaneous Regulations | D-12401 - D-12402 | |
| 683 | 5/19/2008 | SCPD General Order No. 08-34, Roadway Checkpoints SCPD General Order No. 08-64, Roadway Checkpoints | D-14338 - D-14341 | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 684 | 1/19/2011 | SCPD General Order No. 11-02, Roadway Checkpoints | D 5/25/18 - 525 - D 5/25/18 - 526 | |
| 685 | 11/23/2005 | 11/23/2005 SCPD General Order No. 05-108, Rules of Conduct 12/8/2005 SCPD General Order No. 05-114, Rules of Conduct 1/4/2006 SCPD General Order No. 06-01, Rules of Conduct | D-12365 - D-12379 | |
| 686 | 7/6/2006 | SCPD General Order No. 06-53, Rules of Conduct | D-12361 - D-12362 | |
| 687 | 11/13/2007 | SCPD General Order No. 07-90, Rules and Procedures, Familiarization / Enforcement | D-11723 - D-11724 | |
| 688 | 1/9/2008 | SCPD General Order No. 08-05, Rules of Conduct | D-12344 - D-12348 | |
| 689 | 2/24/2011 | SCPD General Order No. 11-13, Persons with Limited English Proficiency SCPD General Order No. 11-14, Persons with Limited English Proficiency | 11-25-2019_SelectedMessages.00000769 - 11-25-2019_SelectedMessages.00000784 | |
| 690 | 6/25/2013 | SCPD General Order No. 13-51 - Rules and Procedures | 11-25-2019_SelectedMessages.00000757 - 11-25-2019_SelectedMessages.00000768 | |
| 691 | 11/7/2014 | SCPD General Order No. 14-63, Rules of Conduct – Members of the Department | D 5/25/18 - 681 - D 5/25/18 - 692 | |
| 692 | 12/9/2014 | Draft of SCPD General Order No. 14-63, Rules of Conduct – Members of the Department | D-677 - D-693 | |
| 693 | 2/16/2015 | Lesson Plan | RPD_0018619 - RPD_0018620 | |
| 694 | 10/2/2015 | SCPD General Order No. 15-48, Rules and Procedures Manual No Longer Required – be Maintained by Members of the Department | D-11838 - D-11842 | |
| 695 | 10/2/2015 | 10/2/2015 SCPD General Order No. 15-48, Rules and Procedures, Familiarization / Enforcement 12/4/2015 SCPD General Order No. 15-55, Rules and Procedures, Familiarization / Enforcement | D-11725 - D-11726 | |
| 696 | 7/15/2016 | SCPD General Order No. 16-75, Rules of Conduct – Members of the Service | D 5/25/18 - 698 - D 5/25/18 - 698 | |
| 697 | 2/7/2018 | SCPD General Order No. 18-10, Rules of Conduct – Members of the Service | D 5/25/18 700 - D 5/25/18 716 | |
| 698 | Undated | SCPD Rules and Procedures Chapters 2 & 5, multiple dates | 9-18-2019_McLaughlinMB.00004947 - 9-18-2019_McLaughlinMB.00005138 | |
| 699 | 9/30/2013 | SCPD Memorandum, Order No. 13-219, Training Announcement – DCJS Training – "Conducting Complete Traffic Stops" | D 5/25/18 - 478 - D 5/25/18 - 478 | |
| 700 | 3/19/2010 | SCPD General Order 10-12, Civilian Complaint Procedure | D 5/25/18-544 - D 5/25/18-544 | |
| 701 | 1/12/2018 | SCPD General Order No. 18-03, Civilian Complaint Procedure | D 5/25/18-583 - D 5/25/18-597 | |
| 702 | 11/9/2001 | SCPD General Order No. 01-64, Standards of Supervision | D-12073 - D-12075 | |
| 703 | 3/23/2007 | SCPD General Order No. 07-13, Desk Supervisor – Specific Duties | D-12189 - D-12193 | |
| 704 | 6/16/2008 | SCPD General Order No. 08-41, Patrol Supervisor Duties and Responsibilities | D 5/25/18 - 245 - D 5/25/18 - 256 | |
| 705 | 1/26/2009 | SCPD General Order No. 09-02, Patrol Supervisor | D 5/25/18 - 257 - D 5/25/18 - 258 | |
| 706 | 3/4/2011 | SCPD General Order No. 11-14, Duty Officer Transition to Public Safety Dispatcher III (Communications Section Supervisor) | D-11955 - D-12012 | |
| 707 | 4/19/2012 | SCPD General Order No. 12-27, Patrol Supervisor Duties and Responsibilities | D 5/25/18 - 277 - D 5/25/18 - 280 | |
| 708 | 2/10/2022 | Suffolk County Charter | | |
| 709 | Undated | SCPD General Order No. 92-1, Precinct Administrative Supervisor – Specific Duties | D-12288 - D-12289 | |
| 710 | 2/21/2005 | SCPD Special Order No. 05-08, Vehicle Traffic Stops | D 5/25/18 - 467 - D 5/25/18 - 472 | |
| 711 | 9/22/2006 | SCPD Forms Order No. 06-17, Traffic Stop Data Collection | D 5/25/18 - 475 - D 5/25/18 - 475 | |
| 712 | 1/26/2009 | SCPD General Order No. 09-01, Traffic Stop Data Collection | D 5/25/18 - 420 - D 5/25/18 - 424 | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 713 | 3/19/2010 | SCPD General Order No. 10-13, Vehicle Traffic Stops | D 5/25/18 - 486 -<br>D 5/25/18 - 494 | |
| 714 | 8/3/2010 | SCPD General Order No. 10-33, Vehicle Traffic Stops | D 5/25/18 - 495 -<br>D 5/25/18 - 496 | |
| 715 | 11/28/2011 | SCPD Forms Order No. 06-17a, Traffic Stop Data Collection | D 5/25/18 - 477 -<br>D 5/25/18 - 477 | |
| 716 | 4/1/2013 | SCPD General Order No. 13-21, Traffic Stop Data Collection | D 5/25/18 - 441 -<br>D 5/25/18 - 450 | |
| 717 | 3/6/2014 | Email from scpd-directives@suffolkcountyny.gov to scpd-directives@suffolkcountyny.gov re: DTB 14-05 Summary of Department Directives for Monthly Inspections, attaching Monthly Training Bulletin | 9-18-2019_Capolino.00000306 -<br>9-18-2019_Capolino.00000308 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection; Relevance |
| 718 | 9/4/2014 | SCPD General Order No. 14-54, Traffic Stop Data Collection | D-774 -<br>D-775 | |
| 719 | 1/26/2015 | 1/26/2015 SCPD General Order No. 15-09, Vehicle Traffic Stops<br>9/25/2015 SCPD General Order No. 15-47, Vehicle Traffic Stops | D 5/25/18 - 499 -<br>D 5/25/18 - 510 | |
| 720 | 10/2/2018 | Amended and Restated Consent Decree Regarding the New Orleans Police Department, *United States of America v. City of New Orleans*, No. 12-cv-01924 (E.D. La. Oct. 2, 2018) | | Objection - Hearsay; Relevance |
| 721 | 9/1/2018 | Current Organizational Chart of SCPD | | |
| 722 | 1/1/2001 | PDF titled "Principles for Promoting Police Integrity: Examples of Promising Police Practices and Policies," published by the Department of Justice | | Objection - Hearsay |
| 723 | 1/4/2005 | S. Walker & C. Archbold, The New World of Police Accountability, Chapter 5: Early Intervention Systems | | Objection - Hearsay |
| 724 | 7/10/2006 | Article titled "Cops target profiling; To guage whether minorities are singled out, Suffolk officers are recording the race of drivers the stop," published by Newsday | | Objection - Hearsay |
| 725 | 9/1/2006 | "Protecting Civil Rights: A Leadership Guide for State, Local, and Tribal Law Enforcement," by the International Association of Chiefs of Police | | Objection - Hearsay |
| 726 | 3/22/2007 | Article titled "Suffolk's letter of the law: After rejecting anti-loitering bill, lawmakers say police should better enforce existing state laws," published by Newsday | | Objection - Hearsay |
| 727 | 9/1/2009 | Report titled "Climate of Fear: Latino Immigrants in Suffolk County, N.Y.," published by the Southern Poverty Law Center | 6-20-19 Love DOJ Correspondence SC 007802 -<br>6-20-19 Love DOJ Correspondence SC 007829 | Objection - Hearsay |
| 728 | 12/3/2013 | Press Release titled "United States Agrees to Comprehensive Settlement to Resolve its Investigation of the Suffolk County Police Department for Discriminatory Policing Against Latinos," issued by the United States Department of Justice | 11-25-2019_SelectedMessages.00001376 -<br>11-25-2019_SelectedMessages.00001377 | Objection - Hearsay |
| 729 | 6/24/2014 | Article titled "Scott Greene, ex-Suffolk police sergeant accused of stealing from Latinos, faces 60 more counts," published by Newsday | | Objection - Hearsay |
| 730 | 10/6/2015 | PDF titled "Attorney General Loretta E. Lynch Delivers Opening Remarks at the Congressional Hispanic Caucus Institute Leadership Luncheon," published by the United States Department of Justice | | Objection - Hearsay |
| 731 | 10/27/2015 | Article titled "Suffolk Police Chief James Burke Retires Amid Federal Probe," published by CBS New York | | Objection - Hearsay; Relevance; Prejudice |
| 732 | 12/1/2015 | Unbiased Policing: Model Policy published by the IACP Law Enforcement Policy Center | | Objection - Hearsay |
| 733 | 12/1/2015 | Concepts and Issue Paper titled "Unbiased Policing," published by IACP Law Enforcement Center | | Objection - Hearsay |
| 734 | 2/29/2016 | Article titled "Suffolk Struggles to Reform Discriminatory Policing Against Latinos," published by WSHU Public Radio | | Objection - Hearsay |
| 735 | 5/19/2016 | Article titled "Former Suffolk Sgt. Sentenced for Stealing Drivers' Cash," published by Newsday | | Objection - Hearsay |
| 736 | 8/19/2016 | Article titled "The Organizational Reasons Police Departments Don't Change," published by Harvard Business Review | | Objection - Hearsay |
| 737 | 2/12/2017 | Article titled "Suffolk's former chief of patrol to become Brookhaven's safety boss," published by Newsday | | Objection - Hearsay |
| 738 | 4/24/2017 | Human Rights Commission Questions re: Bias Policing | 8_26_2019_Love_00000001.00000009.00012592 -<br>8_26_2019_Love_00000001.00000009.00012592 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection |
| 739 | 4/24/2017 | Suffolk County Human Rights Commission: Public Meeting with Police Commissioner Timothy Sini | 8_26_2019_Love_00000001.00000009.00012588 -<br>8_26_2019_Love_00000001.00000009.00012588 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection |
| 740 | 6/16/2017 | Memo from T. Sini to U.S. House of Representatives, Committee on Homeland Security, Subcommittee on Counterterrorism and Intelligence re: Testimony Regarding MS-13 | | Objection - Hearsay; Relevance |
| 741 | 1/1/2018 | U.S. Census Bureau QuickFacts: Suffolk County, New York | | Objection - Hearsay |
| 742 | 1/1/2018 | Webpage titled "Suffolk County, NY," published by Census Reporter | | Objection - Hearsay |
| 743 | 1/1/2018 | Webpage titled "Training," published by Fair & Impartial Policing | | Objection - Hearsay |
| 744 | 2/22/2018 | Article titled "Geraldine Hart Nominated Suffolk Police Commissioner," published by Long Island Business News | | Objection - Hearsay |
| 745 | 4/17/2018 | Organizational Charts of SCPD (2008-2018) | D 5/25/18 - 1071 -<br>D 5/25/18 - 1116 | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 746 | 9/28/2018 | Article titled "Challenged by Long Island Lawmakers, Police Will Look Into Treatment of Immigrant Families Who Reported Missing Children," published by ProPublica | | Objection - Hearsay; Relevance |
| 747 | 6/26/2019 | Report titled "Complaints of Biased Policing in New York City: An Assessment of NYPD's Investigations, Policies, and Training," published by New York City Department of Investigation | | Objection - Hearsay; Relevance |
| 748 | 9/20/2019 | Article titled "The Politics of Corruption on Long Island: Ex-Suffolk County Police Chief James Burke," published by A.M.N.Y. | | Objection - Hearsay; Relevance |
| 749 | 11/26/2019 | Article titled "Key Witness in Ex-Suffolk DA Corruption Trial Testifies to 'Culture of Paranoia,' Retaliation," published by New York Law Journal | | Objection - Hearsay, relevance, Prejudice |
| 750 | 12/17/2019 | Press Release titled "Former Suffolk County District Attorney Thomas J. Spota and Government Corruption Bureau Chief Christopher McPartland Convicted of Obstructing a Federal Civil Rights Investigation," published by the United States Department of Justice | | Objection - Hearsay, relevance, Prejudice |
| 751 | 1/1/2020 | Webpage titled "Public Safety," published by Suffolk County Government | | |
| 752 | 1/1/2020 | PDF titled "2020 Adopted Operating Budget Narrative Summary, Volume 1," published by County of Suffolk | | |
| 753 | 9/18/2020 | Article titled "Suffolk police face $20M cut amid fiscal crisis, county executive says," published by New York Post | | Objection - Hearsay; Relevance |
| 754 | Undated | Report titled "Building Trust Between the Police and the Citizens They Serve: An Internal Affairs Promising Practices Guide for Local Law Enforcement," published by U.S. Department of Justice: Office of Community Oriented Policing Service | | Objection - Hearsay |
| 755 | Undated | Webpage titled "Suffolk County Police Department," published by Civil Service Success | | Objection - Hearsay |
| 756 | 11/1/2000 | "A Resource Guide on Racial Profiling Data Collection Systems: Promising Practices and Lessons Learned," published by the U.S. Department of Justice | | Objection - Hearsay |
| 757 | 1/18/2017 | Report titled "San Jose Police Department Traffic and Pedestrian Stop Study," by Michael R. Smith et al., published by the Center for Law and Human Behavior at the University of Texas at El Paso | | Objection - Hearsay; Relevance; Prejudice |
| 758 | 10/12/2017 | Letter from D. Brown to K. Brennan re: Plaintiffs #1-21 v. Count of Suffolk, et al, Docket No.: 15-CV-2431 | | Objection - Hearsay |
| 759 | 1/1/2003 | Early Intervention Systems for Law Enforcement Agencies: A Planning and Management Guide, published by the U.S. Dept. of Justice | | Objection - Hearsay |
| 760 | 5/4/2007 | Article titled "Police Nix Policy," published by Newsday | | Objection - Hearsay |
| 761 | 12/18/2013 | Article titled "For Their Eyes Only: Police Misconduct Hidden from Public by Secrecy Law, Weak Oversight," published by Newsday | | Objection - Hearsay |
| 762 | 11/2/2016 | Article titled "James Burke, Ex-Suffolk County Police Chief, is Sentenced to 46 Months," published by The New York Times | | Objection - Hearsay |
| 763 | 4/10/2019 | Article titled "Former Suffolk Chief of Police James Burke to complete prison sentence Thursday, records show," published by Newsday | | Objection - Hearsay; Relevance; Prejudice |
| 764 | 1/1/2014 | 2014 Indictment in The People of the State of New York vs. Scott A. Greene, Case No.: I-1397-2014 | | |
| 765 | 3/12/2014 | *New York v. Greene*, No. 618-14, Grand Jury Minutes | 10/30/18 SC 106 - 10/30/18 SC 166 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 766 | 6/2/2014 | *New York v. Greene*, No. 1397-14, Grand Jury Minutes | 10/30/18 SC 235 - 10/30/18 SC 299 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 767 | 6/3/2014 | *New York v. Greene*, No. 618-14, Grand Jury Minutes | 10/30/18 SC 300 - 10/30/18 SC 404 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 768 | 6/10/2014 | *New York v. Greene*, No. 618-14, Grand Jury Minutes | 10/30/18 SC 405 - 10/30/18 SC 454 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 769 | 1/6/2016 | *New York v. Greene*, No. 618-14, Trial Transcript | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 770 | 1/7/2016 | *New York v. Greene*, No. 618-14, Trial Transcript | | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 771 | 5/19/2016 | Hearing Transcript - Sentencing Minutes for Scott Greene | | |
| 772 | 5/28/2019 | Scott Greene Answer to Plaintiffs' Complaint | | |
| 773 | Undated | *New York v. Greene*, No. 618-14, Denovo Indictment | | |
| 774 | Undated | *New York v. Greene*, No. I-1397-2014, Denovo Indictment | | |
| 775 | Undated | *New York v. Greene*, No. 618-14, Denovo Indictment (signed) | | |
| 776 | 2/13/1989 | Document: Concise Officer History for Scott Greene | 10.30.19 SC 000042 - 10.30.19 SC 000043 | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 777 | 12/14/2015 | Series of photocopied notebook pages | Caldarelli Deposition Exhibit 4 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 778 | Undated | Notes from September 4, 2013 through March 10, 2014 | D-20851 - D-20904 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 779 | Undated | Scott Greene handwritten Memo Book Pages, multiple dates | Plaintiff #1 Investigation File 000001 - Plaintiff #1 Investigation File 000032 | |
| 780 | Undated | Scott Greene handwritten Memo Book Pages, multiple dates | Plaintiff #20 Investigation File 000001 - Plaintiff #20 Investigation File 000041 | |
| 781 | 2/14/2014 | Article titled "Victims of Alleged Racial Profiling by Long Island Police Sergeant Come Forward," published by NBC | | Objection - Hearsay |
| 782 | Undated | Compilation of Scott Greene Incident Data and Notes | D-20849 - D-20951 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 783 | 1/3/2012 | MDC Name Entries | 2019.10.30 PROD0008 – MDC - 2019.10.30 PROD0008 – MDC | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 784 | 7/14/2014 | SCPD July 2014 Compliance Report, with attachments | D-1924 - D-2236 | |
| 785 | 1/1/2015 | 2015 IAB Annual Report: Patterns & Trends of Biased Policing Report | RPD_0015602 - RPD_0015610 | |
| 786 | 1/8/2015 | SCPD Analysis of Biased Policing Complaints: July 1, 2014 - December 31, 2014 | D-1127 - D-1128 | |
| 787 | 1/13/2015 | SCPD January 13, 2015 Compliance Report, with attachments | D-945 - D-1304 | |
| 788 | 6/23/2015 | SCPD Analysis of Biased Policing Complaints: January - June 2015 | | |
| 789 | 8/1/2015 | August 1, 2015 Compliance Report, with attachments | D-2288 - D-2549 | |
| 790 | 1/1/2016 | Internal Affairs Bureau - Biased Policing Complaints 1/1/16-6/30/16 | | |
| 791 | 1/1/2016 | SCPD Community Relations Report 2016, with attachments | | |
| 792 | 1/1/2016 | 2016 SCPD Annual Report on Biased Based Policing | RPD_0016776 - RPD_0016793 | |
| 793 | 2/15/2016 | February 15, 2016 SCPD Compliance Report | 4-19-19 SC 1 - 4-19-19 SC 48 | |
| 794 | 2/15/2016 | Email from C. Love to J. Mondino, M. Goldberger, et al. re: Compliance Report Attachments (1-8), attaching Attachments #1-8 of the February 15, 2016 SCPD Compliance Report | 6-20-19 Love DOJ Correspondence SC 008876 - 6-20-19 Love DOJ Correspondence SC 008926 | Objection - Hearsay; No objection for purposes of impeachment or to refresh recollection. |
| 795 | 7/15/2016 | July 15, 2016 SCPD Compliance Report, with attachments | 6-20-19 Love DOJ Correspondence SC 010773 - 6-20-19 Love DOJ Correspondence SC 010946 | |
| 796 | 1/1/2017 | 2017 SCPD Annual Report on Biased Policing Complaints | RPD_0016987 - RPD_0017000 | |
| 797 | 3/1/2017 | SCPD Community Relations Report 2017 | RPD_0017001 - RPD_0017069 | |
| 798 | 3/1/2017 | March 1, 2017 SCPD Compliance Report, with attachments | RPD_0016794 - RPD_0016838 | |
| 799 | 1/1/2018 | SCPD Annual Report on Biased Policing Complaints 2018 | CC_MIL_{Exhibit LLL} | |
| 800 | 3/30/2018 | March 30, 2018 SCPD Compliance Report, with attachments | RPD_0017070 - RPD_0017158 | |
| 801 | 1/1/2019 | SCPD Internal Affairs Report 2019 | | |
| 802 | 1/1/2020 | SCPD Internal Affairs Report 2020 | | |
| 803 | 1/1/2014 | SCPD Hate Crimes Annual Report 2014, with attachments | RPD_0014492 - RPD_0014524 | |
| 804 | 1/1/2015 | SCPD Hate Crimes Annual Report 2015, with attachments | RPD_0015611 - RPD_0015634 | |
| 805 | 1/1/2016 | SCPD Hate Crimes Annual Report 2016, with attachments | | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 806 | 1/1/2017 | SCPD Hate Crimes Annual Report 2017 | 11-25-2019_SelectedMessages.00007727 - 11-25-2019_SelectedMessages.00007736 | |
| 807 | 1/1/2018 | SCPD Hate Crimes Annual Report 2018 | | |
| 808 | 1/1/2019 | SCPD Hate Crimes Report 2019 | | |
| 809 | 1/1/2020 | SCPD Hate Crimes Report 2020, with attachment | | |
| 810 | 1/1/2015 | SCPD Community Relations Report 2015 | RPD_0015635 - RPD_0015683 | |
| 811 | 1/1/2015 | 2015 SCPD Community Response Bureau Report, with attachments | | |
| 812 | 1/1/2018 | SCPD Community Relations Report 2018 | | |
| 813 | 1/1/2018 | SCPD Language Assistance Report 2018 | | |
| 814 | 1/1/2019 | SCPD Community Relations Report 2019 | | |
| 815 | 1/1/2019 | SCPD Language Assistance Report 2019 | | |
| 816 | 1/1/2020 | SCPD Community Relations Report 2020 | | |
| 817 | 1/1/2020 | SCPD Language Assistance Report 2020 | | |
| 818 | 1/5/2016 | SCPD Memorandum, Order No. 16-06, Training Notice – Cancellation – Bias Free Policing | D-11449 - D-11449 | |
| 819 | Undated | Police Academy Bureau deck titled "Bridges: Bias Free Policing" | RPD_0018564 - RPD_0018593 | |
| 820 | Undated | Suffolk County Police Academy deck titled "Preventing Allegations of Racially Based Policing: 'Officer Awareness is the Key'" | RPD_0018594 - RPD_0018618 | |
| 821 | Undated | SCPD deck titled "Tactical Policing with Impartial Perceptions" | RPD_0018429 - RPD_0018563 | |
| 822 | Undated | SCPD deck with cover "Todays Instructors" | D-18471 - D-18518 | |
| 823 | Undated | SCPD deck titled "Basic Cultural Sensitivity" | RPD_0018621 - RPD_0018651 | |
| 824 | Undated | SCPD deck titled "Cultural Proficiency" | RPD_0018652 - RPD_0018687 | |
| 825 | Undated | SCPD Command Report on Uncompleted Tests | 9-18-2019_Crawford.00001806 - 9-18-2019_Crawford.00001825 | |
| 826 | Undated | Deck titled "Bias Free Policing" | CSPD_EM000001916 | |
| 827 | Undated | Deck titled "Bias Free Policing" | CSPD_EM000001919 | |
| 828 | 1/25/2016 | Language Line Academy Language Proficiency Results | RPD_0015864 - RPD_0015883 | |
| 829 | 11/15/2013 | SCPD Memorandum, Order No. 13-260, DCJS Conducting Complete Traffic Stops Training | D 5/25/18 - 479 - D 5/25/18 - 480 | |
| 830 | Undated | Excel titled "SCPD_TStop_Dictionary Finn" | RPD_0021148 - RPD_0021148 | |
| 831 | 2/14/2014 | February 14, 2014 SCPD Department General Order: Traffic Stop Data Collection (Order Number 14-11) | D 5/25/18 - 451 - D 5/25/18 - 458 | |
| 832 | 9/16/2015 | SCPD Department Special Order: Motorist and Officer Safety During Traffic Stops (Order Number 15-19) | D 5/25/18 - 473 - D 5/25/18 - 474 | |
| 833 | 2/29/2016 | SCPD Patrol Division Memorandum: Traffic Stop Data Collection (T-Stop) - Points to Remember (Order Number 16-15) | 9-18-2019_CapolinoMB.00000171 - 9-18-2019_CapolinoMB.00000174 | |
| 834 | 3/2/2018 | SCPD Department General Order: Traffic Stop Data Collection Rules and Procedures (Chapter 13, Section 9) (Order Number 18-14) | | |
| 835 | 8/30/2010 | SCPD Department General Order: Vehicle Traffic Stops (Order Number 10-33) | D 5/25/18-495 - D 5/25/18-496 | |
| 836 | 3/5/2018 | SCPD Department Memorandum: D.I.I.T. Training - Traffic Stops Data Collection - 2018 (Order Number 18-50) | D 5/25/18-481 - D 5/25/18-481 | |
| 837 | 2/7/2005 | SCPD Department Memorandum: Traffic Stops in Unmarked Vehicles (Order Number 05-63) | D_5_25_18_000466 - D_5_25_18_000466 | |
| 838 | 1/1/2006 | 2006 Traffic Stop Data | SCPD_EF0000447 | Objection - Relevance - Not within the relevant time period of 2012 to the present |
| 839 | 1/1/2007 | 2007 Traffic Stop Data | SCPD_EF0000448 | Objection - Relevance - Not within the relevant time period of 2012 to the present |

| Temp. Doc ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 840 | 1/1/2008 | 2008 Traffic Stop Data | SCPD_EF000449 | Objection - Relevance - Not within the relevant time period of 2012 to the present |
| 841 | 1/1/2009 | 2009 Traffic Stop Data | SCPD_EF000450 | Objection - Relevance - Not within the relevant time period of 2012 to the present |
| 842 | 1/1/2010 | 2010 Traffic Stop Data | SCPD_EF000451 | Objection - Relevance - Not within the relevant time period of 2012 to the present |
| 843 | 1/1/2011 | 2011 Traffic Stop Data | SCPD_EF000452 | Objection - Relevance - Not within the relevant time period of 2012 to the present |
| 844 | 1/1/2012 | 2012-2019 Incomplete Traffic Stop Data | RPD_0018735 - RPD_0018735 | |
| 845 | 1/1/2012 | 2012-2013 Traffic Stop Data | RPD_0021114 - RPD_0021114 | |
| 846 | 1/1/2014 | 2014 Traffic Stop Data | RPD_0021115 - RPD_0021115 | |
| 847 | 1/1/2015 | 2015 Annual T-Stop Percentages, Command 0110 | RPD_0020340 - RPD_0020403 | |
| 848 | 1/1/2015 | 2015 Annual T-Stop Percentages, Command 0220 | RPD_0020404 - RPD_0020465 | |
| 849 | 1/1/2015 | 2015 Annual T-Stop Percentages, Command 0310 | RPD_0020466 - RPD_0020530 | |
| 850 | 1/1/2015 | 2015 Annual T-Stop Percentages, Command 0420 | RPD_0020531 - RPD_0020590 | |
| 851 | 1/1/2015 | 2015 Annual T-Stop Percentages, Command 0520 | RPD_0020591 - RPD_0020651 | |
| 852 | 1/1/2015 | 2015 Annual T-Stop Percentages, Command 0620 | RPD_0020652 - RPD_0020722 | |
| 853 | 1/1/2015 | 2015 Annual T-Stop Percentages, Command 0710 | RPD_0020723 - RPD_0020781 | |
| 854 | 1/1/2015 | 2015 Annual T-Stop Percentages, Command 4210 | RPD_0020782 - RPD_0020844 | |
| 855 | 1/1/2015 | 2015 Traffic Stop Data | RPD_0021116 - RPD_0021116 | |
| 856 | 1/1/2016 | 1st Quarter 2016 Annual T-Stop Percentages, Command 0110 | RPD_0020845 - RPD_0020874 | |
| 857 | 1/1/2016 | 1st Quarter 2016 Annual T-Stop Percentages, Command 0210 | RPD_0020875 - RPD_0020906 | |
| 858 | 1/1/2016 | 1st Quarter 2016 Annual T-Stop Percentages, Command 0310 | RPD_0020907 - RPD_0020946 | |
| 859 | 1/1/2016 | 1st Quarter 2016 Annual T-Stop Percentages, Command 0410 | RPD_0020947 - RPD_0020970 | |
| 860 | 1/1/2016 | 1st Quarter 2016 Annual T-Stop Percentages, Command 0510 | RPD_0020971 - RPD_0020999 | |
| 861 | 1/1/2016 | 1st Quarter 2016 Annual T-Stop Percentages, Command 0610 | RPD_0021000 - RPD_0021040 | |
| 862 | 1/1/2016 | 1st Quarter 2016 Annual T-Stop Percentages, Command 0710 | RPD_0021041 - RPD_0021060 | |
| 863 | 1/1/2016 | 1st Quarter 2016 Annual T-Stop Percentages, Command 4210 | RPD_0021061 - RPD_0021090 | |
| 864 | 1/1/2016 | 2016 Traffic Stop Data | RPD_0021117 - RPD_0021117 | |
| 865 | 1/19/2016 | Internal Correspondence from M. Wicken to J. Meehan re: Traffic Stop (T-Stop) Program December 2015 Report | RPD_0015512 - RPD_0015512 | |
| 866 | 3/8/2016 | Internal Correspondence from J. Koscuik to J. Meehan re: Traffic Stop (T-Stop) Program - January 216 Report | RPD_0020288 - RPD_0020290 | |
| 867 | 1/1/2017 | 2017 Traffic Stop Data | RPD_0021118 - RPD_0021118 | |

| Temp. Doc. ID# | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 868 | 1/1/2018 | 2018 Traffic Stops, Part 1 (2018A) (Jan 2018 - Dec 2018) | RPD_0021119 - RPD_0021119 | |
| 869 | 1/1/2018 | 2018 Traffic Stops, Part 2 (2018B) (July 2018 - Dec 2018) | RPD_0021120 - RPD_0021120 | |
| 870 | 4/23/2019 | Consultant/Personal Services Contract between SCPD and the Finn Institute | RPD_0017159 - RPD_0017176 | |
| 871 | Undated | Excel titled "SCPD LPR_Data_20190827 Finn" | | |
| 872 | Undated | Excel titled "SCPD_TStop_Data Finn" | RPD_0021146 - RPD_0021146 | |
| 873 | Undated | Excel titled "SCPD_TStop_Data_20190620 Finn" | RPD_0021147 - RPD_0021147 | |
| 874 | Undated | 2019 Traffic Stops, Q1 | RPD_0021110 - RPD_0021110 | |
| 875 | Undated | Data Underlying Analysis of SCPD Traffic Stop Data | 03-07-20 Smith 00001 - 03-07-20 Smith 00001 | |
| 876 | Undated | Data Underlying Post-Stop Outcomes Analysis | 03-07-20 Smith 00002 - 03-07-20 Smith 00002 | |

**This list does not include: (1) demonstrative exhibits; (2) summary evidence presented pursuant to Federal Rule of Evidence 1006; (3) documents used solely as a basis for demonstrative exhibits or summary evidence; or (4) documents relied on by an expert that a party does not intend to introduce into evidence. Plaintiffs reserve the right to modify or supplement this list, including to address arguments and evidence offered by Defendants or rulings by the Court. Plaintiffs further reserve the right to use or offer any document on Defendants' exhibit list, or additional documents that Defendants may offer into evidence. The inclusion of a document on this list does not waive any objection to admissibility or other use of such document in the event it is offered by Defendants. Documents on this list may be subject to motions in limine or other motion practice by the parties, and all or portions of these documents may be excluded from evidence pursuant to those rulings. Nothing on this list should be deemed to waive or contradict any arguments advanced by Plaintiffs during that upcoming pre-trial motion practice. The listing of a document on this list does not require Plaintiffs to offer or use any such document at trial. This list assigns preliminary numbers to the documents listed herein, and the preliminary numbers are not a representation of the numbers that will be ultimately used for, or the order of, the documents used as exhibits at trial.

*Plaintiffs #1-21 v. The County of Suffolk, et al.*
**Plaintiffs' Objections to County Defendants' Schedule of Proposed Exhibits**

| Exhibit No. | County Defendants' Proposed Exhibit | Plaintiffs' Objections |
|---|---|---|
| A. | Plaintiff number 6 traffic records – Plaintiff 6 Production – 000004-000009 | FRE 802 (Hearsay); FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| B. | Plaintiff number 7 traffic records – Plaintiff 7 Production – 000001-000006 | FRE 802 (Hearsay); FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| C. | Plaintiff number 8 traffic records – Plaintiff 8 Production – 000001-000002 | FRE 802 (Hearsay); FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| D. | Plaintiff number 10 traffic records – Plaintiff 10 Production – 000001-000015 | FRE 802 (Hearsay); FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| E. | Plaintiff number 14 traffic records – Plaintiff 14 Production – 000001-000007 | FRE 802 (Hearsay); FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| F. | Plaintiff number 15 traffic records – Plaintiff 15 Production – 000004-000013 | FRE 802 (Hearsay); FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| G. | Plaintiff number 17 traffic records – Plaintiff 17 Production – 000004-000027 | FRE 802 (Hearsay); FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| H. | Plaintiff number 20 traffic records – Plaintiff 20 Production – 000001-000034 | FRE 802 (Hearsay); FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| I. | Suffolk County Police Department IAB Report #12-466i D- 14903- D-14931 | FRE 802 (Hearsay); FRE 805 (Hearsay within Hearsay) |
| J. | Suffolk County Police Department IAB Report #16-60i 1/31/19 SC 281 – 1/31/19 SC 375 | FRE 802 (Hearsay); FRE 805 (Hearsay within Hearsay) |
| K. | Department Memorandum Order Number 14-170 Biased-Based Enforcement – D 5/25/18-7 – D 5/25/18-8 | |
| L. | Department General Order 17-42, Bias-Free Policing D 5/25/18-1 – D 5/25/18-3 | |
| M. | Department General Order 15-52, Bias-Free Policing D 5/25/18-4 – D 5/25/18-6 | |
| N. | Department Memorandum Order Number 16-237 Trainer Selection Implicit Bias Procedural Justice D 5/25/18-9 | |

| Exhibit No. | County Defendants' Proposed Exhibit | Plaintiffs' Objections |
|---|---|---|
| O. | Department Memorandum Order Number 14-144 D.I.I.T. Training – Department of Justice – Bias Free Policing Introduction D 5/25/18-10 | |
| P. | Department Memorandum Order Number 14-76 Bias Incident Complaints D 5/25/18-11 | |
| Q. | Department General Order 15-60, Language Access Plan and Policy D 5/25/18-114 – D 5/25/18-133 | |
| R. | Department General Order 10-13, Vehicle Traffic Stops D 5/25/18-486 – D 5/25/18-494 | |
| S. | Department General Order 10-33, Vehicle Traffic Stops D 5/25/18-495 – D 5/25/18-496 | |
| T. | Department General Order 15-09, Vehicle Traffic Stops D 5/25/18-497 – D 5/25/18-498 | |
| U. | Department General Order 15-09 & 15-47, Vehicle Traffic Stops D 5/25/18-499 – D 5/25/18-510 | |
| V. | Email dated April 16, 2020 from Jude Volek to Chris Love, copying Michael Goldberger (Exhibit Q to County Defendants' motion for summary judgment) | FRE 802 (Hearsay) |
| W. | Expert Report of Gregory J. Anderson dated June 19, 2020 | FRE 802 (Hearsay); FRE 702/703 (Improper Expert Testimony) |
| X. | Agreement between United States Department of Justice and Suffolk County Police Department D-2261- D-2287 | |
| Y. | Plaintiff 1 Production 000001-000003 | FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| Z. | Plaintiff 2 Production 000176-000178 | FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| AA. | Plaintiff 3 Production 000001-000003 | FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| BB. | Plaintiff 4 Production 000001-000003 | FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| CC. | Plaintiff 5 Production 000001-000003 | FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |

| Exhibit No. | County Defendants' Proposed Exhibit | Plaintiffs' Objections |
|---|---|---|
| DD. | Plaintiff 6 Production 000001-000003 | FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| EE. | Plaintiff 7 Production 000007-000009 | FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| FF. | Plaintiff 8 Production 000003-000005 | FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| GG. | Plaintiff 9 Production 000001-000003 | FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| HH. | Plaintiff 12 Production 000001-000003 | FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| II. | Plaintiff 13 Production 000001-000003 | FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| JJ. | Plaintiff 14 Production 000008-000010 | FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| KK. | Plaintiff 15 Production 000001-000003 | FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| LL. | Plaintiff 16 Production 000001-000003 | FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| MM. | Plaintiff 17 Production 000001-000003 | FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| NN. | Plaintiff 18 Production 000001-000003 | FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| OO. | Plaintiff 19 Production 000003-000006 | FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| PP. | Plaintiff 20 Production 000035-000037 | FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice) |
| QQ. | Police paperwork Plaintiff #1 D-19578 – D-19838 | FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice, Confusing the Issues, Misleading the Jury, Wasting Time); FRE 404 (Character Evidence; Other Crimes, Wrongs, or Acts); FRE 802 (Hearsay); FRE 805 (Hearsay within Hearsay) |

| Exhibit No. | County Defendants' Proposed Exhibit | Plaintiffs' Objections |
|---|---|---|
| RR. | Police paperwork Plaintiff #2 D-19839 – D-19984 | FRE 401/402 (Relevance); FRE 403 (Unfair Prejudice, Confusing the Issues, Misleading the Jury, Wasting Time); FRE 404 (Character Evidence; Other Crimes, Wrongs, or Acts); FRE 802 (Hearsay); FRE 805 (Hearsay within Hearsay) |