# Certificate of Service

I hereby certify that NOTICE OF MOTION IN LIMINE with MEMORANDUM OF LAW [DE 352] were mailed upon the person hereinafter named in the matter of Plaintiffs #1-21 v. County of Suffolk, et al., Docket No. 15-cv-2431(WFK)(LB) by depositing a true copy thereof, enclosed in a post-paid properly addressed First Class mail wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:

Scott Greene
41 Westwood Drive
Shirley, New York 11967

Dated: Hauppauge, New York
       May 27, 2022

                                Dennis M. Cohen
                                Suffolk County Attorney
                                Attorney for County Defendants
                                H. Lee Dennison Building
                                100 Veterans Memorial Highway
                                P.O. Box 6100
                                Hauppauge, New York 11788

                        By:    *Cheryl D'Arcangelo*
                                    *Administrative Assistant*