
**DENNIS M. COHEN**                                                    **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

May 27, 2022

The Honorable William F. Kuntz, II
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:        *Plaintiffs #1-21 v. County of Suffolk, et al.*
Docket No.:    15-cv-2431(WFK)(LB)

Dear Judge Kuntz:

On March 24, 2022 the Court referred the above matter to mediation through the EDNY Trial
Ready Rapid Mediation Pilot and directed that the mediation be completed by May 27, 2022. (DE
342)   On April 22, 2022 the parties informed the Court that we had selected mediator Anthony
DiCaprio, Esq., with the first mediation session to take place on May 18, 2022. (DE 342). The
parties have since engaged in full day mediation sessions with Mr. DiCaprio on May 18, 2022,
May 23, 2022 and May 26, 2022 and can report to the Court that we are proceeding in good faith
toward an anticipated resolution of the case. However, due to the many issues to be resolved,
including those relating to the plaintiffs' request for injunctive relief, it will be necessary to conduct
a further session.   The next mediation date has been scheduled for June 3, 2022 and we have also
set an additional date of June 10, 2022 if needed to complete the mediation.

As noted, the parties are proceeding in good faith and truly believe, with the help of Mr. DiCaprio,
that we are making progress toward a satisfactory resolution of the matter.  Accordingly, on behalf
of all parties, we are respectfully requesting an extension of the time to complete the mediation of
the case until June 24, 2022.  We are not requesting to change any of the deadlines relating to pre-
trial submissions and ask that they remain as scheduled.

I thank the Court for its consideration of this request.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

*Brian C. Mitchell*
Brian C. Mitchell
Assistant County Attorney

CC: All parties (via ECF)

Scott Greene
41 Westwood Drive
Shirley, New York 11967