UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLAINTIFFS #1-21, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>COUNTY OF SUFFOLK; SUFFOLK COUNTY POLICE DEPARTMENT; EDWARD WEBBER, individually and in his official capacity; MILAGROS SOTO, individually and in her official capacity; SCOTT GREENE, individually and in his official capacity; BRIDGETT DORMER, individually and in her official capacity; SUPERVISORY JOHN DOE DEFENDANTS, individually and in their official capacities; and JOHN DOE DEFENDANTS, individually and in their official capacities,<br><br>        Defendants. | Case No. 2:15-cv-02431-WFK-LB<br><br>NOTICE OF APPEARANCE |

    PLEASE TAKE NOTICE that ELVIRA RAZZANO, of the law firm of Milbank LLP, who is a member in good standing of the bar of this Court, hereby enters her appearance in the above-captioned action on behalf of the Plaintiffs in this action, as counsel of record.

Dated: May 27, 2022
    New York, New York

            By: /s/ Elvira Razzano
               Elvira Razzano
               MILBANK LLP
               55 Hudson Yards
               New York, New York 10001-2163
               (212) 530-5000
               erazzano@milbank.com

               *Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I, Elvira Razzano, hereby certify that on May 27, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Brian C. Mitchell
Dana Kobos
Christiana S. McSloy
SUFFOLK COUNTY ATTORNEY'S OFFICE
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788

*Counsel for County Defendants*

I further certify that on May 27, 2022, a copy of the foregoing was served by first-class mail, postage prepaid, to:

Scott Greene
41 Westwood Drive
Shirley, NY 11967

*Defendant Pro Se*

Dated: May 27, 2022
       New York, New York

                              By: /s/ Elvira Razzano
                                    Elvira Razzano