# Milbank

**KATHERINE KELLY FELL**

*Special Counsel*
55 Hudson Yards  |  New York, NY 10001-2163
T: 212.530.5207
kfell@milbank.com  |  milbank.com

June 1, 2022

**<u>VIA FEDERAL EXPRESS</u>**

The Honorable William F. Kuntz, II
United States District Court Judge
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *Plaintiffs #1-21 v. County of Suffolk, et al.,* Case No. 15-cv-2431 (E.D.N.Y.)

Dear Judge Kuntz:

  We, along with LatinoJustice PRLDEF, represent Plaintiffs in the above-captioned action. Pursuant to Rules II.C. and III.G.1. of the Court's Individual Motion Practices and Rules, Plaintiffs hereby furnish the Court with a full set of courtesy copies of the following motion papers, originals of which were filed as ECF Nos. 372-374, in connection with Plaintiffs' Motion for Judgment on the Pleadings:

1. Plaintiffs' Notice of Motion for Judgment on the Pleadings; Proposed Order Granting Plaintiffs' Motion for Judgment on the Pleadings; and Certificate of Service [ECF No. 372];

2. Memorandum of Law in Support of Plaintiffs' Motion for Judgment on the Pleadings [ECF No. 373]; and

3. Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Judgment on the Pleadings [ECF No. 374].

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO

Very truly yours,

*/s/ Katherine Kelly Fell*
Katherine Kelly Fell

Encls.
 cc:    Scott Greene (via FedEx, with encls.)
        Brian Mitchell, Esq. (via email to Brian.Mitchell@suffolkcountyny.gov, without encls.)
        Jose Perez, Esq. (via email to jperez@latinojustice.org, without encls.)
        Hon. Lois Bloom (via FedEx, without encls.)