UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------X

PLAINTIFFS #1-21, individually and on :
behalf of all others similarly situated, :
                                         :
                   Plaintiffs,           :
                                         :
         v.                              :          **ORDER**
                                         :          15-CV-2431 (WFK) (LB)
THE COUNTY OF SUFFOLK *et al.*,          :
                                         :
                   Defendants.           :

------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

Due to a conflict in the Court's schedule, the Court RESCHEDULES the final pretrial

conference currently scheduled for August 1, 2022 to Tuesday, July 26, 2022 at 10:00 A.M.

The Clerk of Court is respectfully directed to mail a copy of this order to Defendant

Greene.

SO ORDERED.

s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: June 3, 2022
       Brooklyn, New York