**COUNTY OF SUFFOLK**



**STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. COHEN**                                                                       **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

June 8, 2022

The Honorable William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:     *Plaintiffs #1-21 v. County of Suffolk, et al.*
              Dkt. No.: 15-cv-2431 (WFK)(LB)

Dear Judge Kuntz:

      This office represents the Defendants, other than Defendant Scott Greene with regard to this matter ("Suffolk County Defendants"). The Suffolk County Defendants submit this letter in response to the Court's Order dated June 2, 2022 directing Defendants to respond to Plaintiffs' request at ECF No. 370 to file under seal Exhibits A through L as per the Declaration of Andrew Case at ECF No. 369.

      The Suffolk County Defendants have no objection to Plaintiffs' request to file these documents under seal at this stage in relation to their motion *in limine*. However, if this matter proceeds to trial, Suffolk County Defendants believe that these exhibits should no longer be sealed for the reasons set forth in their motion *in limine* at ECF No. 352.

                                                             Respectfully submitted,

                                                             Dennis M. Cohen
                                                             Suffolk County Attorney
                                                             */s/ Brian C. Mitchell*
                                                             By:    Brian C. Mitchell
                                                             Assistant County Attorney

cc:     All parties (via ECF)

          Scott Greene
          41 Westwood Drive
          Shirley, New York 11967