```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
PLAINTIFFS #1-21, individually and on      :
behalf of all others similarly situated,   :
                                           :
                 Plaintiffs,               :
                                           :
          v.                               :      ORDER
                                           :      15-CV-2431 (WFK) (LB)
THE COUNTY OF SUFFOLK et al.,              :
                                           :
                 Defendants.               :
------------------------------------------------------X
```

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court GRANTS the parties' request at ECF No. 385 for an extension of time to complete mediation in the above-captioned action. Mediation shall be completed by July 1, 2022.

        **SO ORDERED.**

        **s/ WFK**
        _____
        HON. WILLIAM F. KUNTZ, II
        UNITED STATES DISTRICT JUDGE

Dated: June 27, 2022
      Brooklyn, New York