
July 1, 2022

The Honorable William F. Kuntz, II
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Plaintiffs #1-21 v. County of Suffolk, et al.*
Docket No.: 15-cv-2431(WFK)(LB)

Dear Judge Kuntz:

As Your Honor is aware, the parties in the above referenced matter have been engaged in ongoing mediation though the EDNY Trial Ready Rapid Mediation Pilot with mediator Anthony DiCaprio, Esq. The current deadline for mediation to conclude is this date, July 1, 2022. I write on behalf of all parties to respectfully request an additional extension of time to complete mediation until July 8, 2022. The parties met again this week on June 29, 2022 for several hours. We continue to make progress and are diligently engaging in efforts to reach a mutually satisfactory resolution of the case. Again, we are not requesting to change any of the deadlines relating to pre-trial submissions and ask that they remain as scheduled.

I thank the Court for its consideration of this request.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

*Brian C. Mitchell*
Brian C. Mitchell
Assistant County Attorney

CC: All parties (via ECF)

Scott Greene
41 Westwood Drive
Shirley, New York 11967