UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLAINTIFFS #1-21, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SUFFOLK; SUFFOLK COUNTY POLICE DEPARTMENT; EDWARD WEBBER, individually and in his official capacity; MILAGROS SOTO, individually and in her official capacity; SCOTT GREENE, individually and in his official capacity; BRIDGETT DORMER, individually and in her official capacity; SUPERVISORY JOHN DOE DEFENDANTS, individually and in their official capacities; and JOHN DOE DEFENDANTS, individually and in their official capacities,<br><br>Defendants. | Case No. 2:15-cv-02431-WFK-LB<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that ALEXANDER COGUT, of the law firm of Milbank LLP, who is a member in good standing of the bar of this Court, hereby enters his appearance in the above-captioned action on behalf of the Plaintiffs in this action, as counsel of record.

Dated: July 6, 2022
New York, New York

By: /s/ Alexander Cogut
Alexander Cogut
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
(212) 530-5000
acogut@milbank.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I, Alexander Cogut, hereby certify that on July 6, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Brian C. Mitchell
Dana Kobos
Christina S. McSloy
SUFFOLK COUNTY ATTORNEY'S OFFICE
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788

*Counsel for County Defendants*

I further certify that on July 6, 2022, a copy of the foregoing was served by first-class mail, postage prepaid, to:

Scott Greene
41 Westwood Drive
Shirley, NY 11967

*Defendant Pro Se*

Dated: July 6, 2022
      New York, New York

                                          By: /s/ Alexander Cogut
                                                Alexander Cogut