UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PLAINTIFFS #1-20, individually and on behalf, of all others similarly situated,

                              Plaintiff,

-against-

**PROPOSED VERDICT SHEET**

THE COUNTY OF SUFFOLK, SUFFOLK COUNTY POLICE COMMISSIONER EDWARD WEBBER, LIEUTENANT MILAGROS SOTO, and SCOTT GREENE,

15-cv-2431(WFK)(LB)

                              Defendants.

**THE COUNTY DEFENDANTS SUBMIT THIS PROPOSED VERDICT SHEET TO BE USED FOR EACH INDIVIDUAL PLAINTIFF**

### FIRST CAUSE OF ACTION – FOURTH AMENDMENT VIOLATION

1) Has Plaintiff # \_\_\_\_ proven by a preponderance of the evidence, that defendant Scott Greene violated his rights to be free from an unlawful traffic stop?

   \_\_\_\_\_YES                    \_\_\_\_\_NO

**IF YOU ANSWERED "YES" TO QUESTION 1, GO TO QUESTION 2.**

**IF YOU ANSWERED "NO" TO QUESTION 1, GO TO QUESTION 4.**

2) Has Plaintiff # \_\_\_\_ proven by a preponderance of the evidence, that defendant Edward Webber is responsible for the violation of the Fourth Amendment by defendant Scott Greene based on a theory of supervisory liability?

   \_\_\_\_\_YES                    \_\_\_\_\_NO

3) Has Plaintiff # \_\_\_\_ proven by a preponderance of the evidence, that defendant Milagros Soto is responsible for the violation of the Fourth Amendment by defendant Scott Greene based on a theory of supervisory liability?

   \_\_\_\_\_YES                    \_\_\_\_\_NO

## SECOND CAUSE OF ACTION – FOURTEENTH AMENDMENT
## DUE PROCESS VIOLATION

4) Has Plaintiff # _____ proven by a preponderance of the evidence, that defendant Scott Greene violated his rights to due process under the Fourteenth Amendment?

_____YES _____NO

**IF YOU ANSWERED "YES" TO QUESTION 4, GO TO QUESTION 5.**

**IF YOU ANSWERED "NO" TO QUESTION 4, GO TO QUESTION 7.**

5) Has Plaintiff # _____ proven by a preponderance of the evidence, that defendant Edward Webber is responsible for the violation of due process by defendant Scott Greene based on a theory of supervisory liability?

_____YES _____NO

6) Has Plaintiff # _____ proven by a preponderance of the evidence, that defendant Milagros Soto is responsible for the violation of due process by defendant Scott Greene based on a theory of supervisory liability?

_____YES _____NO

## THIRD CAUSE OF ACTION – FOURTEENTH AMENDMENT
## EQUAL PROTECTION VIOLATION

7) Has Plaintiff # _____ proven by a preponderance of the evidence, that defendant Scott Greene violated his rights to equal protection under the Fourteenth Amendment?

_____YES _____NO

**IF YOU ANSWERED "YES" TO QUESTION 7, GO TO QUESTION 8.**

**IF YOU ANSWERED "NO" TO QUESTION 7, GO TO QUESTION 10.**

8) Has Plaintiff # _____ proven by a preponderance of the evidence, that defendant Edward Webber is responsible for the equal protection violation by defendant Scott Greene based on a theory of supervisory liability?

_____YES _____NO

9) Has Plaintiff # _____ proven by a preponderance of the evidence, that defendant Milagros Soto is responsible for the equal protection violation by defendant Scott Greene based on a theory of supervisory liability?

_____YES _____NO

## FOURTH CAUSE OF ACTION – CLAIM AGAINST SUFFOLK COUNTY

**IF YOU ANSERED "YES" TO ANY OF QUESTIONS 1, 4 or 7 ANSWER QUESTION 10.
IF YOU ANSWERED NO QUESTIONS 1, 4, and 7 GO TO QUESTION 12.**

10) Has Plaintiff # \_\_\_\_ proven by a preponderance of the evidence, that defendant County of Suffolk had a policy or custom to discriminate against Hispanics in traffic stops on a County wide basis?

    \_\_\_\_YES           \_\_\_\_NO

**IF YOU ANSWERED "YES" TO QUESTION 10, GO TO QUESTION 11.**

**IF YOU ANSWERED "NO" TO QUESTION 10, GO TO QUESTION 12.**

11) Has Plaintiff # \_\_\_\_ proven by a preponderance of the evidence, that the County of Suffolk policy or custom to discriminate against Hispanics in traffic stops on a County wide basis was the proximate cause of the constitutional violations committed by Scott Greene?

    \_\_\_\_YES           \_\_\_\_NO

## FIFTH CAUSE OF ACTION – TITLE VI CLAIM

12) Has Plaintiff # \_\_\_\_ proven by a preponderance of the evidence, that defendant County of Suffolk intentionally discriminated against him based upon race, color or national origin?

    \_\_\_\_YES           \_\_\_\_NO

**IF YOU ANSWERED "YES" TO QUESTION 12, GO TO QUESTION 13.**

**IF YOU ANSWERED "NO" TO QUESTION 12, AND YOU ANSWERED "YES" TO ANY OF QUESTIONS 1, 4 or 7 GO TO QUESTION 14. IF YOU ANSWERED "NO" TO QUESTIONS 1, 4, and 7 STOP. SIGN AND DATE THE VERDICT SHEET AND INFORM THE COURTROOM DEPUTY THAT YOUR DELIBERATIONS ARE COMPLETE AND THAT YOU HAVE REACHED A VERDICT.**

13) Has Plaintiff # \_\_\_\_ as a representative of the class, proven by a preponderance of the evidence, that defendant County of Suffolk had a policy or custom to discriminate against Hispanics in traffic stops on a County wide basis?

    \_\_\_\_YES           \_\_\_\_NO

# DAMAGES

**ONLY ANSWER THE QUESTIONS ON DAMAGES IF YOU ANSWERED YES TO ANY OF QUESTIONS 1, 4, or 7.**

14) <u>Compensatory Damages</u>

   If you found that defendant Scott Greene engaged in conduct which caused plaintiff to suffer damages, state in dollars the amount of compensatory damages plaintiff suffered as a result of the conduct of the officer.

   $_____

   If you found that defendant Edward Webber engaged in conduct which caused plaintiff to suffer damages, state in dollars the amount of compensatory damages plaintiff suffered as a result of the conduct of the officer.

   $_____

   If you found that defendant Milagros Soto engaged in conduct which caused plaintiff to suffer damages, state in dollars the amount of compensatory damages plaintiff suffered as a result of the conduct of the officer.

   $_____

15) <u>Punitive Damages</u>

   Has plaintiff proven by a preponderance of the evidence that defendant Scott Greene acted willfully, maliciously, wantonly or with reckless disregard for the plaintiff's constitutional rights?

   Yes\_\_\_\_  No\_\_\_\_\_

   Has plaintiff proven by a preponderance of the evidence that defendant Edward Webber acted willfully, maliciously, wantonly or with reckless disregard for the plaintiff's constitutional rights?

   Yes\_\_\_\_  No\_\_\_\_\_

   Has plaintiff proven by a preponderance of the evidence that defendant Milagros Soto acted willfully, maliciously, wantonly or with reckless disregard for the plaintiff's constitutional rights?

   Yes\_\_\_\_  No\_\_\_\_\_

**IF YOU ANSWERED YES TO ANY OF QUESTION # 15, GO ON TO ANSWER QUESTION # 16.  IF YOU ANSWERED NO TO QUESTION # 15, GO ON TO ANSWER QUESTION # 17.**

16) <u>Amount of Punitive Damages</u>

State in dollars the amount of punitive damages, if any, Plaintiff #___ is entitled to recover against defendant Scott Greene.

$_____

State in dollars the amount of punitive damages, if any, Plaintiff #___ is entitled to recover against defendant Edward Webber.

$_____

State in dollars the amount of punitive damages, if any, Plaintiff #___ is entitled to recover against defendant Milagros Soto.

$_____

17) <u>Nominal Damages</u>

$_____

Please sign and date the verdict sheet and inform the courtroom deputy that your deliberations are complete and that you have reached a verdict.

_____
Foreperson

Dated: Brooklyn, New York

     August _____, 2022