# COUNTY OF SUFFOLK



**STEVE BELLONE**
SUFFOLK COUNTY EXECUTIVE

**DENNIS M. COHEN**  **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

July 8, 2022

The Honorable William F. Kuntz, II
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Plaintiffs #1-21 v. County of Suffolk, et al.*
Docket No.: 15-cv-2431(WFK)(LB)

Dear Judge Kuntz:

As Your Honor is aware, the parties in the above referenced matter have been engaged in ongoing mediation though the EDNY Trial Ready Rapid Mediation Pilot with mediator Anthony DiCaprio, Esq. The current deadline for mediation to conclude is this date, July 8, 2022. I write on behalf of all parties to respectfully request an additional extension of time to complete mediation until July 26, 2022. The parties met again today and have exchanged our best proposals toward resolving the issue of injunctive relief. We will be meeting again on Monday, July 11, 2022 with the hopes of reaching a resolution of the matter. We are requesting July 26, 2022, as that is the date for the final pre-trial conference before your Honor in the matter. Again, the parties are not requesting to change any of the deadlines relating to pre-trial submissions and ask that they remain as scheduled.

I thank the Court for its consideration of this request.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

*Brian C. Mitchell*
Brian C. Mitchell
Assistant County Attorney

CC: All parties (via ECF)

    Scott Greene
    41 Westwood Drive
    Shirley, New York 11967