

Katherine Fell
Associate
55 Hudson Yards  |  New York, NY 10001-2163
T: +1 (212) 530-5207
kfell@milbank.com  |  milbank.com

July 20, 2022

The Honorable William F. Kuntz, II
United States District Court Judge
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Plaintiffs #1-21 v. County of Suffolk, et al.*, Case No. 15-cv-2431 (E.D.N.Y.)

Dear Judge Kuntz:

    We, along with LatinoJustice PRLDEF, represent Plaintiffs in the above-captioned action (the "Action"). It has come to our attention that Scott Greene, a pro se defendant in the Action, delivered today to the Central Islip courthouse a letter that may reveal confidential information about the ongoing mediation sessions between the parties to the Action.[1] We understand that Mr. Greene was told that the letter would be filed on the docket in the Action, which would be inconsistent with the terms of the confidentiality stipulation entered into by the parties (including Mr. Greene) in connection with the mediation. To protect the confidentiality of the ongoing mediation proceedings, Plaintiffs respectfully request that Mr. Greene's letter not be placed on the docket, or else that the letter be filed under seal until such time as Plaintiffs may be heard on this request.

                                    Respectfully submitted,

                                    */s/ Katherine Kelly Fell*

                                  Katherine Kelly Fell

cc:    Scott Greene (via FedEx)
       Brian Mitchell, Esq. (via email to Brian.Mitchell@suffolkcountyny.gov)
       Jose Perez, Esq. (via email to jperez@latinojustice.org)
       Hon. Lois Bloom (via hand delivery)

---

[1] Plaintiffs have not seen Mr. Greene's letter, but its contents were described to counsel.

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | BEIJING | HONG KONG | SEOUL | SINGAPORE | TOKYO