IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Plaintiffs #1-21, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>COUNTY OF SUFFOLK; SUFFOLK COUNTY POLICE DEPARTMENT; EDWARD WEBBER, individually and in his official capacity; MILAGROS SOTO, individually and in her official capacity; SCOTT GREENE, individually and in his official capacity; BRIDGETT DORMER, individually and in her official capacity; SUPERVISORY JOHN DOE DEFENDANTS, individually and in their official capacities; and JOHN DOE DEFENDANTS, individually and in their official capacities,<br><br>      Defendants. | Case No.: 2:15-cv-02431-WFK-LB |

## PLAINTIFFS' OBJECTIONS TO COUNTY DEFENDANTS' PROPOSED JURY INSTRUCTIONS AND VERDICT FORM

Jose Perez
Ghita Schwarz
Nathalia Alejandra Varela
Andrew Case
LATINOJUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 219-3360
jperez@latinojustice.org
gschwarz@latinojustice.org
nvarela@latinojustice.org
acase@latinojustice.org

*Counsel for Plaintiffs #1-21*

July 22, 2022

Scott Edelman
Atara Miller
Katherine K. Fell
Samantha A. Lovin
Bradley J. Hershon
MILBANK LLP
55 Hudson Yards
New York, NY 10001-2163
(212) 530-5000
sedelman@milbank.com
amiller@milbank.com
kfell@milbank.com
slovin@milbank.com
bhershon@milbank.com

David S. Marcou
MILBANK LLP
1850 K Street NW
Washington, DC 20006
(202) 835-7516
dmarcou@milbank.com

Pursuant to the Court's Pre-Trial Scheduling Order dated August 23, 2021 (ECF No. 325) and Paragraph V.B.2 of the Court's Individual Practices, Plaintiffs #1-20 ("<u>Plaintiffs</u>") respectfully submit their objections to Defendants' Request to Charge Jury (ECF No. 393), which are attached hereto in table form as Exhibit A, and their objections to Defendants' Proposed Verdict Sheet (ECF No. 399), which are attached hereto in table form as Exhibit B.

After reviewing County Defendants' proposed verdict form, Plaintiffs agree that it is appropriate to use a simpler and more general verdict form than the one previously proposed by Plaintiffs. A more streamlined and less detailed verdict form will reduce the likelihood of juror confusion and potential error. While Plaintiffs agree that the length and simplicity of County Defendants' proposed verdict form is generally appropriate, Plaintiffs object to the order of County Defendants' proposed verdict questions and how certain questions are phrased, as explained in further detail in Exhibit B. Consistent with this approach, Plaintiffs have adapted their prior verdict form into a simpler and more streamlined format. Accordingly, Plaintiffs' Amended Proposed Verdict Form is attached hereto as Exhibit C. Pages 1 through 8 contain a simplified verdict form designed for each Named Plaintiff's claims and Pages 9 through 15 contain a simplified verdict form for Plaintiffs' class claims, for which County Defendants did not include any questions in their proposed verdict form.

Plaintiffs reserve the right to amend, supplement, revise or replace their objections and Plaintiffs' Amended Proposed Verdict Form as may be necessary based on the outcome of various pending and anticipated pre-trial motions, any rulings the Court may render in charging conferences or during the course of the trial, and/or the evidence actually adduced at trial, as permitted by the Court.

Dated: July 22, 2022
      New York, New York

                                   By:    */s/ Jose Perez*
                                        Jose Perez
                                        Ghita Schwarz
                                        Andrew Case
                                        Nathalia Alejandra Varela
                                        LATINOJUSTICE PRLDEF
                                        475 Riverside Drive, Suite 1901
                                        New York, NY 10115
                                        (212) 219-3360
                                        jperez@latinojustice.org
                                        gschwarz@latinojustice.org
                                        acase@latinojustice.org
                                        nvarela@latinojustice.org

                                        */s/ Atara Miller*
                                        Scott Edelman
                                        Atara Miller
                                        Katherine K. Fell
                                        Samantha A. Lovin
                                        Bradley J. Hershon
                                        MILBANK LLP
                                        55 Hudson Yards
                                        New York, NY 10001-2163
                                        (212) 530-5000
                                        sedelman@milbank.com
                                        amiller@milbank.com
                                        kfell@milbank.com
                                        slovin@milbank.com
                                        bhershon@milbank.com

                                        David S. Marcou
                                        MILBANK LLP
                                        1850 K Street NW
                                        Washington, DC 20006
                                        (202) 835-7516
                                        dmarcou@milbank.com

                                        *Counsel for Plaintiffs #1-21*