UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PLAINTIFFS #1-21, individually and on
behalf of all others similarly situated,

           Plaintiffs,

           v.                                    **SCHEDULING ORDER**
                                              15-CV-2431 (WFK) (LB)

THE COUNTY OF SUFFOLK *et al.*,

           Defendants.
----------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court ADJOURNS the trial scheduled to commence on August 15, 2022 *sine die*.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant Greene.

SO ORDERED.

s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: August 4, 2022
       Brooklyn, New York