March 1, 2023

**VIA ECF**

The Honorable William F. Kuntz, II
United States District Court Judge
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Plaintiffs #1-21 v. County of Suffolk, et al.*, Case No. 15-cv-2431 (E.D.N.Y.)

Dear Judge Kuntz:

    We write on behalf of Plaintiffs and the County Defendants[1] (collectively, the "Parties") in the above-referenced action to respectfully submit a request for an extension of the deadline to file the Class Action Settlement Agreement. The deadline was originally set by your Honor in the Joint Stipulation and Scheduling Order, entered on July 29, 2022, and further extended to February 9, 2023, and then again to March 1, 2023, by orders entered by Your Honor on September 26, 2022, December 27, 2022, and February 3, 2023. *See* Dkt. Nos. 418, 421, 422, and 426.

    As the Court is aware, the Parties have reached an agreement in principle and are in the process of finalizing the Settlement Agreements as well as our Joint Motion for Preliminary Approval of Class Action Settlement Agreement and Approval of Notice to the Class. The Parties had anticipated filing today in accordance with the Court's most recent order; however, the Parties have encountered an unanticipated issue that will require a few additional days to resolve. Given the time and resources that have been dedicated towards reaching a final settlement, the Parties request a further brief extension until Monday March 6, 2023 to file the Settlement Agreement.

    The Parties believe that there is good cause to extend the current deadline to file the Settlement Agreements, and that the requested extension will not unduly delay this case nor operate as a prejudice against any of the Parties.

    In accordance with Your Honor's Individual Rule I.C.5, the Parties state as follows:

(1) The Parties seek an extension of the deadline to submit the Settlement Agreements. The Parties seek to extend the deadline by 5 days.

| **Event** | **Original Deadline** | **Current Deadline** | **Proposed Revised Deadline** |
|---|---|---|---|
| Deadline to submit the Settlement Agreements | September 27, 2022 | March 1, 2023 | March 6, 2023 |

(2) The Parties previously made three requests for the extension of the deadline for submission of the Settlement Agreements on September 23, 2022, December 23,

---

[1] The County Defendants are the County of Suffolk, Suffolk County Police Department, Commissioner Edward Webber, Lieutenant Milagros Soto, Supervisory John Doe Defendants, and John Doe Defendants.

    2022, and February 1, 2023.

(3) The Parties' previous requests for the extension of the deadline for submission of the Settlement Agreements were granted by Your Honor on September 26, 2022, December 27, 2022 and February 3, 2023.

(4) This request is being made with the consent of both Parties.

  We thank the Court for its attention to this matter and are available at the Court's convenience if it has any questions regarding this request.

Respectfully submitted,        Respectfully submitted,

By: /s/ *Jose Perez*
  Jose Perez
  Ghita Schwarz
  LATINOJUSTICE PRLDEF
  475 Riverside Drive, Suite 1901
  New York, NY 10115
  (212) 219-3360
  jperez@latinojustice.org
  gshwartz@latinojustice.org

  /s/ *Atara Miller* .
  Atara Miller
  Katherine Fell
  Samantha A. Lovin
  MILBANK LLP
  55 Hudson Yards
  New York, NY 10001-2163
  (212) 530-5000
  amiller@milbank.com
  kfell@milbank.com
  slovin@milbank.com

*Counsel for Plaintiffs #1-21*

By: /s/ *Christiana S. McSloy*
  Christiana S. McSloy
  Marc Lindemann
  Dana L. Kobos
  SUFFOLK COUNTY
  ATTORNEY'S OFFICE
  H. Lee Dennison Building
  100 Veterans Memorial Highway
  P.O. Box 6100
  Hauppauge, NY 11788
  (631) 853-2944
  christiana.mcsloy@suffolkcountyny.gov
  marc.lindemann2@suffolkcountyny.gov
  dana.kobos@suffolkcountyny.gov

*Counsel for County Defendants*