UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PLAINTIFFS #1-21, individually and on
behalf of all others similarly situated,

        Plaintiffs,

        v.

THE COUNTY OF SUFFOLK, *et al.*,

        Defendants.
-------------------------------------------------------X

**ORDER**
15-CV-2431 (WFK) (LB)

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court GRANTS the parties' request at ECF No. 427 for an extension of time to file the settlement agreements. The agreements shall be filed by Monday, March 6, 2023.

SO ORDERED.



s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: March 3, 2023
      Brooklyn, New York