IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Plaintiffs #1-21, individually and on behalf of all others similarly situated,<br><br>                   Plaintiffs,<br><br>v.<br><br>THE COUNTY OF SUFFOLK; SUFFOLK COUNTY POLICE DEPARTMENT; EDWARD WEBBER, individually and in his official capacity; MILAGROS SOTO, individually and in her official capacity; SCOTT GREENE, individually and in his official capacity; BRIDGETT DORMER, individually and in her official capacity; SUPERVISORY JOHN DOE DEFENDANTS, individually and in their official capacities; and JOHN DOE DEFENDANTS, individually and in their official capacities,<br><br>                   Defendants. | Case No.: 2:15-cv-02431-WFK-LB |

## NOTICE OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT AND APPROVAL OF NOTICE TO CLASS

PLEASE TAKE NOTICE that on a date and time to be determined by the Court, at the United States District Court of the Eastern District of New York, before the Honorable William F. Kuntz, Plaintiffs #1-20 (the "Class Representative Plaintiffs"), individually and on behalf of all others similarly situated, and Defendants the County of Suffolk (the "County"), the Suffolk County Police Department (the "SCPD"), Edward Webber, and Milagros Soto (collectively the "County Defendants") (Class Representative Plaintiffs and County Defendants collectively referred to herein as the "Parties"), will and hereby do jointly move under Federal Rule of Civil Procedure 23(e) for Preliminary Approval of the Class Action Settlement Agreement of the above-captioned class action (the "Class Action Settlement Agreement" or "Class Action Settlement"), and for

approval of notice to the Class of the proposed Class Action Settlement. Defendant Scott Greene is not a party to the Class Action Settlement Agreement and the Class Action Settlement Agreement does not release any claims against Defendant Greene.

The Parties respectfully seek an order preliminarily approving the Class Action Settlement Agreement, ordering notice of the settlement to be sent to the Class as outlined in Section IV of the Memorandum of Law in Support of the Joint Motion for Preliminary Approval of Class Action Settlement Agreement, and setting a schedule for Final Approval of the Class Action Settlement Agreement, including a notice date, objection date, response date, and fairness hearing. The Parties' Motion is based on this Notice of Motion, the accompanying Memorandum of Law in Support of the Joint Motion for Preliminary Approval of Class Action Settlement Agreement, the Declaration of Atara Miller, Esq. and all exhibits thereto, the Declaration of Andrew Case, the Declaration of Christiana McSloy, Esq., all pleadings on file, and such other support as may be presented to the Court.

Dated: March 6, 2023
   New York, New York

Respectfully submitted,

By: /s/ Jose Perez
Jose Perez
Ghita Schwarz
Andrew Case
LATINOJUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
(212) 219-3360
jperez@latinojustice.org
gshwartz@latinojustice.org
acase@latinojustice.org


/s/ Atara Miller
Atara Miller
Katherine Kelly Fell
MILBANK LLP
55 Hudson Yards
New York, NY 10001-2163
(212) 530-5000
amiller@milbank.com
kfell@milbank.com

*Counsel for Plaintiffs #1-20*

Respectfully submitted,

By: /s/ Christiana McSloy
Christiana McSloy
Marc Lindemann
Dana L. Kobos
Suffolk County Attorney
Suffolk County Attorney's Office
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788
(631) 853-2944
christiana.mcsloy@suffolkcountyny.gov
marc.lindemann2@suffolkcountyny.gov
dana.kobos@suffolkcountyny.gov

*Counsel for County Defendants*